☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*.............................................................................................   $     0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*..........................................................................................   $     6,629,812.95

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.............................................................................................   $     6,629,812.95

---

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     4,335,546.14

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................   $     401,458.75

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................   +$     11,836,404.38

4.   Total liabilities .................................................................................................
   Lines 2 + 3a + 3b     $     16,573,409.27

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 1 of 194

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bridge Bank, a division of Western Alliance Bank**<br>**1951 Webster Street**<br>**Oakland, CA 94612**<br>**($125,064.21)** | **Operating Account** | **1842** | **$0.00** |
| 3.2. | **Bridge Bank, a division of Western Alliance Bank**<br>**1951 Webster Street**<br>**Oakland, CA 94612** | **Payroll Account** | **7602** | **$17,672.49** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $17,672.49 |
|---|---|

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 2 of 194

| | | |
|---|---|---|
| 7.1. | **Deposit - Sheila Ortloff** | $12,830.00 |

| | | |
|---|---|---|
| 7.2. | **Security Deposits** | $252,113.92 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   $264,943.92

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 116,015.27 | - | 11,516.03 | = .... | $104,499.24 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 356,661.96 | - | 174,598.98 | =.... | $182,062.98 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

   $286,562.22

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | **OM Fitness LLC** | 100 % | N/A | Unknown |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
   Describe:

17. **Total of Part 4.**

   Add lines 14 through 16. Copy the total to line 83.

   $0.00

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 3 of
194

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Furniture and Fitness Equipment (Owned and<br>Leased)**<br>**Atwater Furniture and Equipment**<br>**See Exhibit "A" attached hereto for reference.** | **$200,000.00** | | **$200,000.00** |
| **Fitness Equipment (Owned and Leased)**<br>**Brentwood Equipment** | **$65,000.00** | | **$65,000.00** |
| **Fitness Equipment (Owned and Leased)**<br>**Dale Road Equipment** | **$167,732.95** | | **$167,732.95** |
| **Fitness Equipment (Owned and Leased)**<br>**Dinuba Equipment** | **$200,000.00** | | **$200,000.00** |
| **Furniture and Fitness Equipment (Owned and<br>Leased)**<br>**Dixon** | **$48,000.00** | | **$48,000.00** |

| | | |
|---|---|---|
| **Furniture and Fitness Equipment (Owned and Leased)**<br>**Fairfield** | $75,000.00 | $75,000.00 |
| **Furniture and Fitness Equipment (Owned and Leased)**<br>**Herndon** | $200,000.00 | $200,000.00 |
| **Fitness Equipment (Owned and Leased)**<br>**Hex Tanning Beds** | $1,500.00 | $1,500.00 |
| **Fitness Equipment (Owned and Leased)**<br>**Hydromassage** | $35,000.00 | $35,000.00 |
| **Fitness Equipment (Owned and Leased)**<br>**Johnson Healthtech** | $55,000.00 | $55,000.00 |
| **Fitness Equipment (Owned and Leased)**<br>**Manteca Equipment** | $200,000.00 | $200,000.00 |
| **Fitness Equipment (Owned and Leased)**<br>**McHenry Equipment** | $42,000.00 | $42,000.00 |
| **Fitness Equipment (Owned and Leased)**<br>**Salinas Equipment** | $47,106.50 | $47,106.50 |
| **Furniture and Fitness Equipment (Owned and Leased)**<br>**San Jose - Hamilton (Willow)** | $120,000.00 | $120,000.00 |
| **Furniture and Fitness Equipment (Owned and Leased)**<br>**San Jose (Meridian)** | $200,000.00 | $200,000.00 |
| **Fitness Equipment (Owned and Leased)**<br>**Selma Equipment** | $150,000.00 | $150,000.00 |
| **Furniture and Fitness Equipment (Owned and Leased)**<br>**Tracy Furniture and Equipment** | $150,000.00 | $150,000.00 |
| **Furniture and Fitness Equipment (Owned and Leased)**<br>**Tulare** | $35,000.00 | $35,000.00 |
| **Furniture and Fitness Equipment (Owned and Leased)**<br>**Watsonville Furniture and Equipment** | $100,000.00 | $100,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   | $2,091,339.45 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ■ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No

   ☐ Yes

---

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.

   ☐ Yes Fill in the information below.

---

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.

   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** <br> www.fitrepublic.com; www.citizenoffit.com | $0.00 | N/A | Unknown |
| 62.   **Licenses, franchises, and royalties** <br> **City of Atwater, CA - Business License** <br> **Business Name: Pleasanton Fitness, LLC; Fit Republic** <br> **Account No. 418408** <br> **Expiration: June 30, 2019** | $0.00 | | Unknown |
|    **City of Brentwood CA - Business License** <br> **Business Name: Pleasanton Fitness LLC dba Fit Republic** <br> **License No. 031477** <br> **Description: Health Club** <br> **Expiration: September 30, 2019** | $0.00 | | Unknown |
|    **City of Dinuba, California - Business License** <br> **Business Name: Fit Republic** <br> **License No. 1532** <br> **Description: Health Club** <br> **Expiration: June 30, 2020** | $0.00 | | Unknown |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**City of Dixon, California - Business License**
**Business Name: Pleasanton Fitness LLC**
**License No. 5224**
**Description: Health Club**
**Expiration: December 31, 2019**                 $0.00                                 Unknown

---

**City of Fairfield, California - Business License**
**Business Name: Fit Republic**
**License No. 16000031**
**Description: Health Club**
**Expiration: December 31, 2019**                 $0.00                                 Unknown

---

**City of Fresno, California - Business License**
**Business Name: Fit Republic; Pleasanton**
**Fitness LLC**
**License No. 423511**
**Description: Health Club**
**Expiration: September 30, 2019**                 $0.00                                 Unknown

---

**City of Manteca, California - Business License**
**Business Name: Pleasanton Fitness dba**
**Fitness Evolution**
**License No. 300571**
**Description: Health Club**
**Expiration: June 30, 2019**                 $0.00                                 Unknown

---

**City of Modesto, California - Business License**
**Business Name: Pleasanton Fitness LLC**
**License No. 1291784**
**Description: Health Studio/Gym**
**Expiration: June 30, 2020**                 $0.00                                 Unknown

---

**City of San Jose, California - Business License**
**Business Name: Pleasanton Fitness LLC; Fit**
**Republic**
**License No. 9048292060**
**Description: Fitness/Recreational Sports**
**Centers**
**Expiration: January 15, 2020**                 $0.00                                 Unknown

---

**City of San Jose, California - Business License**
**Business Name: Pleasanton Fitness LLC;**
**Fitness Evolution**
**License No. 0139532901**
**Description: All Other Personal Services**
**Expiration: April 15, 2019**                 $0.00                                 Unknown

---

**City of Selma, California - Business License**
**Issued to: Pleasanton Fitness LLC dba Fit**
**Republic**
**License No. 6727**
**Description: Health/Fitness Club**
**Expiration: December 31, 2019**                 $0.00                                 Unknown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | |
|---|---|---|
| **City of Tracy, California - Business License**<br>**Business Name: Fit Republic**<br>**License No. 06013200**<br>**Description: Fitness Facility**<br>**Expiration: June 30, 2020** | **$0.00** | Unknown |
| **City of Tulare, California - Business License**<br>**Business Name: Pleasanton Fitness, LLC**<br>**License No. BL 24040**<br>**Expiration: December 31, 2019** | **$0.00** | Unknown |
| **City of Watsonville, California - Business**<br>**License**<br>**Business Name: Fit Republic**<br>**NAICS Code: 713940**<br>**Expiration: June 30, 2020** | **$0.00** | Unknown |
| **California Department of Tax and Fee**<br>**Administration**<br>**Seller's Permit**<br>**Account No. 101693488-ending as designated**<br>**below**<br>**Fit Republic, Pleasanton Fitness, LLC**<br>**(1. 2012 McHenry Ave., Modesto, CA (00021);**<br>**2. 180 E. Cross Ave., Tulare, CA (00017); 3.**<br>**1335 Gateway Blvd., Fairfield, CA (00033); 4.**<br>**2490 Sand Creek Rd., Brentwood, CA (00007);**<br>**5. 6735 N. 1st St., Fresno, CA (00019); 6. 25**<br>**Penny Lane, Watsonville, CA (00026); 7. 101 E.**<br>**Vineyard Ave., Ste. 201, Livermore, CA**<br>**(00048); 8. 3055 Meridian Ave., San Jose, CA**<br>**(00032); 9. 1025 N. Adams, Dixon, CA (00036);**<br>**10. 1570 Hamilton Ave., San Jose, CA (00052);**<br>**11. 2851 Whitson St., Selma, CA (00054); 12.**<br>**4120 Dale Rd., Ste. G, Modesto, CA (00060); 13.**<br>**3150 Naglee Rd., Tracy, CA (00059); 14. 934**<br>**Perimeter Dr., Manteca, CA (00050); 15. 2270 E.**<br>**El Monte Way, Dinuba, CA (00061).** | **$0.00** | Unknown |

| | | | |
|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| 64. | **Other intangibles, or intellectual property**<br>**Bally Club Purchase** | **$0.00** | **$0.00** |

65.   **Goodwill**

| | | |
|---|---|---|
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

| | | | |
|---|---|---|---|
| **Thrive Business Development Note Receivable - Asset Purchase (Original Principal Amount: $425,000.00) Total Balance Owed: $425,000.00 Co-Owner: Christopher Montoya** | **425,000.00** - <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$425,000.00** |
| **Thrive Business Development Note Receivable - Asset Purchase (Original Principal Amount: $350,000.00) Total Balance Owed: $350,000.00 Co-Owner: Christopher Montoya** | **350,000.00** - <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$350,000.00** |
| **Jeffrey and April Helm Note Receivable - Asset Purchase (Original Principal Amount: $950,000.00) Total Balance Owed: $623,567.25** | **623,567.25** - <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$623,567.25** |
| **Paul and Vanessa Rubio Note Receivable - Asset Purchase (Original Principal Amount: $635,350.00) Total Balance Owed: $549,511.13** | **549,511.13** - <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$549,511.13** |
| **Notes Receivable - Club Sales Martinez-Rubio Purchase Loan ($549,511.13); Montoya - 4 Stores ($423,000.00); RedBluff/Wood-Helm Purch Loan ($694,705.36); Thrive(Montoya); Gilroy ($349,000.00)** | **2,016,216.49** - <br> Total face amount | **0.00** = <br> doubtful or uncollectible amount | **$2,016,216.49** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 9 of 194

**Commercial General Liability**
**Policy No. ZHFD46104501**
**Effective: 12/29/2018 - 12/29/2019**
**Each Occurrence $1,000,000; Damage to Rented**
**Premises (Each Occurrence) $1,000,000; MED EXP (Any**
**One Person) $1,000; Personal & Adv Injury $1,000,000;**
**General Aggregate $2,000,000; Products - Comp/Op Agg**
**$2,000,000; Ebl Aggregate $2,000,000**

**Automobile Liability**
**Policy No. ZHFD46104501**
**Effective: 12/29/2018 - 12/29/2019**
**Combined Single Limit (each accident) $1,000,000**

**Umbrella Liability**
**Policy No. UHFD46104701**
**Effective: 12/29/2018 - 12/29/2019**
**Each Occurrence: $9,000,000; Aggregate $9,000,000**

**Workers Compensation and Employers' Liability**
**Policy No. WSA503614902**
**Effective: 3/15/2019 - 3/15/2020**
**E.L. Each Accident: $1,000,000; E.L. Disease - Ea**
**Employee $1,000,000; E.L. Disease - Policy Limit**
**$1,000,000**

**Directors & Officers and Employment Practices**
**Policy No.: PHF1800256**
**Effective: 9/23/2018 - 9/23/2019**
**Each Occurrence: $1,000,000**

**Producer: HUB International Insurance Services Inc.**
**548 W Cromwell Avenue, Suite 101**
**Fresno, CA 93711**

**Insurer A: Hanover Insurance Company**
**Insurer B: Insurance Company of the West**
**Insurer C: Freedom Specialty Insurance Company**      **Unknown**

---

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **Pleasanton Fitness v. Global Capital Management Corp. in the Superior Court of California, County of Solano, Case No. FCS 052516** | **Unknown** |

| Nature of claim | Breach of K and Convenant to Repair and Maintain, declaratory relief, rescission |
|---|---|
| Amount requested | $0.00 |

---

**Pleasanton Fitness, LLC v. Sean D. Lively, Katie Lively, Evan Iverson, Michael Beile, Steve Lefevre, Marisa Leferve.**      **Unknown**

| Nature of claim | Breach of Lease, Breach of Guaranty |
|---|---|
| Amount requested | $1,613,492.15 |

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 10 of 194

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership
      **Leasehold Improvements [Brentwood; Dixon; Fairfield;
      Atwater; Dinuba; Manteca; Salinas; Tracy;
      Modesto-Dale; Modesto - McHenry; San Jose- Hamilton
      (Willow); San Jose Meridian; Selma; Tulare;
      Watsonville]**                                                              **Unknown**

      **Intangibles - SJ Hamilton (Willow)**                                    **$5,000.00**

      **Health Insurance
      California Choice
      Policy No. 49339**                                                          **Unknown**

      **Health Insurance
      Choicebuilder
      Policy No. B07806**                                                         **Unknown**

78.   **Total of Part 11.**                                                    | **$3,969,294.87** |
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,672.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $264,943.92 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $286,562.22 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,091,339.45 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,969,294.87 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,629,812.95 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $6,629,812.95 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor name  **Pleasanton Fitness, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **19-41949**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

---

**2.1** | **Axis Capital Inc.**
Creditor's Name

**308 North Locust Street**
**Grand Island, NE 68801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Leases**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$4,571.23**  Value of collateral: **$0.00**

---

**2.2** | **Axis Capital Inc.**
Creditor's Name

**308 North Locust Street**
**Grand Island, NE 68801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Leases**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$5,787.87**  Value of collateral: **$0.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Axis Capital Inc.** | | |
|---|---|---|---|

Creditor's Name

**308 North Locust Street**
**Grand Island, NE 68801**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Leases

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,027.24     $0.00

---

| 2.4 | **Axis Capital Inc.** | | |
|---|---|---|---|

Creditor's Name

**308 North Locust Street**
**Grand Island, NE 68801**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Leases

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,478.80     $0.00

---

| 2.5 | **Axis Capital Inc.** | | |
|---|---|---|---|

Creditor's Name

**308 North Locust Street**
**Grand Island, NE 68801**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
Leases

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**

$9,439.69     $0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Axis Capital Inc.** | **Describe debtor's property that is subject to a lien** | **$16,657.77** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**308 North Locust Street
Grand Island, NE 68801**

**Leases**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Axis Capital Inc.** | **Describe debtor's property that is subject to a lien** | **$16,312.46** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**308 North Locust Street
Grand Island, NE 68801**

**Leases**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Axis Capital Inc.** | **Describe debtor's property that is subject to a lien** | **$42,284.04** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**308 North Locust Street
Grand Island, NE 68801**

**Leases**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **County of Fresno-Treasurer-Tax Collectio** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 1192**
**Fresno,, CA 93715-1192**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**        $11,752.85        $0.00
**Secured Property Tax**

**Describe the lien**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
**12/31/17**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3006**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Ella Financial, LLC** | | |
|---|---|---|---|

Creditor's Name

**Turquoise Flag Bldg,**
**104 S. Freya, Ste. 125**
**Spokane,, WA 99202**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**        $17,317.30        $0.00
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
**10/31/16**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**330**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Hitachi Capital America Corp** | Describe debtor's property that is subject to a lien | $255,763.67 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**7808 Creekridge Circle, Ste 250**
**Edina, MN 55439**

Creditor's mailing address

**Equipment Leases**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/19/17-3/1/18**

**Last 4 digits of account number**
**008**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Hitachi Capital America Corp** | Describe debtor's property that is subject to a lien | $276,850.42 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**7808 Creekridge Circle, Ste 250**
**Edina, MN 55439**

Creditor's mailing address

**Equipment Leases**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/19/17-3/1/18**

**Last 4 digits of account number**
**006**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Hitachi Capital America Corp** | Describe debtor's property that is subject to a lien | $49,112.83 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**7808 Creekridge Circle, Ste 250**
**Edina, MN 55439**

Creditor's mailing address

**Equipment Leases**

Describe the lien

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**9/19/17-3/1/18**

**Last 4 digits of account number**

**005**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **Hitachi Capital America Corp** | | |
|---|---|---|---|

Creditor's Name

**7808 Creekridge Circle, Ste 250**
**Edina, MN 55439**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Equipment Leases**     **$49,112.83**     **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**9/19/17-3/1/18**

**Last 4 digits of account number**

**004**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **Hitachi Capital America Corp** | | |
|---|---|---|---|

Creditor's Name

**7808 Creekridge Circle, Ste 250**
**Edina, MN 55439**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Equipment Leases**     **$285,730.25**     **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**9/19/17-3/1/18**

**Last 4 digits of account number**

**003**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 18 of 194

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | **Hitachi Capital America Corp** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $261,004.18 | $0.00 |
| | **7808 Creekridge Circle, Ste 250**<br>**Edina, MN 55439** | **Equipment Leases** | | |
| | Creditor's mailing address | Describe the lien | | |

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/19/17-3/1/18**

**Last 4 digits of account number**
**002**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **JTL Enterprises** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $7,304.60 | $0.00 |
| | **650 Henderson Drive PMB 771**<br>**Cartersville, GA 30120** | **Equipment Lease** | | |
| | Creditor's mailing address | Describe the lien | | |

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/1/16-4/15/18**

**Last 4 digits of account number**
**2621**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.18 | **JTL Enterprises** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $7,304.60 | $0.00 |
| | **650 Henderson Drive PMB 771**<br>**Cartersville, GA 30120** | **Equipment Lease** | | |
| | Creditor's mailing address | Describe the lien | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**1/1/16-4/15/18**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2620**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **JTL Enterprises** | **Describe debtor's property that is subject to a lien** | **$10,938.31** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**650 Henderson Drive PMB 771**
**Cartersville, GA 30120**
Creditor's mailing address

**Equipment Lease**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**1/1/16-4/15/18**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2619**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **JTL Enterprises** | **Describe debtor's property that is subject to a lien** | **$7,304.60** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**650 Henderson Drive PMB 771**
**Cartersville, GA 30120**
Creditor's mailing address

**Equipment Lease**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**1/1/16-4/15/18**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2613**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

■ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **JTL Enterprises** | | | |
|---|---|---|---|---|

Creditor's Name

**650 Henderson Drive PMB 771**
**Cartersville, GA 30120**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/1/16-4/15/18**

**Last 4 digits of account number**
**2927**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,022.13     $0.00

---

| 2.2 2 | **JTL Enterprises** |
|---|---|

Creditor's Name

**650 Henderson Drive PMB 771**
**Cartersville, GA 30120**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/1/16-4/15/18**

**Last 4 digits of account number**
**3217**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,890.84     $0.00

---

| 2.2 3 | **JTL Enterprises** |
|---|---|

Creditor's Name

**650 Henderson Drive PMB 771**
**Cartersville, GA 30120**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

$11,360.18     $0.00

---

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 21 of 194

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/1/16-4/15/18**

**Last 4 digits of account number**
**2984**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **JTL Enterprises** | Describe debtor's property that is subject to a lien | $13,279.51 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**650 Henderson Drive PMB 771**
**Cartersville, GA 30120**
Creditor's mailing address

**Equipment Lease**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/1/16-4/15/18**

**Last 4 digits of account number**
**3445**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **JTL Enterprises** | Describe debtor's property that is subject to a lien | $23,430.30 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**650 Henderson Drive PMB 771**
**Cartersville, GA 30120**
Creditor's mailing address

**Equipment Lease**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/1/16-4/15/18**

**Last 4 digits of account number**
**3684**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **JTL Enterprises** | | |
|---|---|---|---|

Creditor's Name

**650 Henderson Drive PMB 771**
**Cartersville, GA 30120**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**$17,777.03**      **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/1/16-4/15/18**
**Last 4 digits of account number**
**3792**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 7 | **JTL Enterprises** | | |
|---|---|---|---|

Creditor's Name

**650 Henderson Drive PMB 771**
**Cartersville, GA 30120**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**$9,360.14**      **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/1/16-4/15/18**
**Last 4 digits of account number**
**2729**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 8 | **Macrolease Corporation** | | |
|---|---|---|---|

Creditor's Name

**185 Express Street, Suite 100**
**Plainview, NY 11803**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**$73,969.92**      **$0.00**

**Describe the lien**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7412**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.29 | **Macrolease Corporation** | **Describe debtor's property that is subject to a lien** | **$3,602.47** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**185 Express Street, Suite 100**
**Plainview, NY 11803**

Creditor's mailing address

**Equipment Lease**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7429**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.30 | **Macrolease Corporation** | **Describe debtor's property that is subject to a lien** | **$3,810.48** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**185 Express Street, Suite 100**
**Plainview, NY 11803**

Creditor's mailing address

**Equipment Lease**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7371**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

☑ No
☐ Yes. Specify each creditor, including creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | | | | |
|---|---|---|---|---|
| **Macrolease Corporation** | Describe debtor's property that is subject to a lien | | **$82,302.14** | **$0.00** |
| Creditor's Name | **Equipment Lease** | | | |

**185 Express Street, Suite 100**
**Plainview, NY 11803**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 7350**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | | | | |
|---|---|---|---|---|
| **Macrolease Corporation** | Describe debtor's property that is subject to a lien | | **$41,477.93** | **$0.00** |
| Creditor's Name | **Equipment Lease** | | | |

**185 Express Street, Suite 100**
**Plainview, NY 11803**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 7675**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | | | | |
|---|---|---|---|---|
| **Macrolease Corporation** | Describe debtor's property that is subject to a lien | | **$30,274.65** | **$0.00** |
| Creditor's Name | **Equipment Lease** | | | |

**185 Express Street, Suite 100**
**Plainview, NY 11803**
Creditor's mailing address

Describe the lien

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

|  | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**7762** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 4 | **Macrolease Corporation**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Equipment Lease** | $36,750.57 | $0.00 |
|---|---|---|---|---|

**185 Express Street, Suite 100**
**Plainview, NY 11803**
Creditor's mailing address

**Describe the lien**

|  | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**9311** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 5 | **Macrolease Corporation**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**Equipment Lease** | $95,661.65 | $0.00 |
|---|---|---|---|---|

**185 Express Street, Suite 100**
**Plainview, NY 11803**
Creditor's mailing address

**Describe the lien**

|  | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**7566** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 26 of 194

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **Macrolease Corporation** | **Describe debtor's property that is subject to a lien** | **$5,993.90** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**185 Express Street, Suite 100**
**Plainview, NY 11803**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7590**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 7 | **Macrolease Corporation** | **Describe debtor's property that is subject to a lien** | **$164,107.90** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**185 Express Street, Suite 100**
**Plainview, NY 11803**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9312**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 8 | **Oscar J. Garcia, CPA** | **Describe debtor's property that is subject to a lien** | **$11,752.85** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Fresno County Tax Collector**
**P. O. Box 1192**
**Fresno,, CA 93715**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Secured Property Taxes**

**Describe the lien**

---

Case: 19-41949  Doc# 54  Filed: 09/19/19  Entered: 09/19/19 21:33:53  Page 27 of 194

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**12/31/17**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 9 | **Solano County Treasury** | Describe debtor's property that is subject to a lien | $20,933.98 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 7407**
**San Francisco,, CA**
**94120-7407**

**Secured Property Taxes**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**10/30/17-2/15/19**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 0 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $96,136.93 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**

**Equipment Lease**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**
**334**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4.1 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $100,544.87 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment Lease** | | |

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**335**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4.2 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $100,827.98 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment Lease** | | |

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**332**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4.3 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $11,082.65 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment Lease** | | |

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**
Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**330**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.4 4 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $4,178.25 | $0.00 |

**2.4 4** **TCF Equipment Finance**
Creditor's Name

Describe debtor's property that is subject to a lien
**Equipment Lease**

$4,178.25          $0.00

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**333**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4 5** **TCF Equipment Finance**
Creditor's Name

Describe debtor's property that is subject to a lien
**Equipment Lease**

$62,370.68          $0.00

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**331**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.4 6 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $16,257.74 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd., #801 Minnetonka, MN 55305**

Creditor's mailing address

Creditor's email address, if known

**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 325**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 7 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $7,580.64 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd., #801 Minnetonka, MN 55305**

Creditor's mailing address

Creditor's email address, if known

**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 326**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 8 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $13,082.28 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd., #801 Minnetonka, MN 55305**

Creditor's mailing address

Creditor's email address, if known

**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 19 of 33

**Last 4 digits of account number**
**324**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.49 | | | |
|---|---|---|---|

**TCF Equipment Finance**
Creditor's Name

**11100 Wayzata Blvd., #801
Minnetonka, MN 55305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**322**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$195,634.00**    **$0.00**

---

| 2.50 | | | |
|---|---|---|---|

**TCF Equipment Finance**
Creditor's Name

**11100 Wayzata Blvd., #801
Minnetonka, MN 55305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**317**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,354.85**    **$0.00**

---

| 2.51 | | | |
|---|---|---|---|

**TCF Equipment Finance**

**Describe debtor's property that is subject to a lien**

**$6,359.69**    **$0.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 32 of 194

Creditor's Name

**Equipment Lease**

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**318**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.5 2 | **TCF Equipment Finance** | **Describe debtor's property that is subject to a lien** | **$45,358.24** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Equipment Lease**

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**316**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.5 3 | **TCF Equipment Finance** | **Describe debtor's property that is subject to a lien** | **$36,565.49** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Equipment Lease**

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**312**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.54 | **TCF Equipment Finance** | | | $14,494.17 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd., #801 Minnetonka, MN 55305**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**310**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.55 | **TCF Equipment Finance** | | | $17,582.68 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd., #801 Minnetonka, MN 55305**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**315**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.56 | **TCF Equipment Finance** | | | $143,939.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd., #801 Minnetonka, MN 55305**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 34 of 194

**Is the creditor an insider or related party?**

Creditor's email address, if known

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**314**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 7 | **TCF Equipment Finance** | **Describe debtor's property that is subject to a lien** | $179,555.77 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd., #801
Minnetonka, MN 55305**

**Equipment Lease**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**313**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 8 | **TCF Equipment Finance** | **Describe debtor's property that is subject to a lien** | $175,305.45 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd., #801
Minnetonka, MN 55305**

**Equipment Lease**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**308**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.5 9 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $114,138.69 | $0.00 |

Creditor's Name

**Equipment Lease**

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**309**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 0 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $287,425.91 | $0.00 |

Creditor's Name

**Equipment Lease**

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**307**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 1 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $25,711.68 | $0.00 |

Creditor's Name

**Equipment Lease**

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**

Creditor's mailing address

**Describe the lien**

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**302**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 2 | **TCF Equipment Finance** | | |
|---|---|---|---|
| | Creditor's Name | | |

**TCF Equipment Finance**
Creditor's Name

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**301**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$26,859.86          $0.00

---

| 2.6 3 | **TCF Equipment Finance** | | |

**TCF Equipment Finance**
Creditor's Name

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**303**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,032.76          $0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 2.6 4 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $23,245.28 | $0.00 |

Creditor's Name

**11100 Wayzata Blvd., #801 Minnetonka, MN 55305**

Creditor's mailing address

**Equipment Lease**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 311**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 5 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $22,755.21 | $0.00 |

Creditor's Name

**11100 Wayzata Blvd., #801 Minnetonka, MN 55305**

Creditor's mailing address

**Equipment Lease**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 300**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 6 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $45,555.68 | $0.00 |

Creditor's Name

**11100 Wayzata Blvd., #801 Minnetonka, MN 55305**

Creditor's mailing address

**Equipment Lease**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**319**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 7 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $26,859.86 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**

Describe debtor's property that is subject to a lien
**Equipment Lease**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**321**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 8 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $12,211.74 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**

Describe debtor's property that is subject to a lien
**Equipment Lease**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**320**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 9 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | $68,581.53 | $0.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Creditor's Name

**Equipment Lease**

**11100 Wayzata Blvd., #801**
**Minnetonka, MN 55305**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**323**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Disputed

---

| | | |
|---|---|---|
| 2.70 | **Time Payment Corporation** | |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

$5,676.41          $0.00

**1600 District Avenue, Suite**
**200**
**Burlington, MA 01803**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Disputed

---

| | | |
|---|---|---|
| 2.71 | **Time Payment Corporation** | |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

$6,172.58          $0.00

**1600 District Avenue, Suite**
**200**
**Burlington, MA 01803**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 2 | **United Leasing, Inc.** | | |
|---|---|---|---|

Creditor's Name

| | | $45,616.53 | $0.00 |
|---|---|---|---|

**3700 Morgan Avenue
Evansville, IN 47715**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 3 | **United Leasing, Inc.** | | |
|---|---|---|---|

Creditor's Name

| | | $63,218.99 | $0.00 |
|---|---|---|---|

**3700 Morgan Avenue
Evansville, IN 47715**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 4 | **United Leasing, Inc.** | | |
|---|---|---|---|

Creditor's Name

| | | $7,961.01 | $0.00 |
|---|---|---|---|

**3700 Morgan Avenue
Evansville, IN 47715**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment Lease**

**Describe the lien**

---

Case: 19-41949     Doc# 54     Filed: 09/19/19     Entered: 09/19/19 21:33:53     Page 41 of 194

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 5 | **United Leasing, Inc.** | **Describe debtor's property that is subject to a lien** | $38,576.50 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment Lease** | | |

**3700 Morgan Avenue**
**Evansville, IN 47715**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 6 | **United Leasing, Inc.** | **Describe debtor's property that is subject to a lien** | $11,584.45 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment Lease** | | |

**3700 Morgan Avenue**
**Evansville, IN 47715**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

| 2.7 7 | **United Leasing, Inc.** | | Describe debtor's property that is subject to a lien | **$74,034.22** | **$0.00** |
|---|---|---|---|---|---|

**United Leasing, Inc.**
Creditor's Name

**3700 Morgan Avenue Evansville, IN 47715**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Equipment Lease**

Describe the lien
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 8 | **United Leasing, Inc.** | | Describe debtor's property that is subject to a lien | **$72,822.93** | **$0.00** |
|---|---|---|---|---|---|

**United Leasing, Inc.**
Creditor's Name

**3700 Morgan Avenue Evansville, IN 47715**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Equipment Lease**

Describe the lien
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 9 | **United Leasing, Inc.** | | Describe debtor's property that is subject to a lien | **$8,241.35** | **$0.00** |
|---|---|---|---|---|---|

**United Leasing, Inc.**
Creditor's Name

**3700 Morgan Avenue Evansville, IN 47715**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Equipment Lease**

Describe the lien
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 43 of 194

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.80 | **United Leasing, Inc.** | Describe debtor's property that is subject to a lien | $59,237.50 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment Lease** | | |

**3700 Morgan Avenue**
**Evansville, IN 47715**
_____
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?

■ No
_____
Creditor's email address, if known
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$4,335,546.14**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Hitachi Capital America Corp.**<br>**800 Connecticut Avenue**<br>**Norwalk, CT 06854** | Line **2.11** | |
| **Hitachi Capital America Corp.**<br>**800 Connecticut Avenue**<br>**Norwalk, CT 06854** | Line **2.12** | |
| **Hitachi Capital America Corp.**<br>**800 Connecticut Avenue**<br>**Norwalk, CT 06854** | Line **2.13** | |
| **Hitachi Capital America Corp.**<br>**800 Connecticut Avenue**<br>**Norwalk, CT 06854** | Line **2.14** | |
| **Hitachi Capital America Corp.**<br>**800 Connecticut Avenue**<br>**Norwalk, CT 06854** | Line **2.15** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Hitachi Capital America Corp.**
**800 Connecticut Avenue**
**Norwalk, CT 06854**

Line __2.16__

---

**JTL Enterprises Inc., dba HydroMassage**
**15395 Roosevelt Blvd.**
**Clearwater, FL 33760**

Line __2.17__

---

**JTL Enterprises Inc., dba HydroMassage**
**15395 Roosevelt Blvd.**
**Clearwater, FL 33760**

Line __2.18__

---

**JTL Enterprises Inc., dba HydroMassage**
**15395 Roosevelt Blvd.**
**Clearwater, FL 33760**

Line __2.19__

---

**JTL Enterprises Inc., dba HydroMassage**
**15395 Roosevelt Blvd.**
**Clearwater, FL 33760**

Line __2.20__

---

**JTL Enterprises Inc., dba HydroMassage**
**15395 Roosevelt Blvd.**
**Clearwater, FL 33760**

Line __2.21__

---

**JTL Enterprises Inc., dba HydroMassage**
**15395 Roosevelt Blvd.**
**Clearwater, FL 33760**

Line __2.22__

---

**JTL Enterprises Inc., dba HydroMassage**
**15395 Roosevelt Blvd.**
**Clearwater, FL 33760**

Line __2.23__

---

**JTL Enterprises Inc., dba HydroMassage**
**15395 Roosevelt Blvd.**
**Clearwater, FL 33760**

Line __2.24__

---

**JTL Enterprises Inc., dba HydroMassage**
**15395 Roosevelt Blvd.**
**Clearwater, FL 33760**

Line __2.25__

---

**JTL Enterprises Inc., dba HydroMassage**
**15395 Roosevelt Blvd.**
**Clearwater, FL 33760**

Line __2.26__

---

**JTL Enterprises Inc., dba HydroMassage**
**15395 Roosevelt Blvd.**
**Clearwater, FL 33760**

Line __2.27__

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name **Pleasanton Fitness, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known) **19-41949**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**California Department of Tax and Fee Administration**
**Special Operations Bankr. Team**
**MIC: 74**
**P.O. Box 942879**
**Sacramento, CA 94279-0074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purpose Only.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25,428.18** | **$0.00**

**Contra Costa County Tax Collector-**
**Compliance Division**
**PO Box 631**
**Martinez, CA 94553-0096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017-2019**

Basis for the claim:
**Unsecured Property Taxes**

Last 4 digits of account number
**0001,0000,2806**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,181.18** | $0.00 |
|---|---|---|---|---|

**County of Santa Barbara-Treasurer-Tax Collector**
**P.O Box 579**
**Santa Barbara, CA 93102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016-2017**

Basis for the claim:
**Unsecured Property Tax**

Last 4 digits of account number **0495**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23,535.42** | $0.00 |
|---|---|---|---|---|

**County of Santa Clara**
**Department of Tax and Collections**
**70 West Hedding St., East Wing,**
**6th Fl.**
**San Jose,, CA 95110-1767**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017-2019**

Basis for the claim:
**Unsecured Property Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,737.92** | $0.00 |
|---|---|---|---|---|

**El Dorado County Treasurer, Tax**
**Collecto**
**360 Fair Lane**
**Placerville,, CA 95667**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Unsecured Property Taxes**

Last 4 digits of account number **2000**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$187,446.40** | $0.00 |
|---|---|---|---|---|

**Employment Development**
**Department**
**State of California**
**Bankruptcy Unit - MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employment Audit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 47 of 194

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,511.40** | **$0.00** |
| --- | --- | --- | --- | --- |
| | **Franchise Tax Board** | *Check all that apply.* | | |
| | **Bankruptcy Section, MS A-340** | ☐ Contingent | | |
| | **P.O. Box 2952** | ☐ Unliquidated | | |
| | **Sacramento, CA 95812** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| | **For Notice Purpose Only.** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

☑ No

☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **P.O. Box 7346** | ☐ Contingent | | |
| | **Philadelphia, PA 19101** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| | **For Notice Purpose Only.** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

☑ No

☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$114,035.42** | **$0.00** |
| --- | --- | --- | --- | --- |
| | **Merced County Tax Collector** | *Check all that apply.* | | |
| | **2222 M Street** | ☐ Contingent | | |
| | **Merced,, CA 95340** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2015-2018** | **Unsecured Property Taxes** |

Last 4 digits of account number **8000,8810**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

☑ No

☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |
| | **Placer County Tax Collector** | *Check all that apply.* | | |
| | **2976 Richardson Drive** | ☐ Contingent | | |
| | **Auburn,, CA 95603** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| | **Unsecured Taxes. For Notice Purpose Only.** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

☑ No

☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 48 of
194

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,291.15 | $0.00 |
|---|---|---|---|---|

**Solano County Tax Collector**
**675 Texas Street, Suite 1900**
**Fairfield,, CA 94533**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/1/18**

Basis for the claim:
**Unsecured Property Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,069.51 | $0.00 |
|---|---|---|---|---|

**Stanislaus County Tax Collector**
**PO Box 1003**
**Modesto,, CA 95353**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unsecured Property Tax. For Notice Purpose Only.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State Board of Equalization**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,222.17 | $0.00 |
|---|---|---|---|---|

**Yolo County - Tax Collection**
**625 Court St. Room #102**
**Woodland, CA 95695**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017-2018**

Basis for the claim:
**Unsecured Property Tax**

Last 4 digits of account number **0000**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 49 of 194

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **312 Sunrise, LLC**<br>**4980 Hillsdale Circle, Ste. A**<br>**El Dorado Hills, CA 95762** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Rent Arrears__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
| --- | --- | --- | --- |
| | **A 1 Landscape and Maintenance**<br>**941 W A Street**<br>**Dixon, CA 95620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __7/25/2017 - 11/30/2017__ | Basis for the claim: __Landscaping__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
| --- | --- | --- | --- |
| | **A. Ramirez Heating & Plumbing, Inc**<br>**1867 San Miguel Cayon Road**<br>**Prunedale, CA 93907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __6/2/2017__ | Basis for the claim: __Plumbing__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **A1 Lock & Key**<br>**515 4th Street**<br>**Clovis, CA 93612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Lock Services. For Notice Purpose Only.__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **AARON Plumbing**<br>**P.O. Box 2657**<br>**Vacaville, CA 95696-2657** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Plumbing Services. For Notice Purpose Only.__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337.35 |
| --- | --- | --- | --- |
| | **ABC Fire and Cylinder Service**<br>**1025 Telegraph St.**<br>**Reno, NV 89502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __6/17/2018__ | Basis for the claim: __Fire Maintenance.__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,827.94 |
| --- | --- | --- | --- |
| | **Accountemps**<br>**P.O. Box 743295**<br>**Los Angeles, CA 90074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __6/5/2018 - 6/18/2018__ | Basis for the claim: __Temporary Employment Services__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 50 of 194

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,180.00 |
|---|---|---|---|

**Acme Boiler & Water Heating Co.**
**1058 Elm Street**
**San Jose, CA 95126**

Date(s) debt was incurred  9/6/2018

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Plumbing

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,028.00 |
|---|---|---|---|

**ADP LLC**
**1851 N Resler Drive MS-100**
**El Paso, TX 79912**

Date(s) debt was incurred  2/3/2019 - 6/16/2019

Last 4 digits of account number  3533

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Payroll Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**Advance Carpet & Upholstery Cleaning**
**P.O. Box 2797**
**Orangevale, CA 95662**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Facility Repairs

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,087.00 |
|---|---|---|---|

**Advanced Cleaning & Restoration**
**1241 Johnson Avenue, Suite 140**
**San Luis Obispo, CA 93401**

Date(s) debt was incurred  7/10/2018 - 9/2/2018

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Janitorial Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Advanced Plumbing Heating and Air**
**38 Commerce Place, Suite A**
**Vacaville, CA 95687**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Plumbing Services. For Notice Purpose Only.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ahern Rentals**
**P.O. Box 271390**
**Las Vegas, NV 89127-1390**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Equipment Rental

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,611.93 |
|---|---|---|---|

**Airborne Security Patrol, Inc.**
**6885 Luther Drive, Suite G**
**Sacramento, CA 95823**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Fire Monitoring

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.15** |

**Alameda County - Henry C Levy, Treasurer Tax Collector**
**1221 Oak Street, Room 131**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2019**

**Basis for the claim:  Unsecured Property Taxes**

Last 4 digits of account number  **5681**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00** |

**Alfredo Vidrio**
**3521 E Platt**
**Fresno, CA 93702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/3/17-2/1/18**

**Basis for the claim:  Landscaping**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$333.25** |

**Alhambra & Sierra Springs**
**P.O. Box 660579**
**Dallas, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/10-8/12/2019**

**Basis for the claim:  Water Service. For Notice Purpose Only.**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Alhambra Plaza**
**101 Ellinwood Drive**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  ___

**Basis for the claim:  Landlord. For Notice Purpose Only.**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$791.00** |

**All American Plumbing**
**P.O. Box 364**
**Los Banos, CA 93635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/21/2018**

**Basis for the claim:  Plumbing**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Always Affordable Plumbing Co.**
**P.O. Box 417441**
**Sacramento, CA 95841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  ___

**Basis for the claim:  Plumbing Services. For Notice Purpose Only.**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**American Arbitration Association**
**One Sansome Street, 16th Floor**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  ___

**Basis for the claim:  Legal Fees. For Notice Purpose Only.**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $615.00 |
|---|---|---|---|

**American Sheet Metal**
1930 West Whitebridge Avenue
Fresno, CA 93706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/30/2018**

Basis for the claim: **HVAC Services**

Last 4 digits of account number **_**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.98 |
|---|---|---|---|

**AmeriPride**
1050 W. Whitesbridge Ave
Fresno, CA 93706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/16/17-9/27/17**

Basis for the claim: **Mat Service**

Last 4 digits of account number **_**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.00 |
|---|---|---|---|

**Anderson Environmental Consulting Group (AEC Group)**
3308 El Camino Avenue, Suite 300-111
Sacramento, CA 95821-6328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/28/2017**

Basis for the claim: **Inspections**

Last 4 digits of account number **_**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,075.49 |
|---|---|---|---|

**Apex Mechanical, Inc**
4175 Business Center Drive
Fremont, CA 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/3/2017**

Basis for the claim: **Plumbing**

Last 4 digits of account number **_**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $376.34 |
|---|---|---|---|

**Apple Financial Services**
P.O. Box 30310
Los Angeles, CA 90030-0310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/14/2019**

Basis for the claim: **iPad Lease**

Last 4 digits of account number **7933**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $189.00 |
|---|---|---|---|

**Aquatek Plumbing**
P.O. Box 23271
San Jose, CA 95153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/1/18**

Basis for the claim: **Plumbing Services.**

Last 4 digits of account number **_**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aquatic Solutions**
1187 Vanderbilt Circle, #7
Manteca, CA 95337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/1/2018**

Basis for the claim: **Pool Maintenance. For Notice Purpose Only.**

Last 4 digits of account number **_**

Is the claim subject to offset? ☒ No ☐ Yes

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 53 of 194

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Armoured Plumbing**
228 Church Street
Roseville, CA 95678

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Plumbing. For Notice Purposes Only.

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850.00 |
|---|---|---|---|

**Art Douglas Plumbing Inc.**
P.O. Box 25520
Fresno, CA 93729-5520

Date(s) debt was incurred  5/31/2017
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Plumbing

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,566.00 |
|---|---|---|---|

**Asphalt Sealing & Repair**
4044 West Woodside Court
Visalia, CA 93291

Date(s) debt was incurred  5/24/2018
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Parking Lot Work

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Assurance Fire Protection**
P.O. Box 26861
Fresno, CA 93729

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Fire Maintenance. For Notice Purposes Only.

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Assured Fire Extinguisher Service**
 P.O. Box 20524
Castro Valley, CA 94546

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Fire Maintenance. For Notice Purposes Only.

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AT&T**
P.O. Box 5025
Carol Stream, IL 60197-5025

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Phone/Internet Services. For Notice Purpose Only.

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $833.75 |
|---|---|---|---|

**Atomic Apparel USA**
3848 McHenry Ave, Suite 135, Box #145
Modesto, CA 95356

Date(s) debt was incurred  2/19/2019
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Promotional Materials

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 54 of 194

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Azarnia, LLC**
**Madison Oaks Shopping Cent**
**c/o Management Consulting Group**
**4360 Marconi Avenue**
**Sacramento, CA 95821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Rent Arrears**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**B&F Snider Enterprises**
**c/o Brekke Real Estate**
**1500 Standiford Ave., Bldg. D**
**Modesto, CA 95355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Rent Arrears**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,219.90** |
|---|---|---|---|

**BARE Associates International, Inc.**
**3702 Pender Drive, Suite 305**
**Fairfax, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/6/17-10/7/17**

**Basis for the claim:**   **Audit Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,285.00** |
|---|---|---|---|

**Barrier Specialty Roofing**
**4620 N Blythe Avenue**
**Fresno, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/5/18-3/7/19**

**Basis for the claim:**   **Roof Repair**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Barry Bonas Pest Control, Inc.**
**1625 Howard Rd., PMB #216**
**Madera, CA 93637-5128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Pest Control. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,084.16** |
|---|---|---|---|

**Bay Alarm Company**
**P.O. Box 7137**
**San Francisco, CA 94120-7137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Alarm. Account Nos. 2714842, 3514544, 3825324, 2714842, 4697624**

Last 4 digits of account
number **4842,4544,5324,271**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bay Area Backflow Inc.**
**290 Nagareda Dr, Unit 5**
**Gilroy, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **Plumbing. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 55 of 194

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bay Quality Roofing**
399 Airport Blvd
Freedom, CA 95019

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Roof Maintenance. For Notice Purposes Only.

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $742.50 |
|---|---|---|---|

**Bay Tech Access & Security Solutions**
12820 Cienga Road
Hollister, CA 95023

Date(s) debt was incurred  2/8/2019
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Security

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bear Downtown Postal**
2625 F Coffee Road
Modesto, CA 95355

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Mail Services. For Notice Purpose Only.

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bell's Plumbing Repair, Inc.**
P.O. Box 851
Atascadero, CA 93423

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Landlord. For Notice Purposes Only.

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Belle Mill Retail Partners, LLC**
5743 Corsa Ave, Ste 215
Thousand Oaks, CA 91362

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Landlord. For Notice Purposes Only.

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bellows Plumbing, Heating & Air**
2652 Research Park Drive
Soquel, CA 95073

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Plumbing. For Notice Purposes Only.

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $959.00 |
|---|---|---|---|

**Benjamin Franklin Plumbing**
8860 Palomar Avenue
Atascadero, CA 93422

Date(s) debt was incurred  4/1/2017
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Plumbing. For Notice Purpose Only.

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 56 of 194

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Bereman Carpets, Inc.**
**1070 Del Monte Avenue**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Carpet Install. For Notice Purpose Only._

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88.84 |
| --- | --- | --- | --- |

**Best Locksmith of Tahoe**
**942 Lodi Ave**
**South Lake Tahoe, CA 96150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _11/1/2017_

Basis for the claim: _Locksmith Service_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.50 |
| --- | --- | --- | --- |

**Bicsec Security, Inc.**
**1656 Herndon Road**
**Ceres, CA 95307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Fire Monitoring. For Notice Purposes Only._

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,697.00 |
| --- | --- | --- | --- |

**BirdEye**
**2479 E Bayshore Road, Suite 100**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _10/1/17-12/1/17_

Basis for the claim: _Marketing Service_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**BJs Consumers Choice Pest Control**
**PO Box 1026**
**Turlock, CA 95381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Pest Control. For Notice Purposes Only._

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Board of Equalization**
**P.O. Box 942879**
**Sacramento, CA 94279-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Sales Tax. For Notice Purposes Only._

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Boulder Exterminators, Inc**
**P.O. Box 17000**
**South Lake Tahoe, CA 96151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Pest Control. For Notice Purpose Only._

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 57 of 194

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brekke Real Estate**
1500 Standiford Ave, Bldg D
Modesto, CA 95350

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Broker Services. For Notice Purpose Only.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Bridge Bank**
55 Almadden Blvd., Suite 100
San Jose, CA 95113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/27/2019**

Basis for the claim: **Overdraft Loan**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,379.82 |
|---|---|---|---|

**Bridge Bank**
Western Alliance Bank
P.O. Box 31021
Tampa, FL 33631-3021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Visa Credit Card**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Broadway Pavilion Station LLC**
33340 Collection Center Drive
Chicago, IL 60693-0333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Rent Arrears**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,838.89 |
|---|---|---|---|

**Buxton**
2651 South Polaris Drive
Fort Worth, TX 76137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Marketing Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $631,000.00 |
|---|---|---|---|

**CA State District Attorney,
Santa Cruz County**
701 Ocean St., Room 200
Santa Cruz, CA 95060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Lawsuit Settlement**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cal State Termite and Pest**
P.O. Box 956
Selma, CA 93662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Pest Control. For Notice Purpose Only.**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 58 of
194

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.27 |
|---|---|---|---|

**California American Water**
P.O. Box 7150
Pasadena, CA 91109-7150

Date(s) debt was incurred  8/1/2019

Last 4 digits of account number  9023,0020

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**California Choice Benefit Administrators**
P.O. Box 7088
Orange, CA 92863-7088

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Health Insurance. For Notice Purpose Only.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**California Paving Construction**
P.O. Box 53210
San Jose, CA 95123

Date(s) debt was incurred  4/17/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Parking Lot Repair

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**California State Disbursement Unit**
P.O. Box 989067
West Sacramento, CA 95798-9067

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Filing Fees. For Notice Purpose Only.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**California Water Service Company**
P.O. Box 940001
San Jose, CA 95194-0001

Date(s) debt was incurred  8/19-8/22/19

Last 4 digits of account number  0972,3839,2807

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $738.00 |
|---|---|---|---|

**Caltrans**
P.O Box 942874, MS27
Sacramento, CA 94274

Date(s) debt was incurred  10/31/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Permit Fees

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465.00 |
|---|---|---|---|

**Capital Billing Services - Police**
Fresno Police Dept.
PO. .Box 93708
Fresno, CA 93708

Date(s) debt was incurred  7/12/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Police Services

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 59 of 194

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Capital Valley Investors**
**Attn: Doug Bayless**
**2410 Fair Oaks Blvd, Ste 110**
**Sacramento, CA 95825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landlord. For Notice Purpose Only.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,464.00 |
|---|---|---|---|

**Capitol Elevator**
**4513 Harlin Drive**
**Sacramento, CA 95826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/30/17-4/30/18**

Basis for the claim:  **Elevator Repairs**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.91 |
|---|---|---|---|

**Carmichael Water District**
**P.O. Box 919006**
**West Sacramento, CA 95691-9006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2/2019**

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carrera Backflow Specialist**
**P.O. Box 1561**
**Gilroy, CA 95021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Plumbing. For Notice Purpose Only.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $609.00 |
|---|---|---|---|

**Central Electric Company**
**430 Walker Street**
**Watsonville, CA 95076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/2018**

Basis for the claim:  **Electrician**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,195.11 |
|---|---|---|---|

**Central Valley Pool & Tile**
**P.O. Box 26946**
**Fresno, CA 93729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/21/17-12/15/17**

Basis for the claim:  **Pool Repair**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chabad Lubavitch Russian Synagogue**
**Pritam S. Grewal**
**4219 Chaboya Hills Ct.**
**San Jose, CA 95148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent Arrears**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 60 of
194

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $327.71 |
|---|---|---|---|

**Charter Business**
PO Box 60229
Los Angeles, CA 90060-0229

Date(s) debt was incurred  **8/13/2019**

Last 4 digits of account number  **4690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phone Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,743.44 |
|---|---|---|---|

**Choice Builder**
Attn: Accounts Receivable
P.O. Box 7405
Orange, CA 92863-7405

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Health Insurance. For Notice Purpose Only.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,343.65 |
|---|---|---|---|

**Cintas**
FAS Lockbox 636525
P.O. Box 636525
Cincinnati, OH 45263-6525

Date(s) debt was incurred  **7/11/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fire Maintenance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55.42 |
|---|---|---|---|

**City of Antioch**
PO Box 6015
Artesia, CA 90702-6015

Date(s) debt was incurred  **8/8/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.72 |
|---|---|---|---|

**City of Atwater**
750 Bellevue Road
Atwater, CA 95301

Date(s) debt was incurred  **8/1/19**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Clovis Utility**
P.O. Box 3007
Clovis, CA 93613-3007

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility. For Notice Purpose Only.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Dinuba**
1088 E Kamm Avenue
Dinuba, CA 93618

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility. For Notice Purpose Only.**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 61 of 194

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Dixon Utility**
P. O. Box 668
Dixon, CA 95620

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Fresno Utilities Billing**
P.O. Box 2069
Fresno, CA 93718-2069

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Gilroy Utility**
License Division
7351 Rosanna Street
Gilroy, CA 95020-6197

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Hanford Utility Service**
315 N Douty Street
Hanford, CA 93230

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Madera Utility Billing Dept**
P.O. Box 45806
San Francisco, CA 94145-0806

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**City of Merced - Finance Office**
678 West 18th Street, Dept BL
Merced, CA 95340

Date(s) debt was incurred __6/1/19__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Inspection Fee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Milpitas Utilities**
P.O. Box 7006
San Francisco, CA 94120

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**City of Modesto**
P.O. Box 3441
1010 Tenth Street
Modesto, CA 95353-3442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** City Penalty. For Notice Purpose Only.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**City of Modesto Utilites**
P.O. Box 767
Modesto, CA 95353-0767

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Utility. For Notice Purpose Only.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**City of Red Bluff**
555 Washington Street
Red Bluff,, CA 96080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Utility. For Notice Purpose Only.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**City of Ripon**
259 N Wilma Ave
Ripon,, CA 95366-3028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Utility. For Notice Purpose Only.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**City of Roseville**
P.O. Box 45807
San Francisco,, CA 94145-0807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Utility. For Notice Purpose Only.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**City of Sacramento**
9151 I St, RM 1214
Sacramento, CA 95814-2604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Inspection Fees. For Notice Purpose Only.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,553.54 |
| --- | --- | --- | --- |

**City of San Jose**
Business Tax & Reg Permit Dept #34370
PO Box 39000
San Francisco, CA 94139-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/29/19

**Basis for the claim:** Business Tax Certificate

Last 4 digits of account number  2901

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 63 of 194

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $536.80 |
|---|---|---|---|

**City of San Jose**
**Fire Department Bureau of Fire Preventio**
**Dept 34347, P.O. Box 39000**
**San Francisco,, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/8/17__

**Basis for the claim: Fire Permit**

Last 4 digits of account number __2353__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Sanger**
**1700 7th Street**
**Sanger,, CA 93657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Utility. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Sanger Fire Department**
**1700 7th Street**
**Sanger,, CA 93657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Inspection Fees. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Santa Maria**
**Fire Department**
**314 West Cook Street #8**
**Santa Maria,, CA 93458-5557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Inspection Fees. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Selma Fire Department**
**C/O Fire Recovery USA, LLC**
**P.O Box 548**
**Roseville, CA 95678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Inspection Fees. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of South Lake Tahoe**
**Citation Processing Center**
**PO Box 7275**
**Newport Beach, CA 92658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: City Penalty. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Tulare**
**411 Kern Avenue**
**Tulare,, CA 93274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Utility. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 64 of 194

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.62 |

**City of Vallejo**
P.O BOX  398766
San Francisco, CA 94139-8766

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**City of Watsonville Utilities**
PO Box 149
Watsonville, CA 95077-0149

Date(s) debt was incurred __

Last 4 digits of account number  **6089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility. For Notice Purpose Only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $516.00 |

**City Wide Property Services, Inc.**
3054 Gold Canal Drive
Rancho Cordova,, CA 95670

Date(s) debt was incurred  **8/1/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landscaping Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,507.46 |

**Clark Pest Control**
Accounting Office
P.O. Box 1480
Lodi, CA 95241-1480

Date(s) debt was incurred  **6/6/17-3/31/18**

Last 4 digits of account number  **3778,9323,8136,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pest Control**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Classic Parking, Inc.**
818 West 7th Street Ste 860
Los Angeles,, CA 90017

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking Garage. For Notice Purpose Only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Clovis 1, LLC**
c/o Property Management Advisors
P.O. Box 3329
Seal Beach, CA 90740

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord. For Notice Purpose Only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $713.50 |

**Cold Craft**
181 Lost Lake Lane
Campbell,, CA 95008-6615

Date(s) debt was incurred  **4/24/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 65 of 194

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,250.89 |

**Comcast**
P.O. Box 37601
Philadelphia,, PA 19101-0601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/2/19-8/15/19**

Basis for the claim: **Voice Services**

Last 4 digits of account number **4052,0742,91**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Competitive Plumbing & Mechanical**
227 Fair Lane
Placerville,, CA 95667

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Plumbing Services. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Concrete Landscape Services**
1151 Trade Center Dr. Ste #204
Rancho Cardova,, CA 95670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Landscaping Services. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,017.21 |

**Consolidated Utilities Billing & Service**
PO Box 1804
Sacramento, CA 95812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/31/16**

Basis for the claim: **Utility**

Last 4 digits of account number **1217**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Consumer's Choice Pest Control**
PO Box 1626
Oakdale,, CA 95361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Pest Control. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.61 |

**Contra Costa Climate Control, INC**
5053 Calyton Road
Concord,, CA 94520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/31/17**

Basis for the claim: **HVAC Maintenance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.77 |

**Contra Costa Fire Equipment**
PO Box 571
Concord, CA 94522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/2-3/3/18**

Basis for the claim: **Fire Maintenance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 66 of 194

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $861.30 |
|---|---|---|---|
| | **Contra Costa Health Services**<br>**50 Douglas Dr., Suite 320C**<br>**Martinez, CA 94553** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **3/1/19-5/17/19** | Basis for the claim: **Health Penalties** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Contra Costa Water District**<br>**1331 Concord Ave.**<br>**Concord, CA 94524** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Utility. For Notice Purpose Only.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.00 |
|---|---|---|---|
| | **Control Fire Protection**<br>**1347 Ogden Street**<br>**Bakersfield, CA 93305** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **9/30/17** | Basis for the claim: **Fire Maintenance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $232,500.00 |
|---|---|---|---|
| | **Corinthian Event Center LLC**<br>**P.O. Box 224**<br>**Clayton,, CA 94517** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Rent Arrears** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,665.60 |
|---|---|---|---|
| | **County of Fresno-Revenue Collections Uni**<br>**P.O Box 226**<br>**Fresno,, CA 93708-0226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **3/7-6/10/19** | Basis for the claim: **Business Tax Certificate** | |
| | Last 4 digits of account number **2538** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **County of Sacramento**<br>**Department of Revenue Recovery**<br>**P. O. Box 1086**<br>**Sacramento,, CA 95812-1086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **City Penalties. For Notice Purpose Only.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|
| | **County of Sacramento**<br>**Environmental Dept**<br>**10590 Armstrong Ave Suite C**<br>**Mather, CA 95655-4153** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **3/20/19-5/20/19** | Basis for the claim: **Health Permit** | |
| | Last 4 digits of account number **4558** | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 67 of 194

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,087.50 |
|---|---|---|---|

**County of Santa Clara**
**1555 Berger Dr  Ste 300**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/19**

Last 4 digits of account number  **5984**

Basis for the claim:  **Permit Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199,914.48 |
|---|---|---|---|

**Coverall North America, Inc.**
**2955 Momentum Place**
**Chicago,, IL 60689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/1/17-12/1/17**

Last 4 digits of account number  **0644**

Basis for the claim:  **Janitorial Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Crosspoint Realty Services**
**20211 Patio Drive, Suite 145**
**Castro Valley,, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Landlord. For Notice Purpose Only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Culligan Santa Clara**
**1785 Russell Ave**
**Santa Clara,, CA 95054-2032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Utility. For Notice Purpose Only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Culligan Water of Modesto**
**900 Reno Ave.**
**Modesto,, CA 95351-1117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Utility. For Notice Purpose Only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Culligan/Quality Water Enterprises**
**625 W Market Street**
**Salinas,, CA 93901-1424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Utility. For Notice Purpose Only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cumulus Fresno**
**3603 Momentum Place**
**Chicago,, IL 60689-5336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Radio Advertising. For Notice Purpose Only.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Definitive Edge Construction**
PO Box 13894
South Lake Tahoe, CA 96151-3894

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Construction Services. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.00 |
|---|---|---|---|

**Department of Industrial Relations**
P.O. Box 511232
Los Angeles,, CA 90051-3030

Date(s) debt was incurred **3/11/19-5/12/19**

Last 4 digits of account number **6886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Elevator Permits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Department of Industrial Relations**
Cashier, Accounting Office
PO BOX 420603
San Francisco,, CA 94142-0603

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Penalties. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,396.20 |
|---|---|---|---|

**Department of Public Health Enviromental**
P.O. Box 11800
Fresno,, CA 93775-1800

Date(s) debt was incurred **4/5/19-7/2/19**

Last 4 digits of account number **7289**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pool Permit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Der Manouel Insurance Group**
548 W. Cromwell Ave, Ste 101
Fresno,, CA 93711

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance Broker. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Derek Sawyer's Heating & Air**
1001 Carver
Modesto,, CA 95350

Date(s) debt was incurred **2/28/18**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **HVAC Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Diamond Electric**
1859 Hidden View Ln
Roseville,, CA 95661

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Electrical Services. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Digital Realty** | ☐ Contingent | |
| | **150 South First Street, LLC** | ☐ Unliquidated | |
| | **P.O. Box 742713** | ☐ Disputed | |
| | **Los Angeles,, CA 90074-2713** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Rent Arrears** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,106.25 |
|---|---|---|---|
| | **DiPietro & Associates, Inc.** | ☐ Contingent | |
| | **101 W. McKnight Way** | ☐ Unliquidated | |
| | **Grass Valley,, CA 95354** | ☐ Disputed | |
| | Date(s) debt was incurred **7/1/17-9/30/17** | **Basis for the claim:** **AED Monitoring** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,968.26 |
|---|---|---|---|
| | **Directv** | ☐ Contingent | |
| | **PO Box 60036** | ☐ Unliquidated | |
| | **Los Angeles, CA 90060-0036** | ☐ Disputed | |
| | Date(s) debt was incurred **1/12/19-8/12/19** | **Basis for the claim:** **Television Service** | |
| | Last 4 digits of account number **9650** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $358.99 |
|---|---|---|---|
| | **Dish Network** | ☐ Contingent | |
| | **PO Box 94063** | ☐ Unliquidated | |
| | **PALATINE,, IL 60094-4063** | ☐ Disputed | |
| | Date(s) debt was incurred **3/25/19** | **Basis for the claim:** **Television Service** | |
| | Last 4 digits of account number **9672** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48,756.47 |
|---|---|---|---|
| | **DLA Piper LLP** | ☐ Contingent | |
| | **P.O Box 75190** | ☐ Unliquidated | |
| | **Baltimore,, MD 21275** | ☐ Disputed | |
| | Date(s) debt was incurred **6/13/19-8/7/19** | **Basis for the claim:** **Legal Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $39,453.00 |
|---|---|---|---|
| | **Donahue Fitzgerald Attorneys** | ☐ Contingent | |
| | **1999 Harrison St, 25th Fl** | ☐ Unliquidated | |
| | **Oakland,, CA 94612** | ☐ Disputed | |
| | Date(s) debt was incurred **9/10/18** | **Basis for the claim:** **Legal Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Eastman Roofing & Waterproofing, Inc.** | ☐ Contingent | |
| | **1418 Douglas Street** | ☐ Unliquidated | |
| | **San Jose, CA 95126** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Roof Repair. For Notice Purpose Only.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 70 of 194

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**El Monte Shopping Center**
41 La Encinal
Orinda,, CA 94563

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Landlord. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,527.40 |
| --- | --- | --- | --- |

**Elevator Industries**
110 Main St
Sacramento, CA 95838

Date(s) debt was incurred __1/15/19-4/30/19__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Elevator Repair__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Emser Tile**
8431 Santa Monica Blvd
Los Angeles, CA 90069

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tile Supplier. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Energy Retrofit Co.**
27363 Via Industria
Temecula,, CA 92590

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lighting Company. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**EPC Water**
P.O Box 725
GILROY,, CA 95021-0725

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $349,000.00 |
| --- | --- | --- | --- |

**Ethan Conrad Properties, Inc.**
1300 National Dr., Ste 100
Sacramento, CA 95834

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Landlord Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Exxell Fire Systems**
360 Grand Ave, Suite 355
Oakland,, CA 94610

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 71 of 194

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Facchino-LaBarbera Hacienda Gardens**
**c/o Terracommercial Real Estate**
**873 Blossom Hill Road**
**San Jose,, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Rent Arrears

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fahrens Park LLC**
**3368 N State Highway 59 Suite L**
**Merced,, CA 95348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Rent Arrears

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fairfield Gateway, LP**
**c/o Crosspoint Realty Services**
**P.O Box 7365**
**San Francisco, CA 94120-7365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Landlord. For Notice Purpose Only.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fairfield Safe & Lock Co**
**811 Missouri Street**
**Fairfield, CA 94533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Locksmith Service. For Notice Purpose Only.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Farbstein & Blackman**
**411 Borel Ave, Ste 425**
**San Mateo,, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Legal Services. For Notice Purpose Only.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Fifteen Dollar Sewer and Drain**
**P.O. Box 26942**
**San Jose,, CA 95159-6942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/31/17

Last 4 digits of account number _

**Basis for the claim:**  Plumbing Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**File & ServeXpress LLC**
**PO Box 679058**
**Dallas,, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Legal Services. For Notice Purpose Only.

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 72 of
194

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Final Cut Media**
1720 G Street
Modesto,, CA 95354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,217.45 |
|---|---|---|---|

**Findmembers Inc.**
12920 NE 140th St
Kirkland,, WA 98034

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/1/18-4/1/18**
Last 4 digits of account number  **3379**

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Firecode Safety Equipment, Inc.**
3722 W. Pacific Avenue
Sacramento, CA 95820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Fire Maintenance. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FireMaster**
PO Box 121019
Dallas, TX 75312-1019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Fire Maintenance. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fireshield**
7450 Dowdy St, Suite C
Gilroy, CA 95020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Fire Maintenance. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**First American Title Company**
2425 E Camelback Road  Ste 300
Phoenix,, AZ 85016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Title Company. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**First Insurance**
P.O. Box 7000
Carol Stream,, IL 6097-7000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Insurance. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 73 of 194

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**First View**
**301 Commerce Street, Ste. 1400**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card Processing. For Notice Purpose Only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fitzpatrick & Swanston**
**555 S Main Street**
**Salinas, CA 93901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit Settlement. For Notice Purpose Only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199,000.00 |
|---|---|---|---|

**Folsom Zinfandel Partners, LLC**
**1448 15th Street, Ste 100**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landlord - Rent Arrears**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.00 |
|---|---|---|---|

**Foothill Fire Protection**
**5948 King Rd**
**Loomis, CA 95650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/19-6/4/19**

Basis for the claim:  **Fire Monitoring**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,427.50 |
|---|---|---|---|

**Freeman Mathis & Gary LLP**
**100 Galleria Parkway Suite 1600**
**Atlanta, GA 30339-5948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/19/19-8/26/19**

Basis for the claim:  **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,566.10 |
|---|---|---|---|

**Fresno County Treasurer**
**PO Box 11867**
**Fresno,, CA 93775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/5/17-12/4/17**

Basis for the claim:  **Pool Permit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Fresno Fire Department**
**Payment Processing Services**
**911 H Street**
**Fresno, CA 93721-3083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/22/19**

Basis for the claim:  **Fire Inspections**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gateway Fire Equipment**
P. O. Box 2168
Merced,, CA 95344

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Fire Maintenance. For Notice Purpose Only.

Is the claim subject to offset? ☐ No ☐ Yes

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,500.00 |
|---|---|---|---|

**Geil Enterprices**
dba Janitorial Inc
1945 N Helm Ave, Ste 102
Fresno,, CA 93727

Date(s) debt was incurred  8/1/19
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Janitorial Services - Settlement

Is the claim subject to offset? ☐ No ☐ Yes

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**General Plumbing Supply**
6085 Brentwood Blvd.
Brentwood, CA 94513

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Plumbing Services. For Notice Purpose Only.

Is the claim subject to offset? ■ No ☐ Yes

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Geneva Capital**
522 Broadway Stree, Suite 4
Alexandria, MN 56308

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment Lease. For Notice Purpose Only.

Is the claim subject to offset? ☐ No ☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,861.24 |
|---|---|---|---|

**Genie Pool & Spa Service Inc**
3641-C Charter Park Dr
San jose,, CA 95136

Date(s) debt was incurred  11/1/17-12/1/17
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pool Maintenance

Is the claim subject to offset? ☐ No ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Geno's Landscape Services**
3096 Glen Canyon Road
Scotts Valley,, CA 95066

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Landscaping. For Notice Purpose Only.

Is the claim subject to offset? ■ No ☐ Yes

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,437,778.93 |
|---|---|---|---|

**GGD Oakdale, LLC**
101 E. Vineyard Avenue, Suite 201
Livermore, CA 94550

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 75 of 194

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Gilton Solid Waste Management**
**755 S Yosemite**
**Oakdale, Ca 95361**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $173,388.55 |
| --- | --- | --- | --- |

**Global Capital Management Corp.**
**P.O. Box 527**
**Burlingame, CA 94011**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Landlord - Rent Arrears__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,170.00 |
| --- | --- | --- | --- |

**Global Fire Monitoring**
**P.O. Box 578040**
**Modesto,, CA 95357-8040**

Date(s) debt was incurred __9/1/17-5/1/18__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Fire Monitoring__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Glotrade s.r.o.**
**1321 Upland Drive, Suite 8441**
**Houston,, TX 77043-4718**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Filing Fees. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Golden Bear Fire Extinguisher, Inc**
**8352 Church St  Ste A#11**
**Gilroy,, CA 95020**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Fire Maintenance. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Golden State Water Company**
**PO Box 9016**
**San Dimas, CA 91773-9016**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Gong's Market of Sanger, Inc.**
**Attn: Debbie Gong**
**1825 Academy Ave**
**Sanger,, CA 93687**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Rent Arrears__

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 76 of 194

| | |
|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** |

**Gordon & Rees, LLP**
**Attn: Accounts Payable**
**1111 Broadway, Suite 1700**
**Oakland, CA 94607**

Date(s) debt was incurred  12/18/18-8/22/19

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$34,370.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** |

**Gordon C. Walthall**
**1731 Howe Ave Ste 623**
**Sacramento,, CA 95825**

Date(s) debt was incurred  10/6/17

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$165.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Facility Repairs.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** |

**Gowans Printing Company**
**1310 H Street**
**Modesto, CA 95354-2428**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Printing Services. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.193 | **Nonpriority creditor's name and mailing address** |

**Grainger**
**100 Grainger Pkwy**
**Lake Forest, IL 60045**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Maintenance Supplies. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.194 | **Nonpriority creditor's name and mailing address** |

**GSO**
**P.O Box 1907**
**San Ramon, CA 94583**

Date(s) debt was incurred  8/15/19

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$331.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.195 | **Nonpriority creditor's name and mailing address** |

**Guardian Alarm**
**PO Box 320875**
**Los Gatos,, CA 95032**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Alarm Services. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.196 | **Nonpriority creditor's name and mailing address** |

**HAAS Graphics**
**2010 N Wilson Way**
**Stockton,, CA 95205**

Date(s) debt was incurred  7/26/17-7/31/17

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$2,528.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Materials**

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 77 of
194

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**HammerHead Pools**
PO Box 1867
Rancho Cordova,, CA 95741

Date(s) debt was incurred __10/1/17__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pool Maintenance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hansen Enterprises**
PO Box 2512
Paso Robles,, CA 93447

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Alarm Services. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Headwaters Construction Inc.**
50 Fullerton Court, Ste 203
Sacramento,, CA 95825

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Construction. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Health & Fitness Trust**
c/o Joe Gigantino
1477 Dry Creek Road
San Jose,, CA 95125

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Landlord. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |
|---|---|---|---|

**Hermenegildo Bautista**
3926 N Safford Ave
Fresno,, CA 93704

Date(s) debt was incurred __9/28/17-11/30/17__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Landscaping Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Herndon Village Center, LLC**
c/o Dana Butcher Assoc
1690 W Shaw Ave, Suite 200
Fresno, Ca 93720

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Landlord. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,332.66 |
|---|---|---|---|

**Hillyard / Sacramento**
PO Box 801400
Kansas City,, MO 64180-1400

Date(s) debt was incurred __5/23/19-8/26/19__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Janitorial Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 78 of 194

**3.204**
Nonpriority creditor's name and mailing address
**Hoffman Electric Systems**
2301 Aviation Dr
Atwater,, CA 95301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.         **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Alarm Services. For Notice Purpose Only.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.205**
Nonpriority creditor's name and mailing address
**HPC Hallmark Investors, LP**
18321 Ventura Blvd, Ste 980
Los Angeles,, CA 91356

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.         **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent Arrears**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.206**
Nonpriority creditor's name and mailing address
**IHeartMedia, Inc.**
3400 W Olive Ave., #550
Burbank, CA 91505

Date(s) debt was incurred  **4/29/18-7/4/18**
Last 4 digits of account number  **6107**

As of the petition filing date, the claim is: Check all that apply.         **$92,465.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.207**
Nonpriority creditor's name and mailing address
**Image Imprint**
**AIA Corporation**
P.O. Box 31001-1900
Pasadena, CA 91110-1900

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.         **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Materials. For Notice Purpose Only.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.208**
Nonpriority creditor's name and mailing address
**Island Escavation**
P.O Box 10251
South Lake Tahoe,, CA 96158

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.         **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Snow Removal. For Notice Purpose Only.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.209**
Nonpriority creditor's name and mailing address
**Island Oasis**
P.O. Box 846186
Boston,, MA 02284-6186

Date(s) debt was incurred  **8/1/17**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.         **$1,234.81**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Juicebar Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.210**
Nonpriority creditor's name and mailing address
**J & L Pro Kleen**
PO Box 2524
So. Lake Tahoe,, CA 96158

Date(s) debt was incurred  **3/19/18**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.         **$600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Snow Removal**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 19-41949  Doc# 54  Filed: 09/19/19  Entered: 09/19/19 21:33:53  Page 79 of 194

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**J & S Management**
702 Marshall St., Suite 420
Redwood City,, CA 94064

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rent Arrears

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**J Plus Architects**
3838 Watt Ave., Suite D410
Sacramento,, CA 95821

Date(s) debt was incurred _
Last 4 digits of account number  0400

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Architecture Design. For Notice Purpose Only.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jakes Plumbing Services**
10830 1st St
Gilroy,, CA 95020

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Plumbing Services. For Notice Purpose Only.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Pilcher Construction**
4010 Lakeview Dr.
Shingle Springs,, CA 95682

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Facility Repairs. For Notice Purpose Only.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**JB & Sons Landscaping**
1044 Jacquelinelee Drive
Turlock,, CA 00098-1595

Date(s) debt was incurred  5/10/19
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Landscaping Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jerico Fire Protection Company Inc.**
1380 N. Hulbert Ave
Fresno,, CA 93728

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Fire Maintenance. For Notice Purpose Only.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jerry Smith**
3563 Bode Drive
South Lake Tahoe,, CA 96150

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Facility Repairs. For Notice Purpose Only.

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 80 of 194

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.15 |

**Jerry's Plumbing & Heating**
319 N. Russell Ave.
Santa Maria,, CA 93458

Date(s) debt was incurred **7/9/18**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Plumbing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JG Concrete Construction**
25 Hollywood Ave
Vallejo, CA 94591

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Construction. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $785.03 |

**JK Spa Repair**
PO Box 483
Los Gatos,, Ca 95031

Date(s) debt was incurred **12/31/18**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Spa Part Orders**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joe Garcia Construction**
PO Box 18331
So. Lake Tahoe,, CA 96151

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Construction. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Joey's Glass and Tint**
200 N Gateway Suite 102
Madera,, CA 93637

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Glass Repair. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jorgensen Company**
P.O Box 398655
San Francisco,, CA 94139-8665

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fire Maintenance. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**Just Fitness Staffing, LLC**
2023  North Cheremoya Avenue
Los Angeles,, CA 90068

Date(s) debt was incurred **8/22/18**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Recruiter**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 81 of
194

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,117.13** |
|---|---|---|---|
| | **K5 Signs & Graphics**<br>**4590 Qantas Lane, Suite A4**<br>**Stockton, CA 95206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **11/4/18-1/12/19** | Basis for the claim: **Branding** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Keene Enterprises**<br>**3805 Bugatti Way**<br>**Modesto,, CA 95356** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Construction. For Notice Purpose Only.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Ken Moland**<br>**PO Box 30340**<br>**Spokane,, WA 99223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Tax Accountant. For Notice Purpose Only.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Ken's Plumbing**<br>**159 Sabina Way**<br>**Aptos,, CA 95003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Plumbing Services. For Notice Purpose Only.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Kidder Mathews LLC**<br>**1201 Pacific Ave, Suite 1400**<br>**Tacoma,, WA 98402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Lease Broker. For Notice Purpose Only.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$708.88** |
|---|---|---|---|
| | **Kings County Tax Collector**<br>**Attn: James P. Erb, CPA**<br>**1400 W. Lacey Blvd.**<br>**Hanford, CA 93230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019-2020** | Basis for the claim: **Taxes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$896.00** |
|---|---|---|---|
| | **Kodiak Roofing & Waterproofing Co.**<br>**8825 Washington Blvd, Ste 100**<br>**Roseville,, CA 95678** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **1/31/19** | Basis for the claim: **Roof Repair** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 82 of 194

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,096.51 |
|---|---|---|---|

**KONE**
15021 Wicks Blvd
San Leandro, CA 94577

Date(s) debt was incurred **7/31/17-9/6/18**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Elevator Repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,973.00 |
|---|---|---|---|

**KSFM-FM/CBS Radio**
PO Box 100182
Pasadena,, CA 91189-0182

Date(s) debt was incurred **3/31/17-5/31/17**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Radio Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LaDera Property Management**
Po Box 60653
Santa Barbara,, CA 93160

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Electrical Services. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.00 |
|---|---|---|---|

**Lake Tahoe Plumbing & Heating Inc**
1611 Shop St. #2A
South Lake Tahoe,, CA 96150

Date(s) debt was incurred **6/18/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Plumbing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lakeside Paving & Sealing, Inc.**
PO Box 924
Carnelian Bay,, CA 96140

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Construction. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Law Office of Kevin T. Barnes Client**
1635 Pontius Ave., Second Floor
Los Angeles,, CA 90025

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit Settlement. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Law Office of Todd M. Friedman P.C.**
324 S Beverly Blvd, Suite 725
Beverly Hills, CA 90212

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit Settlement. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$34,800.00** |

**Law Offices of David S. Pearson Trust**
**48 Kingston Place**
**Walnut Creek,, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   5/3/19

**Basis for the claim:**   Lawsuit Settlement

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$2,627.20** |

**LeesAir.com**
**5456 W Mission Ave**
**Fresno,, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   7/6/17-11/4/17

**Basis for the claim:**   HVAC Repair

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$0.00** |

**LeFever Mattson Property Managemen**
**C/O Dena Pratt**
**6359 Auburn Blvd. Ste. B**
**Citrus Heights,, CA 95621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**   Landlord. For Notice Purpose Only.

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$0.00** |

**Legacy Roofing & Waterproofing Inc.**
**1698 Rogers Avenue #10**
**San Jose,, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**   Roof Repair. For Notice Purpose Only.

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$0.00** |

**Les Mills**
**Attn: Dan Murphy**
**2860 S River Rd #200**
**Des Planes, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:**   Licensing. For Notice Purpose Only.

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$0.00** |

**Leslie's Pool Supplies, Inc.**
**PO Box 501162**
**St Louis,, MO 63150-1162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   17692307

**Basis for the claim:**   Pool Supplier. For Notice Purpose Only.

Last 4 digits of account number   2307

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$1,908.54** |

**Liberty Utilities**
**933 Eloise Ave.**
**South Lake Tahoe,, CA 96150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   8/13/19

**Basis for the claim:**   Utility

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Life Fitness**
2716 Network Place
Chicago,, IL 60673-1271

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment Leases. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,634.44 |
|---|---|---|---|

**Linear Electronic Design, Inc.**
4460 W Shaw Suite #199
Fresno, CA 93722

Date(s) debt was incurred  6/25/18-9/7/18
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **AV Technician**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Long Pest Control Inc**
3402 So Washington St
Tacoma,, WA 98409

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pest Control Services. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.00 |
|---|---|---|---|

**Madera County Env. Health Division**
200 W. 4th St., Suite 3100
Madera,, CA 93637

Date(s) debt was incurred  10/23/17
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pool Permit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.00 |
|---|---|---|---|

**Madera County Tax Collector**
200 W 4th Stree, 2nd Floor
Madera,, CA 93637

Date(s) debt was incurred  3/15/17-5/1/17
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business License Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Manteca Lifestyle Center**
PO Box 975500
Dallas,, TX 75397-5500

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Landlord. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maranata Landscaping**
935 Matterhorn Ct
milpitas,, CA 95035

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Landscaping Services. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 85 of
194

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,264.00 |
|---|---|---|---|

**Mark Giles Landscape Company**
**87 Alder Avenue**
**Walnut Creek, CA 94595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/30/17-1/31/18**

Basis for the claim: **Landscaping Services.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marthedal Solar & Heating**
**1441 N Thesta**
**Fresno,, CA 93703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **HVAC Repair Services. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,768.00 |
|---|---|---|---|

**Martin Plumbing**
**1221 Post Rd Ste C**
**Oakdale,, CA 95361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/5/17-12/27/17**

Basis for the claim: **Plumbing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,484.25 |
|---|---|---|---|

**MAS Service/JB Mechanical Inc**
**5542 Brisa Street Suite H**
**Livermore,, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/22/17-10/17/17**

Basis for the claim: **HVAC Repair Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Masellis LLC**
**119 Albers Road**
**Modesto,, CA 95357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Landlord. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.98 |
|---|---|---|---|

**Meeks Lumber & Hardware**
**2763 Lake Tahoe Blvd**
**South Lake Tahoe,, CA 96150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/1/17-3/31/18**

Basis for the claim: **Repair Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mendoza's Unlimited Upholstery**
**201 S Broadway**
**Turlock,, CA 95380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Upholstery Services. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 86 of 194

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Merced Irrigation District**
744 W. 20TH STREET
Merced,, CA 95344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Utility. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael H Martinez**
1131 S. Russell  Ave. Apt 43
Santa Maria, CA 93458

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **HVAC Maintenance. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mid Cal Moving & Storage Company**
607 N Carlton Ave, Suite B
Stockton, CA 95203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Moving Company. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mid Valley Alarm**
P.O. BOX 1770
CLOVIS,, CA 93613-1770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Alarm Services. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MID Valley Disposal**
PO Box 12227
Fresno,, CA 93777

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Utility. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MID-State Flooring & Prep Inc.**
13264 E Saginaw Way
Sanger, CA 93657

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Construction. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Midwest Insurance Company**
300 S Bradfordton Rd.
Springfield, IL 62711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Insurance Company. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 87 of 194

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Milpitas Sanitation**
P.O. Box 1738
San Leandro,, CA 94577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,549.37 |
|---|---|---|---|

**MLSA Landscape Architecture**
306 Canyon Falls Drive
Folsom,, CA 95630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/27/18-8/27/18**

Basis for the claim:  **Architectural Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Modern Painting**
Attn: Jeremy Jacobs
934 Perimeter Drive
Manteca,, CA 95337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Painting Services. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Modesto Irrigation District**
P.O. Box 398018
San Francisco, CA 94139-8018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Modesto On Ice, LLC**
2910 W Thorndale Loop
Coeur d' Alene,, ID 83815

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Advertising. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Monterey Bay Pool & Spa**
P.O. Box 1745
Freedom,, CA 95019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pool Maintenance. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.78 |
|---|---|---|---|

**Monterey City Disposal**
PO Box 2780
Monterey,, CA 93942-2780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/7/19**

Basis for the claim:  **Utility**

Last 4 digits of account number  **9349**

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 88 of 194

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Monterey County Enviro Health**
1270 Natividad Rd
Salinas,, CA 93906

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pool Permit. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Monterey Fire Extinguisher**
PO Box 1441
Monterey,, CA 93942-1441

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fire Maintenance. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $388.64 |
|---|---|---|---|

**Monterey One Water**
P.O. BOX 2109
Monterey, CA 93942-2109

Date(s) debt was incurred  **7/8/19**

Last 4 digits of account number  **9866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,416.25 |
|---|---|---|---|

**Mood Pandora**
DMX LLC
P.O Box 602777
Charlotte, NC 28260

Date(s) debt was incurred  **6/29/18-7/2/19**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Music Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,187.50 |
|---|---|---|---|

**Moon & Yang**
Attn: Diba Rastegar
633 West Fifth Street, 52nd Floor
Los Angeles,, CA 90071

Date(s) debt was incurred  **5/24/19**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit Settlement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65.00 |
|---|---|---|---|

**Mountain Valley Environmental Services**
21089 Forest Glen Rd.
Madera, CA 93638

Date(s) debt was incurred  **6/25/18**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Plumbing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mr. Rooter Plumbing**
8701 Kiefer Blvd
Sacramento,, CA 95826

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Plumbing. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 89 of 194

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $723.50 |

**Mr. Rooter Plumbing-San Jose**
P.O Box 2G
San Jose, CA 95109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 4/11/19

Basis for the claim: Plumbing

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mt. Diablo Resource Recovery-Concord**
PO BOX 5397
Concord,, CA 94524-0397

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: Utilities. For Notice Purpose Only.

Last 4 digits of account number 5685

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177,614.50 |

**Muscle Up Marketing**
11675 Rainwater Dr, Ste 675
Alpharetta,, GA 30009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 10/31/18-1/30/19

Basis for the claim: Marketing

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Name Tag Country**
1899 Dayton Blvd.
Chattanooga, TN 37415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: Marketing Material. For Notice Purpose Only.

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**National Fire Systems, Inc.**
8521 Morrison Creek Drive
Sacramento,, CA 95828

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: Fire Maintenance. For Notice Purpose Only.

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**National Gym Supply**
5500 W 83rd St.
Los Angeles, CA 90045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: Equipment Repair. For Notice Purpose Only.

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Nelson & Sons Electric**
401 N Walnut Road
Turlock,, Ca 95380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: Electricial Services. For Notice Purpose Only.

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 90 of 194

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Netpulse**
560 Fletcher Drive
Atherton,, CA 94027

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Marketing. For Notice Purpose Only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Newman & Broomand LLP**
2360 East Bidwell St. Ste 100
Folsom,, CA 95630

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2/28/18-4/30/18**
Last 4 digits of account number _

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nickell Fire Protection, Inc**
946 N. 7th Street
San Jose,, CA 95112

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Fire Maintenance. For Notice Purpose Only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,508.67 |
|---|---|---|---|

**NOI Inc.**
112 Salinas Drive
Vacaville, CA 95688

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **5/14/19**
Last 4 digits of account number _

Basis for the claim:  **Lawsuit Settlement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,536.10 |
|---|---|---|---|

**Nomoto Investments, LLC**
P.O. Box 3007
Beverly Hills,, CA 90212

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Landlord - Note Payable**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Norcal Flooring**
P.O. Box 457
Fairfield, CA 94533

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Flooring Services. For Notice Purpose Only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NorCal Lock Smith**
2351 Sunset Blvd Suite 170-751
Rocklin,, CA 95765

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Locksmith Service. For Notice Purpose Only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 91 of 194

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**North County Backflow**
Steve Sandeffer
P.O Box 1281
Templeton,, CA 93465

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Plumbing. For Notice Purpose Only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nu-Life**
1020 W. Betteravia #D
Santa Maria,, CA 93455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Construction. For Notice Purpose Only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,473.39 |
|---|---|---|---|

**NW Branding Group**
14419 Greenwood Ave N #A-347
Seattle,, WA 98133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/11/18-3/20/19

Basis for the claim: **Sign Construction**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**On-Site Upholstery Inc**
dba Mobile Repair Services
5930 Running Hills Ave
Livermore,, CA 94551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Upholstery. For Notice Purpose Only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,404.30 |
|---|---|---|---|

**OnTrac**
250 Utah Ave
South San Francisco,, CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/11/18-10/24/18

Basis for the claim: **Shipping**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ORKIN Pest Control**
P.O. Box 7161
Pasadena,, CA 91109-7161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pest Control. For Notice Purpose Only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,134.30 |
|---|---|---|---|

**Ortloff Management**
c/o Terpstra Henderson
Attn: Stacy Henderson
578 N Wilma Avenue, Ste. A
Ripon, CA 95366

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Landlord - Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 92 of
194

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OT Electrical**
**1925 Warner Ave**
**Oakland,, CA 94603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __

Basis for the claim:　**Electrical Services. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Othon's Golden State Art Works**
**9120 Greenback Ln**
**Orangevale,, CA 95662-4706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __

Basis for the claim:　**Glass Repair. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pachulski Stang Ziehl & Jones LLP**
**150 California St., 15th Floor**
**San Francisco, CA 94111-4500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __

Basis for the claim:　**Legal Services. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,518.70 |
|---|---|---|---|

**Pacific Gas and Electric**
**PO Box 997300**
**Sacramento,, CA 95899-7300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**6/10/19-8/6/19**

Last 4 digits of account number　**1443**

Basis for the claim:　**Utilities**

Is the claim subject to offset? ■ No ☐ Yes

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,138.37 |
|---|---|---|---|

**Pacific Gas and Electric**
**PO Box 997300**
**Sacramento,, CA 95899-7300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**6/7/19-8/6/19**

Last 4 digits of account number　**3842**

Basis for the claim:　**Utilities**

Is the claim subject to offset? ■ No ☐ Yes

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274.05 |
|---|---|---|---|

**Pacific Heating and Sheet Metal**
**1600 Main Street**
**Morro Bay,, CA 93442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**11/7/18**

Last 4 digits of account number __

Basis for the claim:　**HVAC Repair**

Is the claim subject to offset? ■ No ☐ Yes

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,200.00 |
|---|---|---|---|

**Paragon Legal PC**
**601 California Street, Suite 615**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred　**7/31/18-9/1/18**

Last 4 digits of account number __

Basis for the claim:　**Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949　Doc# 54　Filed: 09/19/19　Entered: 09/19/19 21:33:53　Page 93 of 194

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$220.00** |
|---|---|---|---|

**Pawnee Leasing Corporation**
**3801 Automation Wy #207**
**Fort Collins, CO 80525**

Date(s) debt was incurred __
Last 4 digits of account number __**2152**__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Lease. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Paylocity Corp**
**3850 N Wilke Road**
**Arlington Heights, IL 60004**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll Provider. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Peninsula Pool Service**
**575 Hannon Ave**
**Monterey,, CA 93940**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pool Maintenance. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Perry Communication Group Inc.**
**980 9th Street, Ste. 1450**
**Sacramento, CA 95814-2734**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Fees. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Pest Protection Svcs**
**601 Gracie Lane**
**Brentwood,, CA 94513**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pest Control. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Pestman Termite & Pest Control**
**P.O. Box 7962**
**Visalia,, CA 93290**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pest Control. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Philadelphia Insurance Companies**
**PO Box 70251**
**Philadelphia,, PA 19176-0251**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 94 of 194

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Pittman Engineering**
**1050 Opportunity Drive # 120**
**Roseville,, CA 95678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Engineering. For Notice Purpose Only._

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Plaza Rubino, LLC**
**4670 Willow Road Suite 200**
**Pleasanton,, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Landlord. For Notice Purpose Only._

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Plumbing MD, Inc.**
**955 Business Park Drive**
**Dixon,, CA 95620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Plumbing. For Notice Purpose Only._

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,087.00**

**PMG Heating & Air**
**469 Rotelli Street**
**Manteca,, CA 95337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _8/1/19-8/5/19_
Last 4 digits of account number _

Basis for the claim: _HVAC Repair_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Pop-A-Lock**
**12820 Cienege Rd**
**Hollister,, CA 95028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Locksmith. For Notice Purpose Only._

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Potential Electric**
**2516 S Fruit Ave**
**Fresno,, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Electrical Services. For Notice Purpose Only._

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$510.50**

**Preferred Plumbing and Drain**
**4335 N Golden Gate Rd #102**
**Fresno,, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _11/30/18-3/12/19_
Last 4 digits of account number _

Basis for the claim: _Plumbing_

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 95 of 194

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Premo Roofing**<br>**PO Box 7355**<br>**Spreckels,, CA 93962** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Roof Repair. For Notice Purpose Only. | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Priority 1 Electric**<br>**1309 Silica Avenue**<br>**Sacramento,, CA 95815-3308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Electrical Services. For Notice Purpose Only. | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Pritam S. Grewal**<br>**4219 Chaboya Hills Court**<br>**San Jose,, CA 95148** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Rent Arrears | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Pro Clean Janitorial Facility Services**<br>**13 Pelican Dr.**<br>**Watsonville,, CA 95076** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Janitorial Services. For Notice Purpose Only. | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **ProLease C/O LINK SYSTEMS, INC**<br>**One Dock Street**<br>**Stamford,, CT 06902** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Lease Management. For Notice Purpose Only. | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Property Multipliers LLC**<br>**2291 W. March Lane Suite B-215**<br>**Stockton,, CA 95207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Rent Arrears | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Proshred SFBA**<br>**5635 West Las Positas Blvd., Suite 405**<br>**Pleasanton,, CA 94588-4076** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Shred Services. For Notice Purpose Only. | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 96 of 194

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Punzalan Law, PC**
**2000 Alameda de las Pulgas, Ste 154**
**San Mateo,, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Legal Services. For Notice Purpose Only.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ramirez Pest Management**
**1663 North Main St**
**Salinas,, CA 93906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Pest Control. For Notice Purpose Only.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ramiro Ceja RGS Group Inc.**
**PO Box 1411**
**Fresno,, CA 93716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Construction. For Notice Purpose Only.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ray's Gardening**
**P.O. Box 1181**
**Hilmar,, CA 95324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Landscaping. For Notice Purpose Only.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rayne of San Jose**
**2941 Daylight Way**
**San Jose,, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utility. For Notice Purpose Only.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,854.83 |
|---|---|---|---|

**RBA Leasing**
**c/o Bryn Mawr Equipment Finance**
**PO Box 692**
**Bryn Mawr,, PA 19010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Equipment Lease__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Recology Dixon**
**P.O. Box 60759**
**Los Angeles,, CA 90060-0759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Utility. For Notice Purpose Only.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 97 of
194

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Recology South Valley**<br>**PO Box 60648**<br>**Los Angeles,, CA 90060-0648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Utility. For Notice Purpose Only.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Recology Vallejo**<br>**PO Box 60759**<br>**Los Angeles,, CA 90060-0759** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Utility. For Notice Purpose Only.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Republic Services**<br>**P.O. Box 78829**<br>**Phoenix, AZ 85062-8829** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Utility. For Notice Purpose Only.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **RFE Engineering, Inc.**<br>**2260 Douglas Blvd, Ste 160**<br>**Roseville,, CA 95661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Construction. For Notice Purpose Only.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **RingCentral, Inc.**<br>**1400 Fashion Island Blvd Suite 700**<br>**San Mateo,, CA 94404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Phone Provider. For Notice Purpose Only.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Robert Mitchell**<br>**2626 W Alluvial**<br>**Fresno,, CA 93711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Landlord. For Notice Purpose Only.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,640.21 |
| --- | --- | --- | --- |
| | **Roemke Electric**<br>**320 Roxas St**<br>**Santa Cruz,, CA 95062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2/10/19-3/1/19** | Basis for the claim: **Electrician** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 98 of 194

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROI Commerical Roofing**
8417 Washington Blvd #100
Roseville,, CA 95678

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Roof Repair. For Notice Purpose Only.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roseville FARP**
PO Box 749879
Los Angeles,, CA 90074-9879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Alarm Monitoring. For Notice Purpose Only.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roseville Fire Department**
316 Vernon Street, #480
Roseville,, CA 95658

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Fire Permit. For Notice Purpose Only.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roto Rooter**
2141 Industrial Court, Ste. B
Vista, CA 92801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Plumbing. For Notice Purpose Only.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roto-Rooter**
1708 Enterprise Drive
Fairfield, CA 94533

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Plumbing. For Notice Purpose Only.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $573.34 |
|---|---|---|---|

**Roto-Rooter Plumbers**
356 Matthew Street
Santa Clara,, CA 95050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/11/17-5/31/18

Basis for the claim:  Plumbing

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RT Golden Hills, LP**
6359 Auburn Blvd, Ste B
Citrus Heights, CA 95621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Rent Arrears

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$404.00** |
|---|---|---|---|

**Sacramento Consolidated Charities**
6150 27th St, Suite B
Sacramento,, CA 95822

Date(s) debt was incurred  **9/26/18-10/31/18**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parking Lot Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,676.13** |
|---|---|---|---|

**Sacramento County**
700 H Street, Room 171
Sacramento, CA 95814

Date(s) debt was incurred  **7/12/18-7/13/18**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Property Tax**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,094.61** |
|---|---|---|---|

**Sacramento County Utility**
PO Box 1804
Sacramento, CA 95812

Date(s) debt was incurred  **7/24/19**

Last 4 digits of account number  **1255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sacramento Metropolitan Fire District Co
Risk Reduction Division**
PO Box 269110
Sacramento,, CA 95826

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Inspections. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$981.20** |
|---|---|---|---|

**Sacramento Refrigeration Inc.**
4731 Pell Dr. St.#1
Sacramento, CA 95838

Date(s) debt was incurred  **8/1/17**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**San Francisco Elevator**
6693 C Sierra Lane
Dublin, CA 94568

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Elevator Repair. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**San Francisco Tax Collector**
PO Box 7427
San Francisco,, CA 94120-7427

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Property Taxes. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$844.67** |
|---|---|---|---|

**San Jose Boiler Works**
**1585 Schallenberger Rd**
**San Jose,, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/31/18__

Last 4 digits of account number __

Basis for the claim: __Plumbing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**San Jose Fire Department**
**Bureau of Fire Prevention**
**200 East Santa Clara St., 2nd Fl.**
**San Jose,, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Permits. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**San Jose Water**
**110 W. Taylor Street**
**San Jose,, CA 95110-2131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Utility. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sand Creek Crossing LLC**
**PO Box 844578**
**Los Angeles,, CA 90084-4578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Landlord. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$512,015.32** |
|---|---|---|---|

**Sanjiv Kumar Chopra**
**101 E Vineyard Avenue, Suite 201**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Loans__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,087.50** |
|---|---|---|---|

**Santa Clara County Health Dept**
**701 Ocean St, Ste 312**
**Santa Cruz,, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/15/19__

Last 4 digits of account number __

Basis for the claim: __Health Permits__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Santa Cruz County Environmental Health**
**701 Ocean Street Suite 312**
**Santa Cruz,, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Pool Permit. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**3.365**
Nonpriority creditor's name and mailing address
**Santa Rita GRF2, LLC**
**973 Lomas Santa Fe Drive**
**Solona Beach,, CA 92075**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord. For Notice Purpose Only.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.366**
Nonpriority creditor's name and mailing address
**Scott Cole & Associates**
**Scott Edward Cole Esq.**
**1970 Broadway Fl. 9**
**Oakland,, CA 84612-2228**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees. For Notice Purpose Only.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.367**
Nonpriority creditor's name and mailing address
**Scott O' Brien Fire & Safety Co.**
**4325 Traffic Way**
**Atascadero, CA 93422-3003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fire Maintenance. For Notice Purpose Only.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.368**
Nonpriority creditor's name and mailing address
**Searle Electric**
**1101 A, Airport Road**
**Monterey,, CA 93940**

Date(s) debt was incurred  **1/25/19**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$475.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electrician**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.369**
Nonpriority creditor's name and mailing address
**Security National Life Insurance Co.**
**5300 S 360 West**
**Salt Lake City, UT 84123**

Date(s) debt was incurred __

Last 4 digits of account number  **2020**

As of the petition filing date, the claim is: *Check all that apply.*       **$300,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Workers Compensation**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.370**
Nonpriority creditor's name and mailing address
**Selective Insurance Company**
**P.O Box 782747**
**Philadelphia,, PA 19178-2747**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance. For Notice Purpose Only.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.371**
Nonpriority creditor's name and mailing address
**Sensiba San Filippo LLP**
**PO Box 11897**
**Pleasanton,, CA 94588**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*       **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services. For Notice Purpose Only.**

Is the claim subject to offset? ☒ No ☐ Yes

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 102 of 194

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sentry Alarm Systems**
**8 Thomas Owens Way**
**Monterey,, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Alarm Monitoring. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $365.28 |
|---|---|---|---|

**SF Contractor**
**823 Fell St**
**San Francisco,, CA 94117-2511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/18/17**

Last 4 digits of account number _

Basis for the claim:  **Facility Repair**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SF Edison Partners LP**
**P.O. Box 57**
**Roseville,, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Landlord. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shane P McLinden Snow Removal**
**1547 Plateau Circle**
**South Lake Tahoe, CA 96150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Snow Removal. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.00 |
|---|---|---|---|

**Shinen Landscape**
**18285 Road 23**
**Madera,, CA 93637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/29-10/31/17**

Last 4 digits of account number _

Basis for the claim:  **Landscaping**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Siegel & CO**
**5305 N Fresno St. #108**
**Fresno,, CA 93710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Landlord. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,570.00 |
|---|---|---|---|

**Sierra Pool Plastering and Tile, Inc**
**635 Barstow Ave. Suite 14**
**Clovis,, CA 93612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/16/17**

Last 4 digits of account number _

Basis for the claim:  **Pool Repair**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 103 of 194

| | | | |
|---|---|---|---|
| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$270.00** |
| | **Signawest Systems** | ☐ Contingent | |
| | 7300 Central Avenue, Suite D | ☐ Unliquidated | |
| | Newark, CA 94560 | ☐ Disputed | |
| | Date(s) debt was incurred  __4/15/18-8/1/19__ | **Basis for the claim:** __Alarm Monitoring__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Silvia Rodriguez** | | |
| | c/o Scott Cole & Associates, APC, Attn: | ☐ Contingent | |
| | Scott Cole, Andrew Weaver,Laura Van Note | ☐ Unliquidated | |
| | 555 12th Street, Suite 1725 | ☐ Disputed | |
| | Oakland, CA 94607 | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Pending Lawsuit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **SMS Management Company** | ☐ Contingent | |
| | Real Estate Division | ☐ Unliquidated | |
| | PO Box 5234 | ☐ Disputed | |
| | Modesto,, CA 95352 | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Landlord. For Notice Purpose Only.__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,310.47** |
| | **SMUD** | ☐ Contingent | |
| | PO Box 15555 | ☐ Unliquidated | |
| | Sacramento,, CA 95852 | ☐ Disputed | |
| | Date(s) debt was incurred  __8/9/19-8/14/19__ | **Basis for the claim:** __Utility. For Notice Purpose Only.__ | |
| | Last 4 digits of account number  __9861,6145__ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,751.41** |
| | **South Bay Pool and Spa** | ☐ Contingent | |
| | PO BOX 1745 | ☐ Unliquidated | |
| | Freedom,, CA 95019 | ☐ Disputed | |
| | Date(s) debt was incurred  __11/7/17-12/1/17__ | **Basis for the claim:** __Pool Maintenance__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **South Shore Roofing** | ☐ Contingent | |
| | PO Box 19787 | ☐ Unliquidated | |
| | S Lake Tahoe,, CA 96150 | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Roof Repair. For Notice Purpose Only.__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **South Tahoe Public Utility Service** | ☐ Contingent | |
| | 1275 Meadow Crest Drive | ☐ Unliquidated | |
| | South Lake Tahoe,, CA 96150 | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Utility. For Notice Purpose Only.__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 104 of 194

---

**3.386** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
--- | --- | --- | ---

**South Tahoe Refuse**
**2140 Ruth Avenue**
**South Lake Tahoe,, CA 96150**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,512.56**

**Southern CA Edison**
**P.O. Box 300**
**Rosemead,, CA 91772-0001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4352__

Basis for the claim: __Utility.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**SouthWest Gas Corp**
**Attn: Payment Processing**
**5241 Spring Mountain Road**
**Las Vegas,, NV 89150**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Utility. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Spirit Realty LP Financing JV**
**P.O. Box 207439**
**Dallas, TX 75320-7439**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Rent Arrears__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,221.40**

**Stanislaus County Department of**
**Environmental Resources**
**3800 Cornucopia Way, Ste. C**
**Modesto,, CA 95358**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __6/1/17-1/1/18__

Last 4 digits of account number _

Basis for the claim: __Penalities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Stanislaus County Superior Court**
**Fiscal Services**
**PO Box 732**
**Modesto,, CA 95353**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Penalties. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Stanley Access Tech LLC**
**PO Box 0371595**
**Pittsburgh, PA 15251-7595**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Facility Repair. For Notice Purpose Only.__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 105 of 194

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**State of California**
**Department of Industrial Relations**
455 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Permits. For Notice Purpose Only.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Stead Backflow Prevention Services**
2715 W Kettleman Ln Ste 203-321
Lodi,, CA 95242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Plumbing. For Notice Purpose Only.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Steve Gikas 1998 Revocable Trust**
23073 S Fredrick Rd
Ripon, CA 95366

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Rent Arrears**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000,000.00 |

**Store Capital Acquisitions, LLC**
c/o The Corporation Trust Company
Corporation Trust Center, 1209 Orange St
Wilmington, DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Landlord - Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,534.48 |

**Suitebriar, Inc.**
13800 Coppermine Road
Herndon, VA 20171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/12/19-8/15/19**

**Basis for the claim:** **Email Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Swanson Structural Engineering, Inc.**
116 Chadwick Way
Folsom,, CA 95630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Engineering. For Notice Purpose Only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Syphax Strategic Solutions**
5601 Stanmore Way
Elk Grove,, CA 95758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Consulting. For Notice Purpose Only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 106 of 194

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tahoe Basin Container**
2140 Ruth Avenue
South Lake Tahoe,, CA 96150

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.25 |
|---|---|---|---|

**Tahoe Pool Service**
971 Third Street
South Lake Tahoe,, CA 96150

Date(s) debt was incurred  **6/1/17-8/1/17**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pool Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Taylor Protection Services, Inc.**
P.O. Box 2096
Los Gatos, CA 95031-2096

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Alarm Services. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Technique Software/Club OS**
1735 Market St, Ste A477
Philadelphia, PA 19103

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,825.00 |
|---|---|---|---|

**Terminix Processing Center**
P.O. Box 742592
Cincinnati, OH 45274-2592

Date(s) debt was incurred  **8/1/17-3/18/19**

Last 4 digits of account number  **4467;4016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pest Control**

Is the claim subject to offset? ■ No ☐ Yes

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Franchise Maker**
2525 Camino Del Rio South #165
San Diego, CA 92108

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Gas Company**
P.O. Box C
Monterey,, CA 91756-5111

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 107 of 194

---

**3.407** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,708.54**

**The Hanover Insurance Group**
PO Box 580045
Charlotte,, NC 28258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/2/19

**Basis for the claim:**  Insurance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**The Health & Fitness Trust**
C/O Joseph R Gigantino, Jr.
1477 Dry Creek Road
San Jose,, CA 95125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Landlord. For Notice Purpose Only.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.409** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**The Lawyers for Workplace Fairness**
4100 W. Alameda Ave, 3rd Flr.
Burbank,, CA 91505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Legal Services. For Notice Purpose Only.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**The Store Decor**
PO Box 2747
Rowlett, TX 75030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Fixtures. For Notice Purpose Only.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tim Christianson**
1290 Angura Lake Road
South Lake Tahoe, CA 96150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Prior Club Purchase. For Notice Purpose Only.

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.412** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,638.00**

**Top Notch Heating Inc.**
1440 Jason Way Suite 109
Santa Maria, CA 93455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/22/19

**Basis for the claim:**  HVAC Maintenance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.413** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$242.61**

**Toshiba Financial Services**
PO Box 790448
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/16/19

**Basis for the claim:**  Equipment Rental

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 108 of 194

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tracy Jaco and Goyette and Associates**
2366 Gold Meadow Way, Suite 200
Rancho Cordova, CA 95670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit Settlement. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tracy Lock & Safe**
125 W 11th Street
Tracy, CA 95376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Locksmith. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tracy Mall Partners, L.P.**
SDS-12-1385 PO Box 868
Minneapolis, MN 55486

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Landlord. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tracy Sign Inc.**
3771 W 11th Street
Tracy, CA 95304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Sign Construction. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.00 |
|---|---|---|---|

**TradeMark Pool and Spa**
5492 A Pirrone Road
Salida, CA 95368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/16/17**

Last 4 digits of account number _

Basis for the claim:  **Pool Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Trophy Works, Inc**
3321 McHenry Ave, Ste C
Modesto, CA 95350

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promotional Items. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Turlock Irrigation District**
PO Box 819007
Turlock, CA 95381-9007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 109 of 194

| | | | |
|---|---|---|---|
| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,300.00** |
| | **Turner Friedman Morris & Cohan, LLP**<br>**8383 Wilshire Blvd. 510**<br>**Beverly Hills,, CA 90211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Prior Lawsuit Settlement. For Notice Purpose Only._ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$270.00** |
| | **Turner Security Systems, Inc.**<br>**120 W Shields Avenue**<br>**Fresno, CA 93705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _8/5/19_ | Basis for the claim: _Alarm Monitoring._ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Tyco Integrated Security LLC**<br>**P.O. Box 371967**<br>**Pittsburgh, PA 15250-7967** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Alarm Monitoring. For Notice Purpose Only._ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$143.50** |
| | **Tyco Simplex Grinnell**<br>**Dept. CH 10320**<br>**Palatine, IL 60055-0320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _10/13/17_ | Basis for the claim: _Fire Maintenance_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,264.24** |
| | **Unity Courier Service, Inc**<br>**3231 Fletcher Drive**<br>**Los Angeles, CA 90065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _10/1/18-6/1/19_ | Basis for the claim: _Shipping_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00** |
| | **Universal Site Services**<br>**760 E Capitol Avenue**<br>**Milpitas, CA 95035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _12/31/18_ | Basis for the claim: _Landscaping_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| | **Vacaville Fire Department**<br>**650 Merchent Street**<br>**Vacaville, CA 95688** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Fire Permit. For Notice Purpose Only._ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 110 of 194

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,668.86** |
|---|---|---|---|

**Vantage Point Law**
319 Diablo Road, Suite 200
Danville, CA 94526

Date(s) debt was incurred  8/21/19

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$690.00** |
|---|---|---|---|

**Veritext Corp**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017

Date(s) debt was incurred  4/1/18

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,600.00** |
|---|---|---|---|

**Vicente Landscaping**
515 Blackburn St
Watsonville, CA 95076

Date(s) debt was incurred  10/31/17-7/31/18

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landscaping**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Victoria L Capital Inc.**
Turquoise Flag Bldg-Ste 125 104 Freya St
Spokane, WA 99202

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prior Loan. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Vortex Industries, Inc.**
1801 West Olympic Blvd.
Pasadena, CA 91199-1095

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Door Repair Service. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,554.00** |
|---|---|---|---|

**Walschon Fire Protection, Inc.**
2178 Rheem Dr., Ste A
Pleasanton, CA 94588

Date(s) debt was incurred  7/31/17

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Plumbing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Warden's**
1415 Street
Modesto, CA 95354

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Moving Service. For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $956.24 |

**Waste Management**
Sac Val Disposal
P.O. Box 541065
Los Angeles, CA 90054-1065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/1/19**

**Basis for the claim: Utility**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Watt Town Center**
P.O. Box 398594
San Francisco, CA 94139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Landlord. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Wave Broadband**
P.O. Box 34808
Seattle, WA 98124-1808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Phone Service. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,985.50 |

**Weintraub Tobin**
Attn: Ryan E. Abernethy
400 Capitol Mall, 11th Floor
Sacramento, CA 95814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/30/19-7/31/19**

**Basis for the claim: Legal Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.50 |

**Western Exterminator**
P.O. Box 16350
Reading, PA 19612-6350

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/7/18**

**Basis for the claim: Pest Control**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Western Pacific Electric, Inc**
P.O. Box 8075
Reno, NV 89507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Construction. For Notice Purpose Only.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Whitley Property Management, Inc.**
3004 Boardway
Redwood City, CA 94062-1512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Rent Arrears**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 112 of 194

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,164.44** |
|---|---|---|---|
| | **Willey Printing Co., Inc.** | ☐ Contingent | |
| | **P.O. Box 886** | ☐ Unliquidated | |
| | **Modesto, CA 95353** | ☐ Disputed | |
| | Date(s) debt was incurred  **5/3/17-11/30/17** | Basis for the claim:  **Printing Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|
| | **Willy Ford Plumbing** | ☐ Contingent | |
| | **P.O. Box 3421** | ☐ Unliquidated | |
| | **Visalia, CA 93278** | ☐ Disputed | |
| | Date(s) debt was incurred  **7/1/17** | Basis for the claim:  **Plumbing** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Xtreme Clean** | ☐ Contingent | |
| | **124 P Belle Mill Road** | ☐ Unliquidated | |
| | **Red Bluff, CA 96080** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Janitorial Services. For Notice Purpose Only.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,209.14** |
|---|---|---|---|
| | **Yelp Inc.** | ☐ Contingent | |
| | **P.O Box 204393** | ☐ Unliquidated | |
| | **Dallas, TX 75320** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Advertising. For Notice Purpose Only.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Yergler Construction Co Inc** | ☐ Contingent | |
| | **9134 Locust St** | ☐ Unliquidated | |
| | **Elk Grove,, CA 95624** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Construction. For Notice Purpose Only.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **ZipRecruiter** | ☐ Contingent | |
| | **604 Arizona Avenue** | ☐ Unliquidated | |
| | **Santa Monica, CA 90401-1610** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Recruiting. For Notice Purpose Only.** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.68** |
|---|---|---|---|
| | **Zoom Imaging Solutions Inc.** | ☐ Contingent | |
| | **P.O. Box 398147** | ☐ Unliquidated | |
| | **San Francisco, CA 94139-8147** | ☐ Disputed | |
| | Date(s) debt was incurred  **8/5/19-8/9/19** | Basis for the claim:  **Office Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 113 of 194

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Life Fitness, division of Brunswick Corp**<br>**2716 Network Place**<br>**Columbia Center III**<br>**9525 Bryn Mawr Ave., 5th Floor**<br>**Rosemont, IL 60018** | Line  **3.246**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 401,458.75 |
| 5b. Total claims from Part 2 | 5b. + | $ 11,836,404.38 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 12,237,863.13 |

Fill in this information to identify the case:

Debtor name **Pleasanton Fitness, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **19-41949**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Standard Multi-Tenant Shopping Center Lease by and between 1570 Hamilton Associates and Pleasanton Fitness, LLC, dated September 15, 2014 for the property located at 1570 Hamilton Avenue, San Jose, CA for ten years commencing January 1, 2015 ending December 31, 2024. Base Rent: $42,000.00 per month commencing January 1, 2015. Security Deposit: ($0.00) during initial five year term contingent on terms in addendum.** | |
| State the term remaining | **Continuing** | |
| List the contract number of any government contract | | **1570 Hamilton Associates, a partnership Attn: Les Yeffa, Property Manager 1885 The Alameda, Suite 100-E San Jose, CA 95126** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for location at 312 N. Sunrise Avenue Roseville, CA 95661** | |
| State the term remaining | | |
| List the contract number of any government contract | | **312 Sunrise, LLC 4980 Hillsdale Circle, Suite A El Dorado Hills, CA 95762** |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 115 of 194



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement (No. 9931087-002) by and between Apple Financial Services and Pleasanton Fitness, LLC for Apple iPad 9.7 Wi-Fi (32GB) dated December 28, 2017 to Master Agreement No. 9931087 dated July 14, 2017 for 24 months; Lease Payment: $344.93/month.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Apple Financial Services** |
| | List the contract number of any government contract | | **5000 Riverside Drive, Suite 300 East** **Irving, TX 75039-4314** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement dated January 26, 2016 by and between Axis Capital Inc. and Pleasanton Fitness, LLC dba Fitness Evolution Group (Lease Schedule No. 931591-9) for equipment located at 1335 Gateway Blvd., Fairfield, CA; 120 Main St., Woodland, CA; 125 N. Adams Street, Dixon, CA; 2705 Geer Road, Turlock, CA; 4774 North Blackstone Ave., Fresno, CA; 6735 N. 1st Street, Fresno, CA; 1900 Del Paso Road, Sacramento, CA; 312 N. Sunrise Avenue, Roseville, CA for 48 months ($2,345.93) accepted on May 11, 2016. One advance payment: $5,186.86.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Axis Capital Inc.** |
| | List the contract number of any government contract | | **308 North Locust Street** **Grand Island, NE 68801** |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 116 of 194

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement dated January 26, 2016 by and between Axis Capital Inc. and Pleasanton Fitness, LLC dba Fitness Evolution Group (Lease Schedule No. 931591-8) for equipment located at 4744 N. Blackstone Avenue, Fresno, CA for 36 months ($905.24) commencing on May 17, 2016. One advance payment: $2,005.48.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **Axis Capital Inc.**<br>**308 North Locust Street**<br>**Grand Island, NE 68801** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement dated January 26, 2016 by and between Axis Capital Inc. and Pleasanton Fitness, LLC dba Fitness Evolution Group (Lease Schedule No. 931591-4) for equipment located at 8121 Madison Avenue, Fair Oaks, CA for 49 months (1 at $2,465.46; 48 at $583.80) commencing on January 26, 2016. One advance payment: $2,857.70.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **Axis Capital Inc.**<br>**308 North Locust Street**<br>**Grand Island, NE 68801** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 117 of 194

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.7.**  State what the contract or lease is for and the nature of the debtor's interest

**Master Lease Agreement dated January 26, 2016 by and between Axis Capital Inc. and Pleasanton Fitness, LLC dba Fitness Evolution Group (Lease Schedule No. 931591-3) for equipment located at 4175 East Ashlan Avenue, Fresno, CA for 49 months (1 at $2,465.46; 48 at $583.80) commencing on January 26, 2016. One advance payment: $2,863.24.**

State the term remaining   **Continuing**

List the contract number of any government contract

**Axis Capital Inc.
308 North Locust Street
Grand Island, NE 68801**

**2.8.**  State what the contract or lease is for and the nature of the debtor's interest

**Master Lease Agreement dated January 26, 2016 by and between Axis Capital Inc. and Pleasanton Fitness, LLC dba Fitness Evolution Group (Lease Schedule No. 931591-2) for equipment located at 4950 Claremont Avenue, Stockton, CA for 49 months (1 at $2,456.01; 48 at $581.56) commencing on January 26, 2016. One advance payment: $2,970.15.**

State the term remaining   **Continuing**

List the contract number of any government contract

**Axis Capital Inc.
308 North Locust Street
Grand Island, NE 68801**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement dated January 26, 2016 by and between Axis Capital Inc. and Pleasanton Fitness, LLC dba Fitness Evolution Group (Lease Schedule No. 931591-1) for equipment located at 1335 Gateway Blvd., Fairfield, CA for 49 months (1 at $4,325.94; 48 at $1,024.34) commencing February 4, 2016. One advance payment: $5,074.05.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **Axis Capital Inc.**<br>**308 North Locust Street**<br>**Grand Island, NE 68801** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for location at 2705 Geer Rd, Turlock, CA 95382.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **B & F Snider Enterprises, LP**<br>**1500 Standiford Ave., Bldg. D**<br>**Modesto, CA 95355** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Multi-Tenant Shopping Center Lease by and between Bei Scott Company, LLC and Pleasanton Fitness, LLC, dated April 1, 2016 for the property located at 25 Penny Lane and 29 Aspen Way, Santa Cruz, CA, for twenty years commencing April 1, 2016 ending March 31, 2036. Base Rent: $26,670.00 per month, increased annually by 1.25%, commencing April 1, 2016. Security Deposit: ($0.00).** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **Bei Scott Company, LLC**<br>**Attn: Norman Bei, Managing Member**<br>**410 May Avenue, Suite 1**<br>**Santa Cruz, CA 95060** |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 119 of 194

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial/Commercial Single-Tenant Lease by and between Capital Valley Investors, LLC, and Pleasanton Fitness, LLC dated November 1, 2016 for the property located at 1005-1025 N. Adams Street, Dixon, CA for twenty years ending October 31, 2036. Base Rent: $18,460.00 per month. Security Deposit: ($0.00).** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Capital Valley Investors, LLC** |
| | List the contract number of any government contract | | **Attn: Doug Bayless 2410 Fair Oaks Blvd, Ste 110 Sacramento, CA 95825** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for location at 196 N 3rd St, San Jose, CA 95112** | |
|---|---|---|---|
| | State the term remaining | | **Corinthian Event Center, LLC** |
| | List the contract number of any government contract | | **PO Box 224 Clayton, CA 94517** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for location at 150 S. First Street, Ste 119 San Jose, CA 95113** | |
|---|---|---|---|
| | State the term remaining | | **Digital Realty** |
| | List the contract number of any government contract | | **2805 Lafayette St. Suite 122 Santa Clara, CA 95050** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for location 2326 Florin Rd, Sacramento, CA 95822** | |
|---|---|---|---|
| | State the term remaining | | **Ethan Conrad** |
| | List the contract number of any government contract | | **1300 National Drive, Suite 100 Sacramento, CA 95834** |

Case: 19-41949　　Doc# 54　　Filed: 09/19/19　　Entered: 09/19/19 21:33:53　　Page 120 of 194



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.16.  State what the contract or lease is for and the nature of the debtor's interest

**Standard Multi-Tenant Shopping Center Lease by and between Ethan Conrad and Pleasanton Fitness, LLC dba Fitness Evolution dated February 23, 2017 for the property located at 1085 Bellevue Road, Atwater, CA for fifteen years and six months commencing May 1, 2017 ending October 31, 2032. Base Rent: $16,259.00 per month commencing March 1, 2018. First Amendment dated October 13, 2015. Second Amendment dated October 13, 2015. Third Amendment dated February 23, 2017 altering base rent with the following schedule: 1/1/2019-12/31/2019 ($8,130.00); 1/1/2020-3/31/2023 ($17,280.00); 4/1/2023-3/31/2028 ($18,906.00); 4/1/2028-11/30/2032 ($20,694.00). Security Deposit: ($0.00). Continuing**

State the term remaining

List the contract number of any government contract

**Ethan Conrad Properties, Inc.
1300 National Dr., Ste 100
Sacramento, CA 95834**

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 121 of 194

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.17.  State what the contract or lease is for and the nature of the debtor's interest — **Standard Multi-Tenant Shopping Center Lease by and between Ethan Conrad and Pleasanton Fitness, LLC dba Fitness Evolution dated February 23, 2017 for the property located at 2270 East El Monte Way, Suite 100, Dinuba, CA for fifteen years and six months commencing May 1, 2017 ending October 31, 2032. Base Rent: $18,171.00 per month commencing March 1, 2018. Security Deposit: ($0.00). First Amendment dated June 20, 2017, extending expiration date to November 30, 2032. Second Amendment dated October 13, 2015. Third Amendment dated February 23, 2017 to expire November 30, 2031, altering base rent with the following schedule: 1/1/2019-12/31/2019 ($9,086.00); 1/1/2020-4/30/2023 ($19,064.00); 5/1/2023-4/30/2028 ($20,881.00); 5/1/2028-11/2032 ($22,288.00).**

State the term remaining — **Continuing**

List the contract number of any government contract — _____

**Ethan Conrad Properties, Inc.
1300 National Dr., Ste 100
Sacramento, CA 95834**

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 122 of 194

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.18.   State what the contract or lease is for and the nature of the debtor's interest

**Lease Agreement by and between Michael T. LaBarbera as trustee of the Michael and Jennifer LaBarbera Revocable Trust dated December 16, 2008, Salvatore P. LaBarbera, as Trustee of the Salvatore P. LaBarbera Revocable Trust dated February 11, 2011; Marie Hedges, Facchino Properties, Inc., Robert Bernard Facchino and Valerie Ruby Facchino, as Trustees of the Robert Bernard Facchino Family Trust dated October 22, 2009; Robert Bernard Facchino II Separate Property Revocable Trust dated September 30, 1999; as Tenants in Common collectively doing business as Facchino/LaBarbera Hacienda Gardens and Pleasanton Fitness LLC, dated April 1, 2013 for the property located at 3055 Meridian Avenue, San Jose, CA. Lease term ten years, six months (plus three five year options to extend). Base rent $31,278.00 per month; rent schedule as follows: Months 1-6 ($0.00); Months 7-24 ($31,278.00); Months 25-60 ($46,917.00); Months 61-126 ($54,111.00). Security Deposit: ($0.00).**

State the term remaining   **Continuing**

List the contract number of any government contract

**Facchino-LaBarbera Hacienda Gardens
c/o Terracommercial Real Estate
873 Blossom Hill Road
San Jose, CA 95123**

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 123 of 194



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement between Fairfield Gateway, L.P. and Pleasanton Fitness, LLC dba Fitness Evolution dated December 10, 2014 for the property located at 1335 Gateway Boulevard, Fairfield, CA for ten years and six months commencing 180 days after 11/7/14. Base Rent: $15,177.25 per month. Security Deposit: ($0.00). First Amendment dated December 20, 2017. Second Amendment dated October 2018 altering possession to terminate on September 30, 2021. Minimum monthly payment 10/1/2018-9/30/2021 ($7,000.00 per month).** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Fairfield Gateway, L.P. Attn: Lary Mielke 865 E. Del Mar Blvd. Pasadena, CA 91101** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for location at 2810 Zinfandel Drive Rancho Cordova, CA 95670.** | |
|---|---|---|---|
| | State the term remaining | | **Folsom Zinfandel Partners, LLC 1448 15th Street. Ste 100 Santa Monica, CA 90404** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

2.21.    State what the contract or lease is for and the nature of the debtor's interest

**License Agreement by and between FR Franchising, LLC and Pleasanton Fitness, LLC effective as stated below with a minimum 10-year term after the effective date; 3.5% of all monthly gross revenues. The Properiety marks include: (a) Fit Republic; (b) Fit Republic Health Clubs; FIIT Nation for the following locations: 1. 3150 Naglee Road, Tracy, CA (effective: 4/1/2018); 2. 1570 Hamilton Avenue, San Jose, CA (effective: 1/1/2018); 3. 1025 N. Adams Street, Dixon, CA (effective: 1/1/2018); 4. 1335 Gateway Blvd., Fairfield, CA (effective: 1/1/2018); 5. 6735 N. First Street, Fresno, CA (effective: 1/1/2018); 6. 2490 Sand Creek Rd., Brentwood, CA (effective: 1/1/2018); 7. 2270 E. El Monte Way, Dinuba, CA (effective: 1/1/2018); 8. 1924 N. Main St., Salinas, CA (effective: 1/1/2018); 9. 934 Perimeter Dr., Manteca, CA (effective: 1/1/2018); 10. 180 E. Cross Avenue, Tulare, CA (effective: 1/1/2018); 11. 3055 Meridian Avenue, San Jose, CA (effective: 1/1/2018); 12. 25 Penny Lane, Watsonville, CA (effective: 1/1/2018); 13. 2851 Whitson Street, Selma, CA (effective: 1/1/2018); 14. 4120 Dale Road, Modesto, CA (effective: 1/1/2018); 15. 1085 Bellevue Road, Atwater, CA (effective: 1/1/2018).**

**FR Franchising, LLC**
**31 Montana Avenue**
**Tacoma, WA 98409**

State the term remaining

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 125 of 194



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for location at 1 Rancho Square Vallejo, CA 94589.** | |
|---|---|---|---|
| | State the term remaining | | **Global Capital Management Corp** |
| | List the contract number of any government contract | | **PO Box 527** **Burlingame, CA 94011** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for location at 1861 Academy Ave Sanger, CA 93657.** | |
|---|---|---|---|
| | State the term remaining | | **Gong's Market of Sanger** |
| | List the contract number of any government contract | | **1825 Academy Ave S** **Sanger, CA 93657** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Shopping Center Lease by and between Herndon Village Center, LLC and Pleasanton Fitness, LLC, dated September 23, 2014 for the property located at 6735 N. 1st Street, Fresno, CA 93710 for ten years and seven months commencing on November 1, 2014. Rent Schedule: 11/1/2014 – 5/31/2015 ($0.00); 6/1/2015 – 1/31/2016 ($13,448.96); 2/1/2016 – 11/30/2019 ($26,954.67); 12/1/2019 – 5/31/2025 ($29,650.00). Security Deposit: ($0.00).** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Herndon Village Center, LLC** **c/o Dana Butcher Associates** |
| | List the contract number of any government contract | | **1690 W Shaw Ave, Suite 200** **Fresno, Ca 93720** |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 126 of 194

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement No. 2905101 by and between Hitachi Capital America Corp. and Pleasanton Fitness, LLC for equipment located at 1924 North Main Street, Salinas, CA (Schedule No. 002) for 42 months ($9,586.83 + applicable taxes).** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **Hitachi Capital America Corp**<br>**7808 Creekridge Circle, Ste 250**<br>**Edina, MN 55439** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement No. 2905101 by and between Hitachi Capital America Corp. and Pleasanton Fitness, LLC for equipment located at Fit Republic, 25 Penny Lane, Watsonville, CA (Schedule No. 004) for 42 months ($1,696.09 + applicable taxes); Fit Republic, 1570 Hamilton Avenue, San Jose, CA (Schedule No. 005) for 42 months ($1,696.09 + applicable taxes).** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **Hitachi Capital America Corp**<br>**7808 Creekridge Circle, Ste 250**<br>**Edina, MN 55439** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for location at 1803 Sunset Ave, Madera, California 93637** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **HPC Hallmark Investors LP**<br>**18321 Ventura Blvd., Suite 980**<br>**Tarzana, CA 91356** |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 127 of 194

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Capital Lease Agreement dated November 11, 2016 by and between JTL Enterprises Inc., dba HydroMassage and Pleasanton Fitness, LLC for 2 HydroMassage units located at Fitness Evolution - Selma, 2581 Whitson Street, Selma, CA for 3 years ($764.74/month). Down payment: $6,822.07.** | |
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **JTL Enterprises Inc., dba HydroMassage**<br>**15395 Roosevelt Blvd.**<br>**Clearwater, FL 33760** |

| | | | |
|---|---|---|---|
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Capital Lease Agreement dated August 23, 2016 by and between JTL Enterprises Inc., dba HydroMassage and Pleasanton Fitness, LLC for 2 HydroMassage units located at Fitness Evolution - Atascadero, 7175 El Camino Real, Atascadero, CA for 3 years ($764.74/month). Down payment: $6,623.72.** | |
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **JTL Enterprises Inc., dba HydroMassage**<br>**15395 Roosevelt Blvd.**<br>**Clearwater, FL 33760** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Capital Lease Agreement dated August 12, 2016 by and between JTL Enterprises Inc., dba HydroMassage and Pleasanton Fitness, LLC for 2 HydroMassage units located at Fitness Evolution - Fresno (Moroa), 3003 N. Moroa, Fresno, CA for 3 years ($764.74/month). Down payment: $6,685.28.** | |
| --- | --- | --- | --- |
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **JTL Enterprises Inc., dba HydroMassage**<br>**15395 Roosevelt Blvd.**<br>**Clearwater, FL 33760** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Capital Lease Agreement dated August 12, 2016 by and between JTL Enterprises Inc., dba HydroMassage and Pleasanton Fitness, LLC for 3 HydroMassage units located at Fitness Evolution - Milpitas, 1000 Jacklin Road, Milpitas, CA for 3 years ($1,145.17/month). Down payment: $10,020.66.** | |
| --- | --- | --- | --- |
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **JTL Enterprises Inc., dba HydroMassage**<br>**15395 Roosevelt Blvd.**<br>**Clearwater, FL 33760** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 129 of 194



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Capital Lease Agreement dated August 12, 2016 by and between JTL Enterprises Inc., dba HydroMassage and Pleasanton Fitness, LLC for 2 HydroMassage units located at Fitness Evolution - Turlock, 2705 Geer Road, Turlock, CA for 3 years ($764.74/month). Down payment: $6,521.12.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **JTL Enterprises Inc., dba HydroMassage 15395 Roosevelt Blvd. Clearwater, FL 33760** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Capital Lease Agreement dated August 29, 2017 by and between JTL Enterprises Inc., dba HydroMassage and Pleasanton Fitness, LLC for 3 HydroMassage units located at Fitness Evolution - Salinas, 1924 N. Main Street, Salinas, CA for 3 years ($1,181.02/month). Down payment: $10,326.85.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **JTL Enterprises Inc., dba HydroMassage 15395 Roosevelt Blvd. Clearwater, FL 33760** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Capital Lease Agreement dated August 29, 2017 by and between JTL Enterprises Inc., dba HydroMassage and Pleasanton Fitness, LLC for 3 HydroMassage units located at Fitness Evolution - Salinas, 1924 N. Main Street, Salinas, CA for 3 years ($1,181.02/month). Down payment: $10,326.85.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **JTL Enterprises Inc., dba HydroMassage**<br>**15395 Roosevelt Blvd.**<br>**Clearwater, FL 33760** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Capital Lease Agreement dated May 17, 2017 by and between JTL Enterprises Inc., dba HydroMassage and Pleasanton Fitness, LLC for 2 HydroMassage units located at Fitness Evolution - Hanford, 110 S. 11th Avenue, Hanford, CA for 3 years ($764.74/month). Down payment: $6,418.53.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **JTL Enterprises Inc., dba HydroMassage**<br>**15395 Roosevelt Blvd.**<br>**Clearwater, FL 33760** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 131 of 194



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Capital Lease Agreement dated March 29, 2017 by and between JTL Enterprises Inc., dba HydroMassage and Pleasanton Fitness, LLC for 3 HydroMassage units located at Fitness Evolution - Manteca, 934 Perimeter Drive, Manteca, CA for 3 years ($1,145.17/month). Down payment: $9,815.77.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **JTL Enterprises Inc., dba HydroMassage<br>15395 Roosevelt Blvd.<br>Clearwater, FL 33760** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Capital Lease Agreement dated March 6, 2017 by and between JTL Enterprises Inc., dba HydroMassage and Pleasanton Fitness, LLC for 2 HydroMassage units located at 2326 Florin Road, Sacramento, CA for 3 years ($764.74/month). Down payment: $6,692.12.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **JTL Enterprises Inc., dba HydroMassage<br>15395 Roosevelt Blvd.<br>Clearwater, FL 33760** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Capital Lease Agreement dated April 15, 2018 by and between JTL Enterprises Inc., dba HydroMassage and Pleasanton Fitness, LLC dba Fitness Evolution Vallejo for 3 HydroMassage units located at 1 Rancho Square, Vallejo, CA for 3 years ($1,145.17/month) dated January 3, 2017. Down payment: $10,006.96.** | |
| | State the term remaining | | **JTL Enterprises Inc., dba HydroMassage** |
| | List the contract number of any government contract | | **15395 Roosevelt Blvd.** **Clearwater, FL 33760** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Capital Lease Agreement dated April 15, 2018 by and between JTL Enterprises Inc., dba HydroMassage and Pleasanton Fitness, LLC dba Fitness Evolution - Tracy for 3 HydroMassage units located at 3150 Naglee Road, Tracy, CA for 3 years ($688.82/month) commencing on April 15, 2018. Down payment: $9,882.59.** | |
| | State the term remaining | **Continuing** | **JTL Enterprises Inc., dba HydroMassage** |
| | List the contract number of any government contract | | **15395 Roosevelt Blvd.** **Clearwater, FL 33760** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease (TCF: 008-0685465-302) (Lease Schedule Number: 4736-004) by and between Pleasanton Fitness, LLC dba Fitness Evolution and Life Fitness, a division of Brunswick Corporation for 60 months (2 at $0.00; 58 at $1,021.39) accepted by Lessor on 2/9/2016. Financed amount $49,082.06. Amended payment schedule dated 2/9/2016: (2 at $0.00; 58 at $733.92); Financed amount $35,267.97. Location: 2410 Broadway Ave., Santa Maria, CA.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Life Fitness, division of Brunswick Corp** |
| | List the contract number of any government contract | | **2716 Network Place Columbia Center III 9525 Bryn Mawr Ave., 5th Floor Rosemont, IL 60018** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Equipment Schedule Number 008-0685465-309 dated September 30, 2016 to Master Lease 685465ML dated August 11, 2016 by and between Pleasanton Fitness, LLC dba Fitness Evolution and Life Fitness, a division of Brunswick Corporation for 60 months (2 at $0.00; 58 at $3,420.76) accepted by Lessor on 12/5/2016. Financed amount $164,381.28. Location: 1 Rancho Square, Vallejo, CA.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Life Fitness, division of Brunswick Corp** |
| | List the contract number of any government contract | | **2716 Network Place Columbia Center III 9525 Bryn Mawr Ave., 5th Floor Rosemont, IL 60018** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Equipment Schedule Number 008-0685465-308 dated September 30, 2016 to Master Lease 685465ML dated August 11, 2016 by and between Pleasanton Fitness, LLC dba Fitness Evolution and Life Fitness, a division of Brunswick Corporation for 60 months (2 at $0.00; 58 at $5,250.29) accepted by Lessor on 12/16/2016. Financed amount $252,297.72. Location: 1 Rancho Square, Vallejo, CA. Continuing** | |
|---|---|---|---|
| | State the term remaining | | **Life Fitness, division of Brunswick Corp**<br>**2716 Network Place**<br>**Columbia Center III**<br>**9525 Bryn Mawr Ave., 5th Floor**<br>**Rosemont, IL 60018** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease (TCF: 008-0685465-301) (Lease Schedule Number: 4736-003) by and between Pleasanton Fitness, LLC dba Fitness Evolution and Life Fitness, a division of Brunswick Corporation for 60 months (2 at $0.00; 58 at $1,019.56) accepted by Lessor on 2/8/2016. Financed amount $48,994.11. Location: 2705 Geer Road, Turlock, CA. Continuing** | |
|---|---|---|---|
| | State the term remaining | | **Life Fitness, division of Brunswick Corp**<br>**2716 Network Place**<br>**Columbia Center III**<br>**9525 Bryn Mawr Ave., 5th Floor**<br>**Rosemont, IL 60018** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease (Lease Schedule Number: 4736-004) dated September 12, 2016 to Master Lease 685465ML dated August 11, 2016 by and between Pleasanton Fitness, LLC dba Fitness Evolution and Life Fitness, a division of Brunswick Corporation for 60 months (2 at $0.00; 58 at $1,021.39) accepted by Lessor on 2/9/2016. Financed amount $49,082.06. Amended payment schedule dated 2/9/2016: (2 at $0.00; 58 at $733.92); Financed amount $35,267.97. Location: 2410 Broadway Ave., Santa Maria, CA.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Life Fitness, division of Brunswick Corp** |
| | List the contract number of any government contract | | **2716 Network Place Columbia Center III 9525 Bryn Mawr Ave., 5th Floor Rosemont, IL 60018** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Equipment Schedule Number 008-0685465-320 dated November 30, 2016 to Master Lease 685465ML dated August 11, 2016 by and between Pleasanton Fitness, LLC dba Fitness Evolution and Life Fitness, a division of Brunswick Corporation for 36 months ($914.45) accepted by Lessor on 12/27/2016. Financed amount $29,225.78. Location: 2851 Whitson St., Selma, CA.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Life Fitness, division of Brunswick Corp** |
| | List the contract number of any government contract | | **2716 Network Place Columbia Center III 9525 Bryn Mawr Ave., 5th Floor Rosemont, IL 60018** |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 136 of 194

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Equipment (Lease No. 008-0685465-311) to commence November 1, 2016 by and between Pleasanton Fitness, LLC dba Fitness Evolution and Life Fitness, a division of Brunswick Corporation for 48 months (2 at $0.00; 46 at $1,004.59) accepted by Lessor on 10/25/2016. Financed amount $40,458.75. Location: 2851 Whitson St., Selma, CA. Continuing** | |
|---|---|---|---|
| | State the term remaining | | **Life Fitness, division of Brunswick Corp 2716 Network Place Columbia Center III 9525 Bryn Mawr Ave., 5th Floor Rosemont, IL 60018** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Equipment Schedule Number 008-0685465-307 dated September 12, 2016 to Master Lease 685465ML dated August 11, 2016 by and between Pleasanton Fitness, LLC dba Fitness Evolution and Life Fitness, a division of Brunswick Corporation for 60 months (2 at $0.00; 58 at $8,820.61) accepted by Lessor on 11/7/2016. Financed amount $423,866.08. Location: 2851 Whitson St., Selma, CA. Continuing** | |
|---|---|---|---|
| | State the term remaining | | **Life Fitness, division of Brunswick Corp 2716 Network Place Columbia Center III 9525 Bryn Mawr Ave., 5th Floor Rosemont, IL 60018** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease (4736-006) by and between Pleasanton Fitness, LLC dba Fitness Evolution and Life Fitness, a division of Brunswick Corporation for 36 months (2 at $0.00; 58 at $1,783.53) accepted by Lessor on 4/11/2016. Financed amount $54,662.31. Equipment Located at: 3641 Elkhorn Blvd., North Highlands, CA; 8665 El Camino Real, Atascadero, CA; 2705 Geer Road, Turlock, CA; 312 N. Sunrise Avenue, Roseville, CA; 1301 W. Pacheco Blvd., Los Banos, CA. Guaranty and Security Agreement. UCC-1 Financing Statement: Filing No. 167517590223.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Life Fitness, division of Brunswick Corp** **2716 Network Place** **Columbia Center III** **9525 Bryn Mawr Ave., 5th Floor** **Rosemont, IL 60018** |
| | List the contract number of any government contract | | |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 138 of 194

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement (Equipment Lease No. 4736-005) by and between Pleasanton Fitness, LLC dba Fitness Evolution and Life Fitness, a division of Brunswick Corporation for 36 months (2 at $0.00; 34 at $4,917.86) accepted by Lessor on 4/11/2016. Financed amount $150,724.88. Equipment Located at: 8665 El Camino Real, Atascadero, CA; 312 N. Sunrise Ave., Roseville, CA; 1301 W. Pacheco Blvd., Los Banos, CA; 1025 N. Adams Street, Dixon, CA 95620; 3641 Elkhorn Blvd., North Highlands, CA. Personal Guaranty; Guaranty and Security Agreement. UCC-1 Financing Statement: Filing No. 167517590223.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Life Fitness, division of Brunswick Corp**<br>**2716 Network Place**<br>**Columbia Center III**<br>**9525 Bryn Mawr Ave., 5th Floor**<br>**Rosemont, IL 60018** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Equipment Schedule Number 008-0685465-300 (Equipment Lease: 4736-001) dated July 26, 2017 to Master Lease 685465ML dated August 11, 2016 by and between Pleasanton Fitness, LLC dba Fitness Evolution and Life Fitness, a division of Brunswick Corporation for 60 months (2 at $0.00; 58 at $1,001.80) accepted by Lessor on 9/28/2015. Financed amount $48,140.38. Location: 1150 9th St., #1230, Modesto, CA.** | **Life Fitness, division of Brunswick Corp**<br>**2716 Network Place**<br>**Columbia Center III**<br>**9525 Bryn Mawr Ave., 5th Floor**<br>**Rosemont, IL 60018** |
|---|---|---|---|

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 139 of 194



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining    **Continuing**

List the contract number of any
government contract    _____

---

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Equipment Schedule Number 008-0685465-316 dated November 16, 2016 to Master Lease 685465ML dated August 11, 2016 by and between Pleasanton Fitness, LLC dba Fitness Evolution and Life Fitness, a division of Brunswick Corporation for 60 months (2 at $0.00; 58 at $987.23) accepted by Lessor on 2/17/2017. Financed amount $47,440.50. Location: 2326 Florin Rd. Sacramento, CA. Amended rent payment: $1,300.58.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Life Fitness, division of Brunswick Corp 2716 Network Place Columbia Center III 9525 Bryn Mawr Ave., 5th Floor Rosemont, IL 60018** |
| | List the contract number of any government contract | _____ | |

---

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Equipment Schedule Number 008-0685465-331 dated July 26, 2017 to Master Lease 685465ML dated August 11, 2016 by and between Pleasanton Fitness, LLC dba Fitness Evolution and Life Fitness, a division of Brunswick Corporation for 60 months (2 at $0.00; 58 at $1,614.10) accepted by Lessor on 9/25/2017. Financed amount $76,615.18. Location: 8540 Church Street, Gilroy, CA 95020.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Life Fitness, division of Brunswick Corp 2716 Network Place Columbia Center III 9525 Bryn Mawr Ave., 5th Floor Rosemont, IL 60018** |
| | List the contract number of any government contract | | |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 140 of 194



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for gym location at 3389 N. State Hwy 59, Suite A Merced, CA 95348** | |
|---|---|---|---|
| | State the term remaining | | **LJ Steiner, LLC** |
| | List the contract number of any government contract | | **341 Business Parkway, Suite A Atwater, CA 95301** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement (Lease No. 27675) by and between Pleasanton Fitness, LLC dba Fitness Evolution and Macrolease Corporation for equipment located at 6001 Fair Oaks Blvd., Carmichael, CA for 42 months (1 at $10,437.34; 2-42 at $2,608.20) commencing on September 28, 2016. One advance payment 1 month: $10,437.34. Continuing** | |
|---|---|---|---|
| | State the term remaining | | **Macrolease Corporation** |
| | List the contract number of any government contract | | **185 Express Street, Suite 100 Plainview, NY 11803** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement (Lease No. 27590) by and between Pleasanton Fitness, LLC dba Fitness Evolution and Macrolease Corporation for equipment located at 8665 El Camino Real, Atascadero, CA for 42 months (1 at $1,372.39; 2-42 at $347.00) commencing on September 28, 2016. One advance payment 1 month: $25,805.52. Cross-Collateral and Cross-Default Agreement. Continuing** | |
|---|---|---|---|
| | State the term remaining | | **Macrolease Corporation** **185 Express Street, Suite 100 Plainview, NY 11803** |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 141 of 194

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

List the contract number of any government contract

---

**2.56.** State what the contract or lease is for and the nature of the debtor's interest

**Equipment Lease Agreement (Lease No. 27566) by and between Pleasanton Fitness, LLC dba Fitness Evolution and Macrolease Corporation for equipment located at 8665 El Camino Real, Atascadero, CA for 42 months (1 at $23,894.00; 2-42 at $6,035.00) commencing on September 28, 2016. One advance payment 1 month: $25,805.52. Continuing**

State the term remaining

List the contract number of any government contract

**Macrolease Corporation
185 Express Street, Suite 100
Plainview, NY 11803**

---

**2.57.** State what the contract or lease is for and the nature of the debtor's interest

**Equipment Lease Agreement (Lease No. 27429) by and between Pleasanton Fitness, LLC dba Fitness Evolution and Macrolease Corporation for equipment located at 1301 West Pacheco Boulevard, Los Banos, CA for 42 months (1 at $2,472.10; 2-42 at $315.81) commencing on June 2, 2016. One advance payment 1 month: $2,472.10. Continuing**

State the term remaining

List the contract number of any government contract

**Macrolease Corporation
185 Express Street, Suite 100
Plainview, NY 11803**

---



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement (Lease No. 27412) by and between Pleasanton Fitness, LLC dba Fitness Evolution and Macrolease Corporation for equipment located at 1301 West Pacheco Boulevard, Los Banos, CA for 42 months (1 at $51,933.27; 2-42 at $6,634.44) commencing on June 2, 2016. One advance payment 1 month: $56,087.93.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **Macrolease Corporation**<br>**185 Express Street, Suite 100**<br>**Plainview, NY 11803** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement and Equipment Finance Agreement and Ancillary Documents (Lease No. 27931-2) by and between Pleasanton Fitness, LLC dba Fitness Evolution Hanford and Macrolease Corporation for equipment located at 110 S. 11th Avenue, Hanford, CA for 42 months ($8,309.00) commencing on June 30, 2017. One advance payment: $8,309.00.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **Macrolease Corporation**<br>**185 Express Street, Suite 100**<br>**Plainview, NY 11803** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement (Lease No. 27931-1) by and between Pleasanton Fitness, LLC dba Fitness Evolution Manteca and Macrolease Corporation for equipment located at 934 Perimeter Drive, Manteca, CA for 42 months ($2,037.01) commencing on April 18, 2017. One advance payment: $1,155.34. Continuing** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Macrolease Corporation** |
| | List the contract number of any government contract | | **185 Express Street, Suite 100 Plainview, NY 11803** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement (Lease No. 27927) by and between Pleasanton Fitness, LLC dba Fitness Evolution Oakdale and Macrolease Corporation for equipment located at 1275 E. F Street, Suite 1, Oakdale, CA for 42 months ($1,155.34) accepted on April 10, 2017. One advance payment: $1,155.34. Continuing** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Macrolease Corporation** |
| | List the contract number of any government contract | | **185 Express Street, Suite 100 Plainview, NY 11803** |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 144 of 194

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.62.**  State what the contract or lease is for and the nature of the debtor's interest

**Equipment Lease Agreement and Equipment Finance Agreement and Ancillary Documents (Lease No. 27762) by and between Pleasanton Fitness, LLC dba Fitness Evolution Modesto and Macrolease Corporation for equipment located at 4120 Dale Road, Suite G, Modesto, CA for 42 months ($1,629.95) accepted on April 18, 2017. One advance payment: $1,629.95. Continuing**

State the term remaining

List the contract number of any government contract

Macrolease Corporation
185 Express Street, Suite 100
Plainview, NY 11803

**2.63.**  State what the contract or lease is for and the nature of the debtor's interest

**Shopping Center Lease by and between Manteca Lifestyle Center, LLC and Pleasanton Fitness, LLC, dated September 28, 2016 for the property located at 934 Perimeter Drive, Manteca, CA 95337, for ten years and six months. Base monthly rent schedule: Months 1-66 ($34,693.89); Months 67-126 ($38,849.15). Security Deposit: ($0.00). Continuing**

State the term remaining

List the contract number of any government contract

Manteca Lifestyle Center, LLC
c/o PM Lifestyle Shopping Centers, LLC
Attn: Lease Administration
2650 Thousand Oaks Blvd., Suite 2200
Memphis, TN 38118

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Multi-Tenant Shopping Center Lease by and between Masellis, LLC and Pleasanton Fitness, LLC, dated April 1, 2016 for the property located at 4120 Dale Road, Suite G, Modesto, CA for ten years commencing April 1, 2016 ending December 31, 2025. Base Rent: $27,500.00 per month. Security Deposit: ($0.00). Base monthly rent schedule: 3/1/2016-12/31/2017 ($27,500.00); 1/1/2018-12/31/2020 ($28,000.00); 1/1/2021-12/31/2025 ($30,800.00).** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Masellis LLC** |
| | List the contract number of any government contract | | **Attn: John Masellis, Managing Member 119 Albers Road Modesto, CA 95357** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Pleasanton Fitness, LLC and Matthew B. Smith, DBA Pacific Martial Arts, agreement for a license to use Fitness Room for the purpose of instruction of mixed martial arts sessions on a month to month basis from beginning March 1, 2019 and continuing on a month to month basis.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **Matthew B. Smith 2922 Moody Avenue Clovis, CA 93619** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Pleasanton Fitness, LLC, and Matthew O. Fatusi Moores Karate License Agreement made as of the 28th day of June, 2017 for a license to use Fitness Room for the purpose of instruction of mixed martial arts sessions on a month to month basis from beginning July 1, 2017 and continuing on a month to month basis.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **Matthew O. Fatusi**<br>**429 W. Yosemite Avenue**<br>**Manteca, CA 95337** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **American Striker License Agreement by and between Pleasanton Fitness, LLC and Michael Anthony Moscon; dba American Striker Academy, month to month license from April 1, 2018 on, to use Fitness Room for the purpose of instruction of mixed martial arts sessions.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **Michael Anthony Moscon**<br>**460 E 10th Street**<br>**Tracy, CA 95376** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for facility at 1822 E. Hammer Lane Stockton, CA 95210** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **NJ Investments**<br>**PO Box 5540**<br>**Johnstown, PA 15904** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Shopping Center Lease by and between Nomoto Investments, LLC and Pleasanton Fitness, LLC dba Fitness Evolution dated February 11, 2014 for the property located at Heritage Shopping Center, Unit 180, Tulare, CA. Rent schedule as follows: Months 1-9 ($0.00); Months 10-21 ($5,242.44); Months 22-60 ($10,484.88); Months 61-120 ($11,533.37); Months 121-180 ($12,686.71).** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Nomoto Investments, LLC** |
| | List the contract number of any government contract | | **P.O. Box 3007** **Beverly Hills,, CA 90212** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for facility at 2406 S. Broadway Santa Maria, CA** | |
|---|---|---|---|
| | State the term remaining | | **Phillips Edison DBA: Broadway Pavilion S** |
| | List the contract number of any government contract | | **PO Box 645439** **11501 Northlake Drive** **Cincinnati, OH 45249** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Lease by and between Plaza Rubino, LLC and Pleasanton Fitness, LLC dated October 30, 2015 for the property located at 101 East Vineyard Avenue, Suites 201, 205 and 209, Livermore, CA to commence December 1, 2015 and to expire February 28, 2019. Rent Schedule: Months 1-3 (Free) 4-15 ($10,000.00); Months 16-27 ($10,000.00); Months 28-39 ($10,300.00). Security Deposit: ($0.00). First Amendment to Lease dated June, 2018 extends lease term to February 28, 2022.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Piazza Rubino, LLC** |
| | List the contract number of any government contract | | **Attn: Cory Kamian 4670 Willow Road, Suite 200 Pleasanton, CA 94588** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for facility located 6360 North Figarden Road Fresno, CA 93722.** | |
|---|---|---|---|
| | State the term remaining | | **Property Multipliers, LLC** |
| | List the contract number of any government contract | | **2291 West March Lane Suite B-215 Stockton, CA 95207** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for facility at 4774 N. Blackstone Ave. Fresno, CA 93726** | |
|---|---|---|---|
| | State the term remaining | | **Robert Mitchell** |
| | List the contract number of any government contract | | **2626 W. Alluvial Fresno, CA 93711** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Lease located at gym located at 991 Alamo Drive Vacaville, CA 95687** | |
|---|---|---|---|
| | State the term remaining | | **RT Golden Hills, LP** |
| | List the contract number of any government contract | | **6359 Auburn Blvd., Ste B Citrus Heights, CA 95621** |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 149 of 194



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for facility at 8121 Madison Ave, Fair Oaks, CA 95628.** | |
|---|---|---|---|
| | State the term remaining | | **Sallie Walker Merker 4360 Marconi Ave Sacramento, CA 95821** |
| | List the contract number of any government contract | | |

---

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease Agreement by and between Sand Creek Crossing, LLC and Pleasanton Fitness, LLC dated December 26, 2013 for the property located at 2490 Sand Creek Road, Brentwood, CA for five years commencing on or about June 21, 2014. Base Rent: $5,843.75 per month (Annual: $70,125.00). Security Deposit: $15,000.00. First Amendment dated June 18, 2018 extending lease term to June 30, 2024, commencing July 1, 2019 altering base rent with the following schedule: Lease Years 6-10 ($5,843.75); Lease Years 11-15 ($10,312.50).** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Sand Creek Crossing, LLC c/o Colliers International 1850 Mt. Diablo Boulevard, Suite 200 Walnut Creek, CA 94596** |
| | List the contract number of any government contract | | |

---

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 150 of 194



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease at Santa Rita Plaza by and between Santa Rita GRF2, LLC and Pleasanton Fitness, LLC dba Fitness Evolution, dated August 25, 2016 for the property located at 1924 Main Street, Salinas, CA. Tenant has three options to extend term of lease, each for period of five years. Annual rent is payable as follows: Months 1-6 ($0.00); Months 7-12 ($7,083.22/month); Months 13-60 ($14,166.44/month); Months 61-120 ($15,588.77/month); 121-180 ($17,139.12/month); Security Deposit: ($0.00). Tenant Improvement Allowance: $512,040.00.** | |
| | State the term remaining | **Continuing** | **Santa Rita GRF2, LLC** |
| | List the contract number of any government contract | | **Attn: John A. Waters** **973 Lomas Santa Fe Drive** **Solona Beach, CA 92075** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for facility located at 1717 Oakdale Road Oakmore Plaza Modesto, CA 95355** | |
| | State the term remaining | | **Sheila Ortloft DBA: J & S Management** |
| | List the contract number of any government contract | | **702 Marshall Street #420** **Redwood City, CA 94064** |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 151 of 194



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Multi-Tenant Shopping Center Lease by and between Smith Family Trust dated 1/7/1982 and Pleasanton Fitness, LLC, dated August 5, 2016 for the property located at 2851 Whitson Street, Selma, CA for twenty years commencing September 1, 2016 ending August 31, 2026. Base Rent: $25,000.00 per month. Security Deposit: ($0.00). Rent schedule as follows: Months 1-60: ($25,000.00); Months 61-120 ($26,875.00); Months 121-180 ($28,890.00); Months 181-240 ($31,057.00); Months 241-300 ($33,386.00).** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **Smith Family Trust dated 1/7/1982** |
| | List the contract number of any government contract | | **16851 Weddington St** **Encino, CA 91436** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for facility at 7870 Florin Rd Sacramento, CA 95828** | |
|---|---|---|---|
| | State the term remaining | | **Spirit Realty Capital** |
| | List the contract number of any government contract | | **2727 N. Harwood St. Suite 300** **Dallas, TX 75201** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for gym facility at 6001 Fair Oaks Blvd Carmichael, CA 95608** | |
|---|---|---|---|
| | State the term remaining | | **Store Master Funding** |
| | List the contract number of any government contract | | **8501 S. Princess Drive Suite 190** **Scottsdale, AZ 85255** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for facility at 1300 Verne Roberts Circle Antioch, CA 94509** | **Store Master Funding** |
|---|---|---|---|
| | State the term remaining | | **8501 S. Princess Drive Suite 190** **Scottsdale, AZ 85255** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Equipment Lease Agreement commencing on August 9, 2016 by and between Pleasanton Fitness, LLC dba Fitness Evolution and TimePayment Corp. for 45 months ($419.76). Payable at signing: $584.64.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **Time Payment Corporation 1600 District Avenue, Suite 200 Burlington, MA 01803** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Lease by and between Tracy Mall Partners, L.P., a Delaware limited partnership, and Pleasanton Fitness, LLC dba Fit Republic dated June 30, 2017 for the property located 3200 N Naglee Rd., Bldg F, Tracy Mall, Tracy, CA First Amendment of Lease.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **Tracy Mall Partners, L.P. 3200 North Naglee Road Tracy, CA 95304** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Individual Item Lease Agreement (Lease No. 18631-0013) by and between United Leasing, Inc. and Pleasanton Fitness, LLC for 42 months (1 at $29,198.87, 41 at $7,377.48/month) to commence on or about February 25, 2016 for equipment located at: 120 Main St., Woodland, CA.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any | | **United Leasing, Inc. 3700 Morgan Avenue Evansville, IN 47715** |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 153 of 194



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Individual Item Lease Agreement (Lease No. 18631-0017) by and between United Leasing, Inc. and Pleasanton Fitness, LLC for 39 months (1 at $3,115.48, 38 at $840.32/month) to commence on or about March 10, 2016 for equipment located at: 25 Penny Lane, Watsonville, CA.** | |
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **United Leasing, Inc.**<br>**3700 Morgan Avenue**<br>**Evansville, IN 47715** |

| | | | |
|---|---|---|---|
| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Individual Item Lease Agreement (Lease No. 18631-0012) by and between United Leasing, Inc. and Pleasanton Fitness, LLC for 42 months (40 at $7,022.71/month) to commence on December 27, 2015 for equipment located at: 2410 Broadway Ave., Santa Maria, CA.** | |
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **United Leasing, Inc.**<br>**3700 Morgan Avenue**<br>**Evansville, IN 47715** |

| | | | |
|---|---|---|---|
| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Individual Item Lease Agreement (Lease No. 18631-0025) by and between United Leasing, Inc. and Pleasanton Fitness, LLC for 42 months (1 at $53,750.00, 41 at $7,560.17/month) to commence on June 2, 2016 for equipment located at: 312 N. Sunrise Avenue, Roseville, CA.** | |
| | State the term remaining | **Continuing** | **United Leasing, Inc.**<br>**3700 Morgan Avenue**<br>**Evansville, IN 47715** |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 154 of 194

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| | List the contract number of any government contract | |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | Individual Item Lease Agreement (Lease No. 18631-0024) by and between United Leasing, Inc. and Pleasanton Fitness, LLC for 42 months (1 at $54,000.00, 41 at $7,398.66/month) to commence on May 22, 2016 for equipment located at: 3641 Elkhorn Blvd., North Highlands, CA. | |
| | State the term remaining | Continuing | |
| | List the contract number of any government contract | | United Leasing, Inc. 3700 Morgan Avenue Evansville, IN 47715 |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | Individual Item Lease Agreement (Lease No. 18631-0023) by and between United Leasing, Inc. and Pleasanton Fitness, LLC for 36 months (1 at $3198.39, 35 at $421.43/month) to commence on May 27, 2016 for equipment located at: 125 N. Adams Street, Dixon, CA. | |
| | State the term remaining | Continuing | |
| | List the contract number of any government contract | | United Leasing, Inc. 3700 Morgan Avenue Evansville, IN 47715 |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 155 of 194

Debtor 1    **Pleasanton Fitness, LLC**
_____
First Name          Middle Name          Last Name

Case number _(if known)_   **19-41949**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Individual Item Lease Agreement (Lease No. 18631-0020) by and between United Leasing, Inc. and Pleasanton Fitness, LLC for 42 months (1 at $52,736.25, 41 at $6,626.53/month) to commence on or about May 4, 2016 for equipment located at: 125 N. Adams Street, Dixon, CA.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **United Leasing, Inc. 3700 Morgan Avenue Evansville, IN 47715** |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Individual Item Lease Agreement (Lease No. 18631-0019) by and between United Leasing, Inc. and Pleasanton Fitness, LLC for 42 months (1 at $42,328.24, 41 at $6,722.90/month) to commence on or about May 4, 2016 for equipment located at: 4744 N. Blackstone Avenue, Fresno, CA.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **United Leasing, Inc. 3700 Morgan Avenue Evansville, IN 47715** |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Individual Item Lease Agreement (Lease No. 18631-0018) dated July 12, 2016 by and between United Leasing, Inc. and Pleasanton Fitness, LLC for 36 months (1 at $5,921.86, 35 at $777.53/month) to commence on or about May 4, 2016 for equipment located at: 4744 N. Blackstone Avenue, Fresno, CA.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | **United Leasing, Inc. 3700 Morgan Avenue Evansville, IN 47715** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any
government contract          _____

---

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Individual Item Lease Agreement (Lease No. 18631-0022) dated July 12, 2016 by and between United Leasing, Inc. and Pleasanton Fitness, LLC for 36 months (1 at $24,638.16, 35 at $3,114.69/month) to commence July 27, 2016 for equipment located at: 1301 West Pacheco Boulevard, Los Banos, CA; 1803 Sunset Ave., Madera, CA; 2330 W. Cleveland Ave., Madera, CA; 3641 Elkhorn Blvd., North Highlands, CA. No down payment.** |   |
|---|---|---|---|
|   | State the term remaining | **Continuing** | **United Leasing, Inc. 3700 Morgan Avenue Evansville, IN 47715** |
|   | List the contract number of any government contract |   |   |

---

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Individual Item Lease Agreement (Lease No. 18631-0021) dated June 20, 2016 by and between United Leasing, Inc. and Pleasanton Fitness, LLC for equipment located at 312 N. Sunrise Avenue, Roseville, CA for 36 months (1 at $5,882.18, 35 at $775.06/month) to commence August 9, 2016. No down payment.** |   |
|---|---|---|---|
|   | State the term remaining | **Continuing** | **United Leasing, Inc. 3700 Morgan Avenue Evansville, IN 47715** |
|   | List the contract number of any government contract |   |   |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Individual Item Lease Agreement (Lease No. 18631-0026) dated August 9, 2016 by and between United Leasing, Inc. and Pleasanton Fitness, LLC for equipment located at 3641 Elkhorn Blvd., North Highlands, CA for 40 months ($11,296.50, 39 at $780.00/month) to commence August 9, 2016. No down payment.** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **United Leasing, Inc.**<br>**3700 Morgan Avenue**<br>**Evansville, IN 47715** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Individual Item Lease Agreement (Lease No. 18631-0027) dated June 20, 2017 by and between United Leasing, Inc. and Pleasanton Fitness, LLC for equipment located at 8540 Church Street, Gilroy, CA for 42 months ($3,872.86/month) to commence July 10, 2017. No down payment. Agreement is subject to the Master Equipment Lease dated February 1, 2016. Cross-collateral of all leases, #186310001-186310026** | |
|---|---|---|---|
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **United Leasing, Inc.**<br>**3700 Morgan Avenue**<br>**Evansville, IN 47715** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for gym facility at 3643 Elkhorn Blvd, North Highlands, CA 95660** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Watt Town Center Retail Partners**<br>**PO Box 398594**<br>**San Francisco, CA 94139** |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 158 of 194



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement, Sales and Maintenance Agreement dated June 2, 2017 by and between Zoom Imaging Solutions Inc. and Pleasanton Fitness, LLC for 63 months ($188.10/month) for Toshiba 45ppm Color COpier/Printer Scanner (Model No. e-Studio4505AC).** | |
| | State the term remaining | **Continuing** | |
| | List the contract number of any government contract | | **Zoom Imaging Solutions Inc.**<br>**P.O. Box 398147**<br>**San Francisco, CA 94139-8147** |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 159 of 194

Fill in this information to identify the case:

Debtor name **Pleasanton Fitness, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **19-41949**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Monterey Fitness, LLC** | **Inactive** | **Macrolease Corporation** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.55__ |
| 2.2 | **Monterey Fitness, LLC** | | **Axis Capital Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.4__ |
| 2.3 | **Monterey Fitness, LLC** | | **Axis Capital Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.5__ |
| 2.4 | **Monterey Fitness, LLC** | | **Axis Capital Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.81__ |
| 2.5 | **Monterey Fitness, LLC** | | **Axis Capital Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.6__ |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 160 of 194

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.6 | **Monterey Fitness, LLC** | | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G _2.7_ |
|---|---|---|---|---|
| 2.7 | **Monterey Fitness, LLC** | | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G _2.8_ |
| 2.8 | **Monterey Fitness, LLC** | | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G _2.9_ |
| 2.9 | **Monterey Fitness, LLC** | | **Life Fitness, division of Brunswick Corp** | ☐ D _____<br>☐ E/F _____<br>■ G _2.52_ |
| 2.10 | **OM Fitness LLC** | **101 E Vineyard Ave., Suite 201 Livermore, CA 94550** | **Life Fitness, division of Brunswick Corp** | ☐ D _____<br>☐ E/F _____<br>■ G _2.49_ |
| 2.11 | **OM Fitness LLC** | **101 E Vineyard Ave., Suite 201 Livermore, CA 94550** | **Macrolease Corporation** | ☐ D _____<br>☐ E/F _____<br>■ G _2.55_ |
| 2.12 | **OM Fitness LLC** | **101 E Vineyard Ave., Suite 201 Livermore, CA 94550** | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G _2.4_ |
| 2.13 | **OM Fitness LLC** | **101 E Vineyard Ave., Suite 201 Livermore, CA 94550** | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G _2.5_ |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 161 of 194

▆ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | OM Fitness LLC | 101 E Vineyard Ave., Suite 201<br>Livermore, CA 94550 | Axis Capital Inc. | ☐ D _____<br>☐ E/F _____<br>■ G ___2.81___ |
| 2.15 | OM Fitness LLC | 101 E Vineyard Ave., Suite 201<br>Livermore, CA 94550 | Axis Capital Inc. | ☐ D _____<br>☐ E/F _____<br>■ G ___2.6___ |
| 2.16 | OM Fitness LLC | 101 E Vineyard Ave., Suite 201<br>Livermore, CA 94550 | Axis Capital Inc. | ☐ D _____<br>☐ E/F _____<br>■ G ___2.7___ |
| 2.17 | OM Fitness LLC | 101 E Vineyard Ave., Suite 201<br>Livermore, CA 94550 | Axis Capital Inc. | ☐ D _____<br>☐ E/F _____<br>■ G ___2.8___ |
| 2.18 | OM Fitness LLC | 101 E Vineyard Ave., Suite 201<br>Livermore, CA 94550 | Axis Capital Inc. | ☐ D _____<br>☐ E/F _____<br>■ G ___2.9___ |
| 2.19 | OM Fitness LLC | 101 E Vineyard Ave., Suite 201<br>Livermore, CA 94550 | Life Fitness, division<br>of Brunswick Corp | ☐ D _____<br>☐ E/F _____<br>■ G ___2.52___ |
| 2.20 | Sanjiv Kumar<br>Chopra | 101 E Vineyard Avenue, Suite 201<br>Livermore, CA 94550 | Life Fitness, division<br>of Brunswick Corp | ☐ D _____<br>☐ E/F _____<br>■ G ___2.46___ |
| 2.21 | Sanjiv Kumar<br>Chopra | 101 E Vineyard Avenue, Suite 201<br>Livermore, CA 94550 | Life Fitness, division<br>of Brunswick Corp | ☐ D _____<br>☐ E/F _____<br>■ G ___2.48___ |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 162 of 194

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Sanjiv Kumar Chopra** | **101 E Vineyard Avenue, Suite 201 Livermore, CA 94550** | **Life Fitness, division of Brunswick Corp** | ☐ D _____ ☐ E/F _____ ■ G __2.49__ |
| 2.23 | **Sanjiv Kumar Chopra** | **101 E Vineyard Avenue, Suite 201 Livermore, CA 94550** | **Macrolease Corporation** | ☐ D _____ ☐ E/F _____ ■ G __2.55__ |
| 2.24 | **Sanjiv Kumar Chopra** | **101 E Vineyard Avenue, Suite 201 Livermore, CA 94550** | **JTL Enterprises Inc., dba HydroMassage** | ☐ D _____ ☐ E/F _____ ■ G __2.28__ |
| 2.25 | **Sanjiv Kumar Chopra** | **101 E Vineyard Avenue, Suite 201 Livermore, CA 94550** | **JTL Enterprises Inc., dba HydroMassage** | ☐ D _____ ☐ E/F _____ ■ G __2.29__ |
| 2.26 | **Sanjiv Kumar Chopra** | **101 E Vineyard Avenue, Suite 201 Livermore, CA 94550** | **JTL Enterprises Inc., dba HydroMassage** | ☐ D _____ ☐ E/F _____ ■ G __2.30__ |
| 2.27 | **Sanjiv Kumar Chopra** | **101 E Vineyard Avenue, Suite 201 Livermore, CA 94550** | **JTL Enterprises Inc., dba HydroMassage** | ☐ D _____ ☐ E/F _____ ■ G __2.31__ |
| 2.28 | **Sanjiv Kumar Chopra** | **101 E Vineyard Avenue, Suite 201 Livermore, CA 94550** | **JTL Enterprises Inc., dba HydroMassage** | ☐ D _____ ☐ E/F _____ ■ G __2.32__ |
| 2.29 | **Sanjiv Kumar Chopra** | **101 E Vineyard Avenue, Suite 201 Livermore, CA 94550** | **JTL Enterprises Inc., dba HydroMassage** | ☐ D _____ ☐ E/F _____ ■ G __2.33__ |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 163 of 194

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.30 | Sanjiv Kumar Chopra | 101 E Vineyard Avenue, Suite 201 Livermore, CA 94550 | JTL Enterprises Inc., dba HydroMassage | ☐ D _____ ☐ E/F _____ ■ G __2.34__ |
| 2.31 | Sanjiv Kumar Chopra | 101 E Vineyard Avenue, Suite 201 Livermore, CA 94550 | JTL Enterprises Inc., dba HydroMassage | ☐ D _____ ☐ E/F _____ ■ G __2.35__ |
| 2.32 | Sanjiv Kumar Chopra | 101 E Vineyard Avenue, Suite 201 Livermore, CA 94550 | JTL Enterprises Inc., dba HydroMassage | ☐ D _____ ☐ E/F _____ ■ G __2.36__ |
| 2.33 | Sanjiv Kumar Chopra | 101 E Vineyard Avenue, Suite 201 Livermore, CA 94550 | JTL Enterprises Inc., dba HydroMassage | ☐ D _____ ☐ E/F _____ ■ G __2.37__ |
| 2.34 | Sanjiv Kumar Chopra | 101 E Vineyard Avenue, Suite 201 Livermore, CA 94550 | JTL Enterprises Inc., dba HydroMassage | ☐ D _____ ☐ E/F _____ ■ G __2.38__ |
| 2.35 | Sanjiv Kumar Chopra | 101 E Vineyard Avenue, Suite 201 Livermore, CA 94550 | JTL Enterprises Inc., dba HydroMassage | ☐ D _____ ☐ E/F _____ ■ G __2.39__ |
| 2.36 | Sanjiv Kumar Chopra | 101 E Vineyard Avenue, Suite 201 Livermore, CA 94550 | Axis Capital Inc. | ☐ D _____ ☐ E/F _____ ■ G __2.4__ |
| 2.37 | Sanjiv Kumar Chopra | 101 E Vineyard Avenue, Suite 201 Livermore, CA 94550 | Axis Capital Inc. | ☐ D _____ ☐ E/F _____ ■ G __2.5__ |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 164 of 194

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | **Sanjiv Kumar Chopra** | **101 E Vineyard Avenue, Suite 201 Livermore, CA 94550** | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.81__ |
| 2.39 | **Sanjiv Kumar Chopra** | **101 E Vineyard Avenue, Suite 201 Livermore, CA 94550** | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |
| 2.40 | **Sanjiv Kumar Chopra** | **101 E Vineyard Avenue, Suite 201 Livermore, CA 94550** | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.7__ |
| 2.41 | **Sanjiv Kumar Chopra** | **101 E Vineyard Avenue, Suite 201 Livermore, CA 94550** | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.8__ |
| 2.42 | **Sanjiv Kumar Chopra** | **101 E Vineyard Avenue, Suite 201 Livermore, CA 94550** | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.9__ |
| 2.43 | **Sanjiv Kumar Chopra** | **101 E Vineyard Avenue, Suite 201 Livermore, CA 94550** | **Life Fitness, division of Brunswick Corp** | ☐ D _____<br>☐ E/F _____<br>■ G __2.52__ |
| 2.44 | **Sheena N. Chopra** | **319 Diablo Road, Suite 200 Danville, CA 94526** | **Macrolease Corporation** | ☐ D _____<br>☐ E/F _____<br>■ G __2.55__ |
| 2.45 | **Sheena N. Chopra** | **319 Diablo Road, Suite 200 Danville, CA 94526** | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.4__ |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 165 of 194

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.46 | Sheena N. Chopra | 319 Diablo Road, Suite 200 Danville, CA 94526 | Axis Capital Inc. | ☐ D _____ ☐ E/F _____ ■ G  **2.5** |
|---|---|---|---|---|
| 2.47 | Sheena N. Chopra | 319 Diablo Road, Suite 200 Danville, CA 94526 | Axis Capital Inc. | ☐ D _____ ☐ E/F _____ ■ G  **2.81** |
| 2.48 | Sheena N. Chopra | 319 Diablo Road, Suite 200 Danville, CA 94526 | Axis Capital Inc. | ☐ D _____ ☐ E/F _____ ■ G  **2.6** |
| 2.49 | Sheena N. Chopra | 319 Diablo Road, Suite 200 Danville, CA 94526 | Axis Capital Inc. | ☐ D _____ ☐ E/F _____ ■ G  **2.7** |
| 2.50 | Sheena N. Chopra | 319 Diablo Road, Suite 200 Danville, CA 94526 | Axis Capital Inc. | ☐ D _____ ☐ E/F _____ ■ G  **2.8** |
| 2.51 | Sheena N. Chopra | 319 Diablo Road, Suite 200 Danville, CA 94526 | Axis Capital Inc. | ☐ D _____ ☐ E/F _____ ■ G  **2.9** |
| 2.52 | Sheena N. Chopra | 319 Diablo Road, Suite 200 Danville, CA 94526 | Life Fitness, division of Brunswick Corp | ☐ D _____ ☐ E/F _____ ■ G  **2.52** |
| 2.53 | Zeus Fitness LLC | | Axis Capital Inc. | ☐ D _____ ☐ E/F _____ ■ G  **2.4** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.54 **Zeus Fitness LLC** | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.5__ |
| 2.55 **Zeus Fitness LLC** | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.81__ |
| 2.56 **Zeus Fitness LLC** | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |
| 2.57 **Zeus Fitness, LLC**     **Inactive** | **Macrolease Corporation** | ☐ D _____<br>☐ E/F _____<br>■ G __2.55__ |
| 2.58 **Zeus Fitness, LLC** | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.7__ |
| 2.59 **Zeus Fitness, LLC** | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.8__ |
| 2.60 **Zeus Fitness, LLC** | **Axis Capital Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.9__ |
| 2.61 **Zeus Fitness, LLC** | **Life Fitness, division of Brunswick Corp** | ☐ D _____<br>☐ E/F _____<br>■ G __2.52__ |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 167 of 194

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pleasanton Fitness, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **19-41949** |

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 19, 2019**      *X* **/s/ Sanjiv Kumar Chopra**
                                        Signature of individual signing on behalf of debtor

                                        **Sanjiv Kumar Chopra**
                                        Printed name

                                        **Chief Executive Officer**
                                        Position or relationship to debtor

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ☐ Operating a business<br><br>■ Other    **Health Club Dues, Royalties, Profit Share Income, Rental Income** | **$17,917,919.90** |
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br><br>■ Other    **Health Club Dues, Royalties, Profit Share Income, Rental Income** | **$35,192,450.76** |
   | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br><br>■ Other    **Health Club Dues, Royalties, Profit Share Income, Rental Income** | **$43,096,905.01** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **1570 Hamilton Avenue Associates**<br>**c/o Les Yeffa 1885 The Alameda**<br>**Suite 100E**<br>**San Jose, CA 95126** | **Various dates between 6/19 - 8/19** | **$110,730.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **ADP LLC**<br>**1851 N Resler Drive MS-100**<br>**El Paso, TX 79912** | **Various dates between 6/19 - 8/19** | **$942,772.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **ARCO Business Solutions**<br>**1001 Service Road East**<br>**Hwy 190, Suite 200**<br>**Covington, LA 70433** | **Various dates between 6/19 - 8/19** | **$8,950.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Axis Capital Inc.**<br>**308 North Locust Street**<br>**Grand Island, NE 68801** | **Various dates between 6/19 - 8/19** | **$21,042.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Bei Scott Company**<br>**Attn: Norman Bei, Managing Member**<br>**410 May Avenue, Suite 1**<br>**Santa Cruz, CA 95060** | **Various dates between 6/19 - 8/19** | **$55,365.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Bridge Bank**<br>**55 Almadden Blvd., Ste. 100**<br>**San Jose, CA 95113** | **Various dates between 6/19 - 8/19** | **$46,638.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **California Choice**<br>**PO Box 7088**<br>**Orange, CA 92863-7088** | **Various dates between 6/19 - 8/19** | **$40,593.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Capital Valley Investors**<br>**Attn: Doug Bayless**<br>**2410 Fair Oaks Blvd, Suite 110**<br>**Sacramento, CA 95825** | **Various dates between 6/19 - 8/19** | **$37,848.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 170 of 194

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9.  **Championship Judo LLC** **Chuck Jefferson Judo** **433 West Rincon Ave #M** **Campbell, CA 95008** | **Various dates between 6/19 - 8/19** | $18,791.75 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. **Choice Builder** **PO Box 7405** **Orange, CA 92863-7405** | **Various dates between 6/19 - 8/19** | $7,297.61 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11. **Comcast** **PO BOX 37601** **Philadelphia, PA 19101-0601** | **Various dates between 6/19 - 8/19** | $31,589.09 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12. **Comcast BVE Master #7716** **PO Box 37601** **Philadelphia, PA 19101-0601** | **Various dates between 6/19 - 8/19** | $7,359.74 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.13. **Corinthian Event Center LLC** **PO Box 224** **Clayton, CA 94517** | **Various dates between 6/19 - 8/19** | $180,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.14. **Crosspoint Realty Services, Inc (Rent)** **P.O BOX 7365** **San Francisco, CA 94120-7365** | **Various dates between 6/19 - 8/19** | $14,690.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.15. **DirecTv** **PO Box 60036** **Los Angeles, CA 90060-0036** | **Various dates between 6/19 - 8/19** | $12,168.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.16. **DLA Piper** **P.O Box 75190** **Baltimore, MD 21275** | **Various dates between 6/19 - 8/19** | $67,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 171 of 194

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.17. | **Eilat Management Company**<br>650 S Orcas Street<br>Ste. 210<br>Seattle, WA 98108 | **Various dates between 6/19 - 8/19** | $38,237.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. | **Ernie Reyes West Coast Martial Arts**<br>5331 Ridgeview Circle<br>Stockton, CA 95219 | **Various dates between 6/19 - 8/19** | $6,875.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. | **Ethan Conrad Properties, Inc.**<br>1300 National Dr.<br>Ste 100<br>Sacramento, CA 95834 | **Various dates between 6/19 - 8/19** | $99,548.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | **Farias Jett**<br>659 W Wodbury Road<br>Altadena, CA 91001 | **Various dates between 6/19 - 8/19** | $50,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | **Final Cut Media**<br>1720 G Street<br>Modesto, CA 95354 | **Various dates between 6/19 - 8/19** | $24,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. | **First Insurance**<br>P.O. Box 7000<br>Carol Stream, IL 60197 | **Various dates between 6/19 - 8/19** | $7,049.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. | **First View**<br>301 Commerce Street, Ste. 1400<br>Fort Worth, TX 76102 | **Various dates between 6/19 - 8/19** | $110,214.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. | **Geneva Capital**<br>522 Broadway Street<br>Suite 4<br>Alexandria, MN 56308 | **Various dates between 6/19 - 8/19** | $36,313.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 172 of 194

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.25. | **Hanover Insurance Group** PO Box 580045 Charlotte, NC 28258 | **Various dates between 6/19 - 8/19** | **$80,799.41** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.26. | **Herndon Village Center, LLC** c/o Dana Butcher Assoc 1690 W Shaw Ave, Ste. 200 Fresno, CA 93720 | **Various dates between 6/19 - 8/19** | **$106,603.14** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27. | **Hillyard Janitorial Supply** PO Box 801400 Kansas City, MO 64180-1401 | **Various dates between 6/19 - 8/19** | **$39,143.33** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.28. | **Hitachi Capital America Corp** 7808 Creekridge Circle Ste 250 Minneapolis, MN 55439 | **Various dates between 6/19 - 8/19** | **$170,025.90** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.29. | **ICW Group** PO Box 509039 San Diego, CA 92150-9039 | **Various dates between 6/19 - 8/19** | **$75,027.48** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.30. | **Joseph & Christine Gigantino** c/o Joe Gigantino 1477 Dry Creek Road San Jose, CA 95125 | **Various dates between 6/19 - 8/19** | **$71,983.10** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.31. | **JTL Enterprises** | **Various dates between 6/19 - 8/19** | **$40,210.92** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.32. | **Ken Moland** PO Box 30340 Spokane, WA 99223 | **Various dates between 6/19 - 8/19** | **$38,535.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 173 of 194

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.33.<br>**Law Offices of David S. Pearson Trust**<br>**48 Kingston Place**<br>**Walnut Creek, CA 94597** | **Various dates between 6/19 - 8/19** | **$11,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34.<br>**Macrolease**<br>**185 Express Street**<br>**Suite 100**<br>**Plainview, NY 11803** | **Various dates between 6/19 - 8/19** | **$168,087.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35.<br>**Manteca Lifestyle Center**<br>**PO Box 975500**<br>**Dallas, TX 75397-5500** | **Various dates between 6/19 - 8/19** | **$70,587.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36.<br>**Masellis LLC**<br>**119 Albers Road**<br>**Modesto, CA 95357** | **Various dates between 6/19 - 8/19** | **$95,765.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37.<br>**Michael & Jennifer LaBarbara**<br>**Revocable Trust**<br>**c/o Terracommercial Real Estate**<br>**873 Blossom Hill Road**<br>**San Jose, CA 95123** | **Various dates between 6/19 - 8/19** | **$58,323.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38.<br>**MID - Dale Rd**<br>**PO BOX 5355**<br>**Modesto, CA 95352-5355** | **Various dates between 6/19 - 8/19** | **$10,833.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39.<br>**MID - McHenry/Mod East**<br>**P.O. Box 398018**<br>**San Francisco, CA 94139-8018** | **Various dates between 6/19 - 8/19** | **$11,616.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40.<br>**Mid Cal Moving & Storage Company**<br>**607 N Carlton Ave**<br>**Suite B**<br>**Stockton, CA 95203** | **Various dates between 6/19 - 8/19** | **$13,980.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.41. **Moon & Yang Attorney-Client Trust Acct** **Attn: Diba Rastegar** **633 West Fifth Street, 52nd Flr.** **Los Angeles, CA 90071** | **Various dates between 6/19 - 8/19** | **$14,375.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.42. **Moore's Martial Arts** **418 Zinnia Ct** **Merced, CA 95341** | **Various dates between 6/19 - 8/19** | **$9,934.24** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.43. **Netpulse** **560 Fletcher Drive** **Atherton, CA 94027** | **Various dates between 6/19 - 8/19** | **$14,006.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.44. **Nomoto Investments** **PO BOX 3007** **Beverly Hills, CA 90212** | **Various dates between 6/19 - 8/19** | **$36,430.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.45. **Pacific Gas and Electric #2384-2** **PO Box 997300** **Sacramento, CA 95899-7300** | **Various dates between 6/19 - 8/19** | **$82,503.15** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.46. **Pacific Gas and Electric #7144-3** **PO Box 997300** **Sacramento, CA 95899-7300** | **Various dates between 6/19 - 8/19** | **$258,274.20** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.47. **Pacific Martial Arts** **2922 Moody Ave** **Clovis, CA 93619** | **Various dates between 6/19 - 8/19** | **$79,360.12** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.48. **Plaza Rubino, LLC** **4670 Willow Road** **Suite 200** **Pleasanton, CA 94588** | **Various dates between 6/19 - 8/19** | **$21,628.42** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.49. | **Sand Creek Crossing LLC** **PO Box 844578** **Los Angeles, CA 90084-4578** | **Various dates between 6/19 - 8/19** | **$25,011.50** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.50. | **Santa Rita GRF2, LLC** **973 Lomas Santa Fe Drive** **Solana Beach, CA 92075** | **Various dates between 6/19 - 8/19** | **$45,310.49** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.51. | **Smith Family Trust** **16851 Weddington St** **Encino, CA 91436** | **Various dates between 6/19 - 8/19** | **$50,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.52. | **SMUD** **PO Box 15555** **Sacramento, CA 95852** | **Various dates between 6/19 - 8/19** | **$25,655.67** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.53. | **Southern CA Edison** **P.O. BOX 300** **Rosemead, CA 91772-0001** | **Various dates between 6/19 - 8/19** | **$7,240.31** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.54. | **Stanislaus County Tax Collector** **PO Box 1003** **Modesto, CA 95354** | **Various dates between 6/19 - 8/19** | **$22,461.51** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.55. | **Store Master Funding VII, LLC** **8501 S. Princess Drive Suite 190** **Scottsdale, AZ 85255** | **Various dates between 6/19 - 8/19** | **$38,813.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.56. | **Strongwall, LLC** **911 Evergreen Avenue** **Lathrop, CA 95330** | **Various dates between 6/19 - 8/19** | **$40,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 176 of 194

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.57. **TCF Equipment Finance** 11100 Wayzata Blvd., #801 Hopkins, MN 55305 | **Various dates between 6/19 - 8/19** | $247,528.43 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.58. **Technique Software/Club OS** 1735 Market St Ste A477 Philadelphia, PA 19103 | **Various dates between 6/19 - 8/19** | $23,006.51 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.59. **Tracy Mall Partners, L.P.** SDS-12-1385 PO Box 868 Minneapolis, MN 55486 | **Various dates between 6/19 - 8/19** | $128,751.12 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.60. **United Leasing, Inc.** 3700 Morgan Avenue Evansville, IN 47715 | **Various dates between 6/19 - 8/19** | $140,551.48 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.61. **Vantage Point Law** 319 Diablo Road Suite 200 Danville, CA 94526 | **Various dates between 6/19 - 8/19** | $113,413.77 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.62. **Weintraub Tobin** 400 Capitol Mall 11th Flr. Sacramento, CA 95814 | **Various dates between 6/19 - 8/19** | $18,899.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Question 30** | | $0.00 | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 177 of 194

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **B&F Snider Enterprises**<br>**c/o Brekke Real Estate**<br>**1500 Standiford Ave., Bldg. D**<br>**Modesto, CA 95355** | **Bank Levy**<br>Last 4 digits of account number: ___1842___ | 6/10/2019 | $35,172.67 |
| **Stanislaus County Tax Collector**<br>**PO Box 1003**<br>**Modesto, CA 95353** | **Bank Levy**<br>Last 4 digits of account number: ___1842___ | 8/20/2019 | $22,461.51 |

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Sylvia Rodriguez v. Fitness Evolution, Inc., OM Fitness, LLC, Pleasanton Fitness, LLC**<br>**CIVMSC17-00376** | **Class Action, plaintiffs allege: unlawful failure to pay wages, failure to provide meal and rest period, failure to reimburse for business-related expenses, failure to provide itemized wage statements, failure to pay all wage upon termination, failure to pay min. wage, unfair business practice.** | **Contra Costa County Superior Court**<br>**725 Court Street**<br>**Martinez, CA 94553** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **312 Sunrise LLC v. Pleasanton Fitness, LLC et al.**<br>**SCV-0041900** | **Unlawful Detainer** | **Placer County Superior Court**<br>**10820 Justice Center Dr.**<br>**Roseville, CA 95678** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Azarnia, LLC v. OM Fitness, LLC et al.**<br>**34-2018-00241958-CU-BC-GDS** | **Breach of Contract/Warranty** | **Sacramento County Superior Court**<br>**720 Ninth St.**<br>**Sacramento, CA 95814** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Zachariah Archuleta v. Pleasanton Fitness, LLC et al.**<br>18-CECG-03279 | **Wrongful Termination / Damages** | **Fresno County Superior Court**<br>1330 "O" St.<br>Fresno, CA 93721 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Nathan Bartlett v. Fitness Evolution et al.**<br>17-CECG-01801 | **Class Action / Breach of Contract** | **Fresno County Superior Court**<br>1130 "O" St.<br>Fresno, CA 93721 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **B&F Snider Enterprises L.P.A Partnership v. Pleasanton Fitness et al.**<br>UD-19-000186 | **Unlawful Detainer** | **Stanislaus County Superior Court**<br>300 Starr Ave.<br>Turlock, CA 95380 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Buxton Company v. Pleasanton Fitness et al**<br>RF-19018134 | **Sister State Judgment** | **Alameda County Superior Court**<br>1225 Fallon St.<br>Oakland, CA 94612 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Corinthian Event Center, LLC v. Pleasanton Fitness**<br>18-CV-328651 | **Breach of Contract, Stip. Judgment** | **Santa Clara County Superior Court**<br>191 North First St.<br>San Jose, CA 95113 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **Coverall North America, INC./ Melton Franchise Systems Inc. v. Pleasanton Fitness et al.**<br>HG18901509 | **Breach of Contract** | **Alameda County Superior Court**<br>1225 Fallon St.<br>Oakland, CA 94612 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Fahrens Park Plaza, LLC v. Pleasanton Fitness et al.**<br>19CV-02593 | **Unlawful Detainer** | **Merced County Superior Court**<br>627 W. 21st St.<br>Merced, CA 95340 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Folsom Zinfandel Partners, LLC v. Pleasanton Fitness et al.**<br>34-2018-00244607 | **Breach of Contract** | **Sacramento County Superior Court**<br>720 Ninth St.<br>Sacramento, CA 95814 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Geil Enterprises Inc dba Janitorial, Inc. v. Pleasanton Fitness et al.**<br>18CECG03476 | **Breach of Contract** | **Fresno County Superior Court**<br>1130 "O" St.<br>Fresno, CA 93721 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Global Capital Management (UD) v. Pleasanton Fitness et al.**<br>FCS052933 | **Unlawful Detainer** | **Solano County Superior Court**<br>580 Texas St.<br>Fairfield, CA 94533 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Gong's Market of Sanger, Inc. v. Pleasanton Fitness**<br>19CECG01926 | **Breach of Contract** | **Fresno County Superior Court**<br>1330 "O" St.<br>Fresno, CA 93721 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 179 of 194

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.15. | iHeart Media + Entertainment, Inc. v. Pleasanton Fitness<br>19STCV12715 | Breach of Contract | Los Angeles County Superior Court<br>Central Dist., Stanley Mosk Courthouse<br>111 N Hill St<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | JB Mechanical v. Pleasanton Fitness<br>RG18897609 | Breach of Contract | Alameda County Superior Court<br>725 Fallon St.<br>Oakland, CA 94612 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | Lily Moon v. Pleasanton Fitness, a California limited liability company, Jonathon C. "JC" Harden<br>RG19018881 | Discrimination, harrasment, hostile enviornment, discharge, breach of implied covenant of good faith and fair dealing.<br><br>(6) BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING; | Alameda County Superior Court<br>1225 Fallon St.<br>Oakland, CA 94612 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | Ortloff, Sheila L. Trustee of Ortloff Family Trust v. Pleasanton Fitness et al.<br>CV-19-002743 | Breach of Contract | Stanislaus County Superior Court<br>800 11th St.<br>Modesto, CA 95354 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | Store Master Funding VII v. Pleasanton Fitness et al.<br>19-CV-001766 | Breach of Contract | Monterey County Superior Court<br>240 Church St.<br>Salinas, CA 93901 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | Security National Insurance Company of Text v. Pleasanton Fitness et al.<br>RG19013011 | Breach of Contract | Alameda County Superior Court<br>1225 Fallon St.<br>Oakland, CA 94612 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | Sean Berry v. Pleasanton Fitness<br>18CECG03507 | Personal Injury | Fresno County Superior Court<br>1130 "O" St.<br>Fresno, CA 93721 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | Sprint MTA REIT v. Pleasanton Fitness<br>34-2019-00256608-CU-UD-GDS | Unlawful Detainer | Sacramento County Superior Court<br>720 Ninth St.<br>Sacramento, CA 95814 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.23. | **Tony John Paiva v. Zeus Fitness LLC, Pleasanton Fitness, LLC et al.**<br>**WC-CM-637294** | **Wages** | **State of California**<br>**Dept. of Industrial Relations**<br>**Labor Commissioner Office**<br>**2031 Howe Ave, Ste. 100**<br>**Sacramento, CA 95825** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **Watt Town Central Retail Partners, LLC v. Pleasanton Fitness**<br>**34-2019-00258724** | **Breach of Contract** | **Sacramento County**<br>**Superior Court**<br>**720 Ninth St.**<br>**Sacramento, CA 95814** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | **Pleasanton Fitness v. Global Management Corp.**<br>**FCS 052516** | **Breach of Lease and Covenant to Repair; declaratory relief; relief based upon rescission.** | **Superior Crt. of CA. (Solano County)** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. | **Pleasanton Fitness v. Sean Lively, et al.**<br>**34-2018-00240337** | **Unlawful Detainer** | **Sacramento County**<br>**Superior Court**<br>**720 Ninth St.**<br>**Sacramento, CA 95814** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.27. | **Rhonda Kiser v. Pleasanton Fitness**<br>**RG19013903** | **Wrongful Termination** | **Alameda County Superior Court**<br>**24405 Amador Street**<br>**Hayward, CA 94544** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28. | **Tashelle Tarver v. Pleasanton Fitness**<br>**34-2019-00255792** | **Wrongful Termination** | **Sacramento County**<br>**Superior Court**<br>**720 Ninth St.**<br>**Sacramento, CA 95814** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. | **312 Sunrise LLC v Pleasanton Fitness, LLC dba Fitness Evolution; OM Fitness, LLC; Monterey Fitness, LLC; Zeus Fitness, LLC; Sanjiv Chopra**<br>**34-2018-00245584** | **Breach of Contract/Warranty** | **Sacramento County**<br>**Superior**<br>**720 Ninth St.**<br>**Sacramento, CA 95814** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. | **Folsom Zinfandel Partners, LLC v Pleasanton Fitness, LLC dba Fitness Evolution and dba Fit Republic; Om Fitness, LLC**<br>**34-2019-00253688** | **Breach of Contract** | **Sacramento County**<br>**Superior Court**<br>**720 Ninth St.**<br>**Sacramento, CA 95814** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31. | **Pleasanton Fitness, Inc., a California limited liability company v. Sean D. Lively, et al.**<br>**34-2019-00250429** |  | **Superior Court of CA**<br>**County of Sacramento**<br>**720 Ninth Street**<br>**Sacramento, CA 95814** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32. | **312 Sunrise LLC v. Pleasanton Fitness LLC et al.**<br>**34-2018-00245584** | **Civil action re landlord.** | **Superior Court of CA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.33. **Pleasanton Fitness v. Sean Lively, et al.**<br>34-2019-00250429 | **Breach of Lease; Breach of Guaranty of Lease** | **Superior Court of California: Sacramento** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34. **Cross-complainant Sean Lively, Katie Lively et al v. Cross-defendants Pleasanton Fitness LLC & Sandie Martin**<br>34-2018-00250429 | **Allegations of: Fraud, Negligent Misrepresentation, Fraud by Omission, Promissory Fraud, Breach of the Covenant of Good Faith and Fair Dealing and Violation of the UCL** | **Superior Crt of Ca - Sacramento** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. **Folsom Zinfandel Partners, LLC v. Pleasanton Fitness et al.**<br>34-2019-00253688 | **Civl case w/ allegations of failure to payme min. rent, common area maintenance, utilitiy charges etc** | **Sacramento Superior Court 720 Ninth St. Sacramento, CA 95814** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36. **Hernandon Village Center, LLC v. Pleasanton Fitness LLC**<br>19CECG00407 | **Unlawful detainer.** | **Fresno Superior Court 1130 O Street Fresno, CA 93721-2220** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.37. **NCJVPT v. Pleasanton Fitness LLC et al.**<br>MSC14-01680 | **Breach of K, etc.** | **Superior Court of CA, Contra Costa 725 Court Street Martinez, CA 94553** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.38. **Terry Hernandez v. Pleasanton Fitness**<br>17CV02844 | | **Superior Court of CA, County of Santa Cruz 701 Ocean Street Santa Cruz, CA 95060** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.39. **Chavez v. Pleasanton Fitness**<br>CM 215178 | | **Labor Commissoner, State of California** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.40. **Ashley Kamm v. Pleasanton Fitness LLC, AME Fitness, Fitness Evolution**<br>WC-CM-597176 | **Matter re wages.** | **Labor Commionser's Office 770 E. Shaw Ave, Ste 222 Fresno, CA 93710** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   □ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Macdonald Fernandez LLP**<br>**221 Sansome Street, Third Floor**<br>**San Francisco, CA**<br>**94104-2323** | | **($85,000)<br>8/15/2019;<br>($15,000)<br>8/26/2019** | **$100,000.00** |
| | **Email or website address**<br>**www.macfern.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   □ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 183 of 194

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1 | **Schools First** | **Strength Equipment** | **9/29/2017** | **$2,500.00** |
| | **Relationship to debtor**<br>**N/A** | | | |
| 13.2 | **John SanFilippo** | **Spin Bike** | **10/6/2017** | **$500.00** |
| | **Relationship to debtor**<br>**Member** | | | |
| 13.3 | **Unknown** | **Cardio Equipment** | **1/8/2018** | **$2,000.00** |
| | **Relationship to debtor**<br>**N/A** | | | |
| 13.4 | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Concord Equipment** | **4/9/2018** | **$34,000.00** |
| | **Relationship to debtor**<br>**N/A** | | | |
| 13.5 | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Florin Equipment** | **10/22/2018** | **$8,500.00** |
| | **Relationship to debtor**<br>**N/A** | | | |
| 13.6 | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Natomas Equipment** | **10/22/2018** | **$8,500.00** |
| | **Relationship to debtor**<br>**N/A** | | | |
| 13.7 | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Dale Road Equipment** | **11/13/2018** | **$8,575.00** |
| | **Relationship to debtor**<br>**N/A** | | | |
| 13.8 | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **McHenry Equipment** | **11/13/2018** | **$11,000.00** |
| | **Relationship to debtor**<br>**N/A** | | | |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 184 of
194

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.9<br>. | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Fair Oaks Equipment** | **12/11/2018** | **$20,000.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.1<br>0. | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Milpitas Equipment** | **1/2/2019** | **$15,000.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.1<br>1. | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Antioch Equipment** | **1/8/2019** | **$6,500.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.1<br>2. | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Tahoe Equipment** | **1/25/2019** | **$4,500.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.1<br>3. | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Storage Equiment** | **1/31/2019** | **$4,800.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.1<br>4. | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Figarden Equipment** | **1/31/2019** | **$4,800.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.1<br>5. | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Madera Cleveland Equipment** | **4/3/2019** | **$4,500.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.1<br>6. | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Sanger Equipment** | **4/3/2019** | **$25,000.00** |
| | Relationship to debtor<br>**N/A** | | | |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 185 of
194

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>7. | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Downtown San Jose Equipment** | **4/17/2019** | **$39,500.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.1<br>8. | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Florin Equipment** | **5/30/2019** | **$46,500.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.1<br>9. | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Merced Equipment** | **6/10/2019** | **$26,000.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.2<br>0. | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Blackstone Equipment** | **6/26/2019** | **$35,000.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.2<br>1. | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Stockton Hammer Equipment** | **7/5/2019** | **$35,000.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.2<br>2. | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Merced Equipment** | **7/8/2019** | **$35,000.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.2<br>3. | **Fitness 1080, Inc.**<br>**2350 Marconi Place, #101**<br>**San Diego, CA 92154** | **Storage Equiment** | **8/12/2019** | **$10,000.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.2<br>4. | **Kendorline LLC**<br>**1723 Silver Ridge Drive**<br>**Oakdale, CA 95361** | **Oakdale Hoist** | **1/28/2019** | **$1,000.00** |
| | Relationship to debtor<br>**Purchaser of Clubs** | | | |

Case: 19-41949   Doc# 54   Filed: 09/19/19   Entered: 09/19/19 21:33:53   Page 186 of
194

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>5. | **Kendorline LLC<br>1723 Silver Ridge Drive<br>Oakdale, CA 95361** | **Oakdale Hoist** | **6/26/2019** | **$1,000.00** |
| | Relationship to debtor<br>**Purchaser of Clubs** | | | |
| 13.2<br>6. | **Kendorline LLC<br>1723 Silver Ridge Drive<br>Oakdale, CA 95361** | **Oakdale Hoist** | **5/28/2019** | **$1,000.00** |
| | Relationship to debtor<br>**Purchaser of Clubs** | | | |
| 13.2<br>7. | **Kendorline LLC<br>1723 Silver Ridge Drive<br>Oakdale, CA 95361** | **Oakdale Hoist** | **4/23/2019** | **$1,000.00** |
| | Relationship to debtor<br>**Purchaser of Clubs** | | | |
| 13.2<br>8. | **Kendorline LLC<br>1723 Silver Ridge Drive<br>Oakdale, CA 95361** | **Oakdale Hoist** | **3/28/2019** | **$1,000.00** |
| | Relationship to debtor<br>**Purchaser of Clubs** | | | |
| 13.2<br>9. | **Kendorline LLC<br>1723 Silver Ridge Drive<br>Oakdale, CA 95361** | **Oakdale Hoist** | **2/28/2019** | **$1,000.00** |
| | Relationship to debtor<br>**Purchaser of Clubs** | | | |
| 13.3<br>0. | **Sargon Bahrami<br>1390 Harvest Drive<br>Turlock, CA 95382** | **Storage Equipment** | **2/28/2019** | **$700.00** |
| | Relationship to debtor<br>**Member** | | | |
| 13.3<br>1. | **M&S Health LLC<br>643 Arcadia Drive<br>Hayward, CA 94541** | **Santa Maria Equipment** | **5/28/2019** | **$50,000.00** |
| | Relationship to debtor<br>**N/A** | | | |
| 13.3<br>2. | **M&S Health LLC<br>643 Arcadia Drive<br>Hayward, CA 94541** | **Antioch/Carmichael/Monterey Equipment** | **8/8/19, 8/20/19,<br>8/23/19** | **$275,000.00** |
| | Relationship to debtor<br>**N/A** | | | |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 187 of<br>194

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3 3. | **Christopher O'Sullivan** | **Tanning Bed** | **5/4/2018** | **$1,500.00** |
| | **Relationship to debtor** **N/A** | | | |
| 13.3 4. | **Quick Start** | **Tanning Bed** | **6/5/2018** | **$500.00** |
| | **Relationship to debtor** **N/A** | | | |
| 13.3 5. | **Michael Hurst** | **Tanning Bed** | **6/5/2018** | **$500.00** |
| | **Relationship to debtor** **Member** | | | |

---

**Part 7:**   **Previous Locations**

**14. Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Pleasanton Fitness LLC<br>101 E Vineyard Avenue, Suite 201<br>Livermore, CA 94550** | **Health Club Chain** | EIN:       **27-4005218**<br><br>From-To   **11/22/2010** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Farias Jett & Co.<br>659 W Woodbury Rd.<br>Altadena, CA 91001** | **October 2018** |
| 26a.2.  **Lisa Vega<br>1722 Dolphin Place<br>Discovery Bay, CA 94505** | **June 2018 -<br>November 2018** |
| 26a.3.  **Rebecca Wall<br>1903 Fairway Oaks Drive<br>Ripon, CA 95366** | **October 2017 -<br>October 2018** |
| 26a.4.  **Jessica LaLuzerne<br>4234 W Las Positas Blvd.<br>Pleasanton, CA 94588** | **March 2017 -<br>September 2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Moland Associates PS<br>104 S Freya St., Ste. 125<br>Spokane, WA 99202** | **November 2018** |

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 190 of 194

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.2. | **Sensiba San Filippo**<br>**P.O. Box 11897**<br>**Pleasanton, CA 94588** | **July 2016 -**<br>**September 2018** |

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.3. | **Farias Jett & Co.**<br>**659 W Woodbury Rd.**<br>**Altadena, CA 91001** | **October 2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Farias Jett & Co.**<br>**659 W Woodbury Rd.**<br>**Altadena, CA 91001** | |
| 26c.2. | **Lisa Vega**<br>**1722 Dolphin Place**<br>**Discovery Bay, CA 94505** | |
| 26c.3. | **Rebecca Wall**<br>**1903 Fairway Oaks Drive**<br>**Ripon, CA 95366** | |
| 26c.4. | **Jessica LaLuzerne**<br>**4234 W Las Positas Blvd.**<br>**Pleasanton, CA 94588** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Bridgebank**<br>**1951 Webster Street**<br>**Oakland, CA 94612** |
| 26d.2. | **United Leasing, Inc.**<br>**3700 Morgan Avenue**<br>**Evansville, IN 47715** |
| 26d.3. | **Hitachi Capital America Corp**<br>**7808 Creekridge Circle, Ste 250**<br>**Edina, MN 55439** |
| 26d.4. | **Macrolease Corporation**<br>**185 Express Street, Suite 100**<br>**Plainview, NY 11803** |
| 26d.5. | **STORE Capital**<br>**8377 E Hartford Drive, Suite 100**<br>**Scottsdale, AZ 85255** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

Case: 19-41949    Doc# 54    Filed: 09/19/19    Entered: 09/19/19 21:33:53    Page 191 of
194

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sanjiv Kumar Chopra | 101 E Vineyard Avenue, Suite 201 Livermore, CA 94550 | Chief Executive Officer | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jon Wall | 101 E Vineyard Avenue, Suite 201 Livermore, CA 94550 | Chief Operations Officer | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sheena N. Chopra | 319 Diablo Road, Suite 200 Danville, CA 94526 | Vice President | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Sanjiv Kumar Chopra 101 E Vineyard Avenue, Suite 201 Livermore, CA 94550 | Gross: $300,094.46; Net: $208,467.51 | Various | Salary |
| | Relationship to debtor Chief Executive Officer | | | |
| 30.2. | Sheena N. Chopra 319 Diablo Road, Suite 200 Danville, CA 94526 | Gross: $60,000.00 ; Net: $41,896.51 | Various | Salary |
| | Relationship to debtor Vice President | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | Jon Wall<br>101 E Vineyard Avenue, Suite 201<br>Livermore, CA 94550 | Gross: $199,999.92 ; Net: $147,144.17 | Various | Salary |
| | Relationship to debtor<br>Chief Operations Officer | | | |
| 30.4. | Rebecca Wall<br>1903 Fairway Oaks Drive<br>Ripon, CA 95366 | Gross: $51,843.45 ; Net: $56,394.04 | Various | Salary |
| | Relationship to debtor<br>Senior Vice President, Operations, Fit Republic | | | |
| 30.5. | Rebecca Wall<br>1903 Fairway Oaks Drive<br>Ripon, CA 95366 | $74,660 (as described below) | 1/14/19 ($9,600.00); 2/4/19 ($35,030.00); 4/4/19 ($30,030.00) | Reimbursement for Arbitration Charge Paid; Loan Repayments |
| | Relationship to debtor<br>Senior Vice President, Operations, Fit Republic | | | |
| 30.6. | OM Fitness LLC<br>101 E Vineyard Ave., Suite 201<br>Livermore, CA 94550 | $10,000.00; $200.00 | 10/25/2018; 9/5/18 | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| **Part 14:** | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 19, 2019**

**/s/ Sanjiv Kumar Chopra**                                    **Sanjiv Kumar Chopra**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy