PAUL J. MANSDORF, TRUSTEE
1569 Solano Ave. #703
Berkeley, CA 94707
(510) 526 5993
Trustee in Bankruptcy
paul@mansdorftrustee.com

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re:                                          Case No.        19-41949 RLE

PLEASANTON FITNESS LLC

           Debtor(s)                                          (Chapter 7)

# REPORT OF SALE

        The sale of the Estate's interest in Patterson Road, Riverbank based upon a promissory note and compromise of controversy [Doc #544, and Order Doc #550] has been fully consummated.  The estate has received the total sum of $112,919.00 from Loo Eng Enterprises.

Dated: February 9, 2022                    /s/ Paul J. Mansdorf
                                           Paul J. Mansdorf, Trustee